**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **THERESA TERRY, AS P.P.A. OF ANDREA JONES, A MINOR, & THERESA TERRY, INDIVIDUALLY, Plaintiffs,** | |
| v. | CIVIL ACTION NO. CA 06 349 S |
| **FORD MOTOR CREDIT COMPANY, ALIAS, DOE 1 THRU DOE 4, Defendants.** | |

**<u>PETITION FOR REMOVAL</u>**

**TO: THE CHIEF JUDGE AND JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

The defendant, Ford Motor Credit Company ("Ford") files this Petition for Removal of this action from the Trial Court, Superior Court Department, for the County of Providence, State of Rhode Island and Providence Plantations, to the United States District Court for the District of Rhode Island, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446. In support of its Petition for Removal, Ford states as follows:

1. As it appears from the docket, files and records of the Trial Court, Superior Court Department, for the County of Providence, State of Rhode Island and Providence Plantations, Docket No. PC2006-3538, the plaintiff commenced a civil action by filing an Amended Complaint. A copy of the Summons and Complaint is annexed hereto as <u>Exhibit A</u>. On July 10, 2006, Ford received the Summons and Complaint via process server on CT Corporation in Providence, Rhode Island.

2. This is a personal injury action in which the plaintiff Theresa Terry, individually and as parent and next friend of Andrea Jones, a minor, alleges that on or about September 15, 2002, Andrea Jones sustained personal injuries when Ms. Jones was pushing her bicycle and was struck by a vehicle owned by Ford. (Ex. A, ¶¶ 1, 2, 6-8). Ms. Terry has also filed a loss of consortium claim (Ex A, ¶¶ 10-12). Therefore, due to the alleged severity of the plaintiff's injuries and plaintiff's loss of consortium claim, upon information and belief, the amount in controversy, exclusive of interest and costs, exceeds $75,000.
3. The plaintiff has alleged in her Complaint that she and her daughter reside in Columbus, Ohio (Ex. A, ¶¶ 1, 2).
4. The defendant, Ford Motor Credit Company, is a Delaware Corporation, with a principal place of business located in Dearborn, M.I.
5. Defendant Doe 1 thru Doe 4 has only been identified as in some manner responsible for the events referred to in the Complaint and that allegedly caused damages to the plaintiff, and have only been given fictitious names at this time (Ex. A, ¶4). Pursuant to 28 U.S.C. § 1441(a), for purposes of removal, the citizenship of defendants sued under fictitious names shall be disregarded.
6. Jurisdiction in the Federal Court is based on complete diversity of citizenship between the plaintiff and the defendant pursuant to 28 U.S.C. § 1332. Upon information and belief, the amount in controversy exceeds, exclusive of interests and costs, seventy-five-thousand dollars ($75,000).
7. This petition for removal is filed within 30 days of receipt of the Summons and Complaint by Ford.

8. A stamped copy of this petition for removal will be filed with the Superior Court.

**WHEREFORE**, Ford prays for removal of the above captioned matter from the Trial Court, Superior Court Department for the County of Providence, State of Rhode Island and Providence Plantations to the United States District Court for the District of Rhode Island.

Dated: August 1, 2006

FORD MOTOR CREDIT COMPANY,
By its Attorneys,
CAMPBELL CAMPBELL EDWARDS & CONROY
PROFESSIONAL CORPORATION

Anthony J. Sbarra, Jr. #7307
One Constitutional Plaza
Boston, MA 02129
(617) 241-3000
Fax (617) 241-5115

**CERTIFICATE OF SERVICE**

I, Anthony J. Sbarra, of Campbell Campbell Edwards & Conroy Professional Corporation, attorney for Ford Motor Credit Company, hereby certify that on August 1, 2006, a true copy of the above document was served upon the attorney of record for the plaintiff by hand delivery.

Anthony J. Sbarra