STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

| | |
|---|---|
| Theresa Terry, as P.P.A. of Andrea Jones, a Minor, & Theresa Terry, Individually, Plaintiffs | |
| v. | C. A. NO. P.C. 06-3538 |
| Ford Motor Credit Company, alias, Doe 1 Thru Doe 4, Inclusive, Defendants | |

**AMENDED COMPLAINT**

1. Plaintiff, Theresa Terry, Individually, is an individual residing in Columbus, State of Ohio.

2. The plaintiff, Andrea Jones, a minor, resided with her mother plaintiff, Theresa Terry in Columbus, in the State of Ohio. This claim for th Plaintiff, Andrea Jones, a minor, is being brought by Plaintiff, Theresa Terry as Parent and Next Friend of Andrea Jones, a minor.

3. Upon information and belief, Defendant, Ford Motor Credit, Company (hereinafter, "Ford") is a Delaware Corporation with a usual place of business located at 1350 I Street, NW, Suite 1000 Washington, DC 20005 and American Road, Dearborn MI and is a merchant and license to business in Rhode Island.

4. Upon information and belief, defendant, Doe 1 thru Doe 4, inclusive, (hereinafter, "Doe") the true names and capacities, whether individual, corporate, or otherwise, of the named herein as Does 1 Thru Doe 4, Inclusive are unknown to the plaintiff at the present time, and therefore the plaintiff, sues said defendants by such fictitious names. Plaintiff is informed and believe and therefore allege that each of the defendant designated herein by fictitious names is in some manner responsible for the events an happening herein referred to, and caused damages proximately and foreseeable hereby to the plaintiff as hereinafter alleged. Plaintiffs will ask leave of this court to amend this complaint when the true names and capacities of the "Doe" defendant(s)have been ascertained.

5. The plaintiffs damages are sufficient to confer jurisdiction in the Superior Court.

COUNT I

6. On or about September 15, 2002, plaintiff, Andrea Jones was a pedestrian pushing her bicycle on Appian Way at or near the intersection with Anchor Avenue in Providence, Rhode Island.

7. At the same time and place, Rhonda Araujo, alias, and/or the defendant, "Doe" was operating a motor vehicle owned by defendant, "Ford," alias, and/or defendant, "Doe," and leased to the City of Providence, Rhode Island, southbound on Anchor Avenue at or near the intersection with Appian Way in the City of Providence, in the State of Rhode Island.

8. The defendant, "Doe" so negligently operated defendant, "Ford's," alias, and/or defendant, "Doe" automobile as to cause it to strike the pedestrian, the plaintiff, Andrea Jones, a minor.

9. As a result of the negligence and carelessness of Rhonda Araujo, alias, and/or defendant, "Doe" the plaintiff, Andrea Jones, a minor, sustained injuries of body and mind, incurred expenses for medical care and attendance, and lost time and/or lost earning capacity from her usual employ.

WHEREFORE, the plaintiff, Theresa Terry, as parent and next friend of plaintiff, Andrea Jones, a minor demands judgment against defendant, "Doe" on Count I, plus interest and costs of this action.

COUNT II

10. The plaintiff repeats, re-alleges, and incorporates by reference as if set forth hereto in their entirety Paragraphs 1 through 9 of this Complaint.

11. The plaintiff, Theresa Terry, is the mother of the plaintiff, Andrea Jones, a minor, and the person entitled by law to the and lost of parental society of the plaintiff, Andrea Jones. a minor.

12. As a result of the negligence of the Rhonda Araujo, alias, and/or defendant, "Doe" the plaintiff, Theresa Terry, sustained the loss of the care, comfort, and parental society of her daughter, plaintiff, Andrea Jones, a minor.

WHEREFORE, the plaintiff, Theresa Terry, demands judgment on Count II against defendant, "Doe," plus interest and costs of this action.

COUNT III

13. The plaintiff repeats, re-alleges, and incorporates by reference as if set forth hereto in their entirety Paragraphs 1 through 12 of this Complaint.

14. On or about September 15, 2002, the defendant, "Ford," alias, and/or defendant, "Doe," was the registered owner of the vehicle operated by Rhonda Araujo, alias, and/or defendant, "Doe" which was involved in a collision with the plaintiff, Andrea Jones, a minor.

15. At the time of the collision between the vehicle operated by Rhonda Araujo, alias, and/or defendant, "Doe" and the pedestrian plaintiff, Andrea Jones, a minor, and the Rhonda Araujo, alias, and/or defendant, "Doe" the Rhonda Araujo, alias, and/or defendant, "Doe," was operating defendant, "Ford's," alias, and/or defendant, "Doe's" vehicle with the permission of Defendant, "Ford," alias, and/or defendant, "Doe."

16. At the time of the collision between a vehicle operated by the Rhonda Araujo, alias, and/or defendant, "Doe" the pedestrian plaintiff, Andrea Jones, a minor, and Rhonda Araujo, alias, and/or defendant, "Doe," Rhonda Araujo, alias, and/or defendant, "Doe," was operating defendant, "Ford's," alias, and/or defendant, "Doe's" vehicle with permission and as an agent of the defendant, "Ford," alias, and/or defendant, "Doe."

17. As a result of the negligence and carelessness of Rhonda Araujo, alias, and/or defendant, "Doe," who was operating defendant, "Ford's," alias, and/or defendant, defendant, "Doe's" vehicle with defendant, "Ford's," alias, and/or defendant, "Doe's" permission and/or control and, as and as an agent of the defendant, "Ford," alias and/or defendant, "Doe," the plaintiff, Andrea Jones, a minor, sustained injuries of body and mind, incurred expenses for medical care and attendance, and lost time and/or lost earning capacity from her usual employ.

WHEREFORE, the plaintiff, Theresa Terry as Parent and Next friend of Andrea Jones, a minor, demands that judgment be entered against the defendant, "Ford," alias, and/or defendant, "Doe," on Count III of his Complaint with interest and costs.

COUNT IV

18. The plaintiff repeats, re-alleges, and incorporates by reference as if set forth hereto in their entirety Paragraphs 1 through 17 of this Complaint.

19. The plaintiff, Theresa Terry, is the mother of the plaintiff, Andrea Jones, a minor, and the person entitled by law to the care, comfort, services, and lost of parents society of the plaintiff, Andrea Jones, a minor.

20. As a result of the negligence and carelessness of Rhonda Araujo, alias, and/or defendant, "Doe," who was operating defendant, "Ford's," alias, and/or defendant, "Doe's" vehicle

with permission of defendant, "Ford's," alias, and/or defendant, "Doe's" control and as defendant "Ford's," alias, and/or defendant, "Doe's" agent, the plaintiff, Andrea Jones, a minor, sustained the loss of the care, comfort, and loss of parental society of her daughter, the plaintiff, Andrea Jones, a minor.

WHEREFORE, the plaintiff, Theresa Terry, Individually demands judgment against the defendant, "Ford," alias, and/or defendant, "Doe," on Count IV of this Complaint, plus interest and costs.

THE PLAINTIFFS DEMAND A TRIAL BY JURY ON ALL COUNTS.

PLAINTIFFS,
By their attorneys,
Resmini Law Associates

Wayne G. Resmini, Esq. #6373
207 Waterman Street
Providence, RI 02906
(401) 751-6655
(401) a 751-6282 facsimile

Dated: July 5, 2006