**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **THERESA TERRY, AS P.P.A. OF ANDREA JONES, A MINOR, & THERESA TERRY, INDIVIDUALLY,** **Plaintiffs,** | ) | |
| **v.** | ) | **CIVIL ACTION NO.** |
| **FORD MOTOR CREDIT COMPANY, ALIAS, DOE 1 THRU DOE 4,** | ) | |
| **Defendants.** | ) | |

## NOTICE OF APPEARANCE

Please enter the appearance or Anthony J. Sbarra, Jr., of Campbell Campbell Edwards & Conroy, as counsel for Ford Motor Credit Company.

FORD MOTOR CREDIT COMPANY
By its Attorneys,
CAMPBELL CAMPBELL EDWARDS & CONROY
PROFESSIONAL CORPORATION

Anthony J. Sbarra, Jr. #7307
One Constitutional Plaza
Boston, MA 02129
(617) 241-3000
Fax (617) 241-5115

## CERTIFICATE OF SERVICE

I, Anthony J. Sbarra, Jr., of Campbell Campbell Edwards & Conroy Professional Corporation, attorney for Ford Motor Credit Company, hereby certify that on August 1, 2006, a true copy of the above document was served upon the attorney of record for the plaintiff by hand delivery.

Anthony J. Sbarra, Jr.