**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **THERESA TERRY, AS P.P.A. OF ANDREA JONES, A MINOR, & THERESA TERRY, INDIVIDUALLY,** **Plaintiffs,** | |
| v. | **CIVIL ACTION NO.** |
| **FORD MOTOR CREDIT COMPANY, ALIAS, DOE 1 THRU DOE 4,** **Defendants.** | |

**FORD MOTOR CREDIT COMPANY'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

The defendant Ford Motor Credit Company, pursuant to Fed. R. Civ. P. 7.1(a), states that it is an indirect wholly owned subsidiary of Ford Motor Company and there is no publicly held corporation that owns 10% or more of its stock.

FORD MOTOR CREDIT COMPANY
By its Attorneys,
CAMPBELL CAMPBELL EDWARDS & CONROY
PROFESSIONAL CORPORATION

Anthony J. Sbarra, Jr. #7307
One Constitutional Plaza
Boston, MA 02129
(617) 241-3000
Fax (617) 241-5115

**CERTIFICATE OF SERVICE**

I, Anthony J. Sbarra, Jr., of Campbell Campbell Edwards & Conroy Professional Corporation, attorney for Ford Motor Credit Company, hereby certify that on August 1, 2006, a true copy of the above document was served upon the attorney of record for the plaintiff by hand delivery.

Anthony J. Sbarra, Jr.