STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2006-3538 THERESA TERRY V FORD MOTOR CREDIT COMPANY

Filing Date: 07-03-2006 Case Type: PERSONAL INJURY
Case Status: CLOSED DURING DISCOVERY Status Date: 08-01-2006

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 07-03-2006 | COMPLAINT FILED | |
| 07-03-2006 | INITIAL FILING FEE | |
| 07-03-2006 | Payment Applied | A Payment of -$160.00 was made on receipt SCP229405. |
| 07-06-2006 | AMENDED COMPLAINT FILED | |
| 08-01-2006 | NOTICE OF REMOVAL | |
| 08-01-2006 | CASE REMVD TO US DISTRICT CT | CA 06 349S |
| 08-01-2006 | OTH DOC FILED DURING DISCOV | |

rue Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island