UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THERESA TERRY AS P.P.A OF
ANDREA JONES, A MINOR &
THERESA TERRY, INDIVIDUALLY
**Plaintiffs**
v. ) C.A. No.: O6-349S

FORD MOTOR CREDIT COMPANY,
ALIAS & RHONDA ARAUJO,
Individually
DOE 1 THRU DOE 4,
INCLUSIVE.
**Defendants**

["Hearing Date: August 22, 2006 at 2:00 p.m."]

**PLAINTIFFS MOTION TO FILE A SUPPLEMENTAL COMPLAINT**

**(1) For the entry of an order pursuant to Rules 19, 20 and** 21 of the Federal Rules of Civil procedure to add a party defendant in this cause defendant, Rhonda Araujo of providence Rhode Island who was operating defendant, Ford Motor Credit's, Company vehicle at the time of •this accident and directing service of process upon them; and

(2) For the entry of an order pursuant to Rule 15(d) of the Federal Rules of Civil procedure permitting plaintiffs to file immediately and to serve upon defendants a supplemental complaint setting forth certain events that have occurred since the filing of the original complaints.

In support of this motion, plaintiffs state as follows:

1. Rule 21 of the Federal Rules of Civil procedure provides~ in relevant part that parties may be added by order of the court on motion of any party at any stage of the action and on such terms as are just.

2. Rule 19(a) of the Federal Rules of Civil procedure provides in relevant part that a person who is subject to service of process and if in the person's absence complete relief cannot be accorded among those already parties, or if, under certain circumstances, the person claims an interest relating to the subject of the action.

3. Rule 20(a) of the Federal Rules of Civil Procedure provides in relevant part that persons may be joined in one action as defendants if there is asserted against them a right to relief in respect of a series of occurrences and if any question of law or tact common to all defendants will arise.

4. Rule 15(d) of the Federal Rules of Civil procedure provides in relevant part that upon motion of a party the court may permit the party to serve a supplemental pleading setting forth events that have happened since the date of the-pleading sought to be supplemented.

6. Attached and made a part of this motion is a copy of the supplemental complaint proposed to be filed if this motion is granted. The supplemental complaint sets forth events that have happened since the date of the original complaints in this cause. It is probable that the parties sought to be added as defendants will oppose the relief sought in the supplemental complaint and that they will claim an interest relating to the subject of the action under Rule 19(a) (2). The supplemental complaint asserts against the defendants a right to relief arising out of the same series of occurrences and presents questions of law and fact common to all defendants.

Accordingly, it is probable that the relief sought adding the defendant, Rhonda Araujo, the operator of the .defendant, Ford Motor Credit Company cannot be achieved, or can be achieved only partially or conditionally, without the parties to be joined.

Wheref ore, plaintiffs ask that their motions be granted and that an order be entered in substantially the form attached to this motion.

**HEARING REQUESTED**

Plaintiff 5in the above entitled action request a hearing on this Motion pursuant to Local Rule 12 (b). Plaintiff says that this Motion seeks to preserve the Plaintiffs choice of forum and ought not to be decided without affording the Plaintiff an opportunity to be heard. Plaintiffs estimates that the time for the hearing on the

Motion would not exceed thirty Minutes.

Respectfully

/s/Wayne G. Resmini, Esq.
Wayne Resmini, Esq. *6373
207 waterman Street
Providence, RI 02906
(401) 751-6655
(401) 751-6282 facsimile

**CERTIFICATION**

I, Wayne G. Resmini, Esq., the undersigned, do hereby certify that on August 2006, I e-mailed a true and accurate copy of the within to:
Anthony J. Sbarra, Jr., Esq. (*7307), asbarra@campbell-trial-lawyers.com

/s/Wayne G. Resmini