UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THERESA TERRY AS P.P.A OF
ANDREA JONES, A MINOR &
THERESA TERRY, INDIVIDUALLY
**Plaintiffs**

v. C.A. **No.: O6-349S**

**FORD MOTOR CREDIT COMPANY,**
**ALIAS** & RHONDA ARAUJO,
Individually
DOE 1 THRU DOE 4,
INCLUSIVE.
**Defendants**

["Hearing Date: August 22, 2006 at 2:00 p.m."]

SUPPLEMENTAL COMPLAINT

1. The plaintiff, Theresa Lenette Terry as parent and next friend of Andrea Jones, a minor, (D/O/B 7/27/90) is an individual residing in Columbus, Ohio and Theresa Lenette Terry brings this action on behalf of her daughter, Andrea Jones, a minor.

2. The plaintiff, Theresa Lenette Terry is an individual residing in City of Columbus in the State of Ohio.

3. Upon information and belief .Defendant, Ford Motor Credit Company, (hereinafter, "Ford" is a Delaware Corporation a usual plaice of business located at 1350 I Street .NW Suite 1000, in Washington, D.C. 2000 and American Road, Dearborn MI and is a merchant licensed to do business in the State of Rhode Island.

4. Upon Information and belief, Defendant, Rhonda Araujo, alias is a resident of City of Providence, Providence County .in the State of Rhode Island.

5. Upon information and belief, defendants, Doe 1 thni Doe 4, inclusive, (hereinafter, "Doe") the true names and

capacities, whether individual, corporate, or otherwise, of the named herein as Does 1 Thru Doe 4, Inclusive are unknown to the plaintiff at the present time, and therefore the plaintiff, sues said defendants by such

1

fictitious names. Plaintiffs are informed and believe and therefore allege that each of the defendants designated herein by fictitious names is in some manner responsible for the events a happening herein referred to, and caused damages proximately and foreseeable hereby to the plaintiff as hereinafter alleged. Plaintiffs will ask leave of this court to amend this complaint when the true names and capacities of the "Doe" defendant(s)have been ascertained.

6. The defendant, Rhonda Araujo, alias is a indispensable and necessary party to this claim filed by the plaintiffs, Theresa Lenette Terry as Parent and Next Friend of Andrea Jones, and Theresa Lenette Terry, Individually.

COUNT I

8. On or about September 15, 2002, 5:00 p.m., the plaintiff, Andrea Jones, a minor, was a pedestrian walking her bicycle, Appian Street at or near the intersection of Anchor Street in the City of Providence, State of Rhode Island.

9. At the same time and place, the defendant, Rhonda Araujo, alias, and/or defendants, "Doe" was operating a motor vehicle owned by and registered to defendant, "Ford" alias, and/or defendant, "Doe," and vehicle Identification Number 1LN1TMBSW8Y683616 a 2001 four door Lincoln town Car, Color Black, southbound on Anchor Street at or near the intersection of Appian Street in the City of Providence, in the State of Rhode Island.

10. The defendant, Rhonda Araujo, alias, and/or defendant, "Doe," so negligently operated defendant, "Ford's", alias, and/or defendant, "Doe's" automobile as to cause it to make a left turn and pass through a municipal Stop sign striking the pedestrian, plaintiff, Andrea Jones, a minor.

11. As a result of the negligence of the defendant, Rhonda Araujo, alias, and/or defendant, "Doe," the plaintiff,

Andrea Jones, a minor, sustained injuries of body and mind, incurred expenses for medical care and attendance, and lost time and/or lost earning capacity from her usual employ.

WHEREFORE, the plaintiff, Theresa Lenette Terry, as parent and next friend of Andrea Jones, a minor, demands judgment against the defendant, Rhonda Araujo, alias, and/or defendant, "Doe," on Count I, plus interest and costs of this action.

COUNT II

12. The plaintiff repeats, re-alleges, and incorporates by



reference as if set forth hereto in their entirety Paragraphs 1 through 11 of this Complaint.

13. The plaintiff, Theresa Lenette Terry, is the parent of the plaintiff, Andrea Jones, a minor, and the person entitled by law to the care, comfort, services, and loss of parental society of the plaintiff, Andrea Jones, a minor.

14. As a result of the negligence of the defendant, Rhonda Araujo, alias, and/or defendant, "Doe," the plaintiff, Theresa Lenette Terry, sustained the loss of the care, comfort, services, and loss of parental society of her daughter, the plaintiff, Andrea Jones, a minor.

WHEREFORE, the plaintiff, Theresa Lenette Terry, Individually demands judgment on Count II against the defendant, Providence Patrol Woman, Rhonda Araujo, alias, and/or defendant, "Doe," plus interest and costs of this action.

COUNT III

15. The plaintiff repeats, re-alleges, and incorporates by reference as if set forth hereto in their entirety Paragraphs 1 through 14 of this Complaint.

16. On September 19, 2002, the defendant, "Ford" alias, and/or defendant, "Doe," was the registered owner of V.I.N. * 1LN1TM85W8Y683616 a 2001 four door Lincoln Town Care assigned defendant, RhondaAraujO, alias, and/or defendant, "Doe," when the vehicle defendant, Rhonda Araujo, was operating struck the plaintiff, Andrea Jones, a minor.

17. At the time of the collision between the plaintiff, Andrea Jones, a minor, and the defendant, R.honda Araujo, alias, and/or defendant, "Doe" the defendant, Rhonda Araujo, alias, and/or defendant, "Doe," was operating defendant, "Ford" and/or defendant, "Doe's" vehicle under the control of and with the permission of defendant, "Ford", alias, and/or defendant, "Doe."

18. At the time of the collision between the plaintiff, Andrea Jones, a minor, and the defendant, Rhonda Araujo, alias, and/or defendant, "Doe" the defendant, Rhonda Araujo, alias, and/or defendant, "Doe" was operating, Defendant, "Ford's" and/or defendant, "Doe's" vehicle as the agent of the defendant, "Ford", alias, and/or defendant, "Doe."

19. As a result of the negligence of the defendant, Rhonda Araujo, alias, and/or defendant, "Doe," who was operating defendant "Ford's", alias, and/or defendant, "Doe's" vehicle under defendant, "Ford's", alias, and/or defendant, "Doe's" control and, as their agent, the plaintiff, Andrea Jones, a minor,



sustained injuries of body and mind, incurred expenses for medical care and attendance, and lost time and/or lost earning capacity from her usual employ.

WHEREFORE, the plaintiff, Theresa Lenette Terry as parent and next friend of Andrea Jones, a minor, demands that judgment be entered against the defendant, "Ford", alias, and/or defendant, "Doe," on Count III of her Complaint with interest and costs.

COUNT IV

20. The plaintiff repeats, re-alleges, and incorporates by reference as if set forth hereto in their entirety Paragraphs 1 through 19 of this Complaint.

21. The plaintiff, Theresa Lenette Terry, Individually, is the mother of the plaintiff, Andrea Jones, a minor, and the person entitled by law to the care, comfort, services, and loss of parental society of the plaintiff, Andrea Jones, a minor.

22. As a result of the negligence of the defendant, Rhonda Araujo, alias, and/or defendant, "Doe," who was operating defendant "Ford's" and/or defendant, "Doe's" vehicle under

defendant "Ford's", alias, and/or defendant, "Doe's" control and as defendant, "Ford's" .alias, and/or defendant, "Doe's" agent, and with defendant, "Ford's", permission, the plaintiff, Theresa Lenette Terry, sustained the loss of the care, comfort, services, and parental society of her daughter, the plaintiff, Andrea Jones, a minor.

WHEREFORE, the plaintiff, Theresa Lenette Terry, Individually, demands judgment against the defendant, "Ford", and/or defendant, "Doe", on Count IV of this Complaint, plus interest and costs.

THE PLAINTIFFS DEMAED A TRIAL BY JURY ON ALL COUNTS PLAINTIFFS, By their attorneys, Resmini Law Associates

___/s/Wayne G. Resmini, Esq.
207 Waterman Street
Providence, Rhode Island 02906
(401) 751-6655
(401) 751-6282 FAX

Dated: August 21, 2006

**CERTIFICATION**

I, Wayne G. Resmini, Esq., the undersigned, do hereby certify that on August 21, 2006, I e-mailed a true and accurate copy of the within Plaintiffs Supplemental Complaint:
Anthony J. Sbarra, Jr., Esq. (*7307), asbarra@campbell-trial-lawyers.com

/s/ Wayne G. Resmini, Esq.