**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**THERESA TERRY AS P.P.A OF**
**ANDREA JONES, A MINOR &**
**THERESA TERRY, INDIVIDUALLY**
**Plaintiffs**
**v.** ) **C.A. No.: O6-349S**

**FORD MOTOR CREDIT COMPANY,**
**ALIAS &** RHONDA **ARAUJO,**
Individually
**DOE 1 THRU DOE 4,**
**INCLUSIVE.**
**Defendants**

["Hearing Date: August 22, 2006 at 2:00 p.m."]

**PLAINTIFFS MOTION TO FILE A SUPPLEMENTAL COMPLAINT**

**(1) For the entry of an order pursuant to Rules 19, 20 and** 21 of the Federal Rules of Civil procedure to add a party defendant in this cause defendant, Rhonda Araujo of providence Rhode Island who was operating defendant, Ford Motor Credit's, Company vehicle at the time of •this accident and directing service of process upon them; and

(2) For the entry of an order pursuant to Rule 15(d) of the Federal Rules of Civil procedure permitting plaintiffs to file immediately and to serve upon defendants a supplemental complaint setting forth certain events that have occurred since the filing of the original complaints.

In support of this motion, plaintiffs state as follows:

1. Rule 21 of the Federal Rules of Civil procedure provides~ in relevant part that parties may be added by order of the court on motion of any party at any stage of the action and on such terms as are just.

2. Rule 19(a) of the Federal Rules of Civil procedure provides in relevant part that a person who is subject to service of process and if in the person's absence complete relief cannot be accorded among those already parties, or if, under certain circumstances, the person claims an interest relating to the subject of the action.

3. Rule 20(a) of the Federal Rules of Civil Procedure provides in relevant part that persons may be joined in one action as defendants if there is asserted against them a right to relief in respect of a series of occurrences and if any question of law or tact common to all defendants will arise.

4. Rule 15(d) of the Federal Rules of Civil procedure provides in relevant part that upon motion of a party the court may permit the party to serve a supplemental pleading setting forth events that have happened since the date of the-pleading sought to be supplemented.

6. Attached and made a part of this motion is a copy of the supplemental complaint proposed to be filed if this motion is granted. The supplemental complaint sets forth events that have happened since the date of the original complaints in this cause. It is probable that the parties sought to be added as defendants will oppose the relief sought in the supplemental complaint and that they will claim an interest relating to the subject of the action under Rule 19(a) (2). The supplemental complaint asserts against the defendants a right to relief arising out of the same series of occurrences and presents questions of law and fact common to all defendants.

Accordingly, it is probable that the relief sought adding the defendant, Rhonda Araujo, the operator of the .defendant, Ford Motor Credit Company cannot be achieved, or can be achieved only partially or conditionally, without the parties to be joined.

Wheref ore, plaintiffs ask that their motions be granted and that an order be entered in substantially the form attached to this motion.

Respectfully

Wayne Resmini, Esq. *6373
207 waterman Street
Providence, **RI 02906**
**(401) 751-6655**
**(401) 751-6282** facsimile

**CERTIFICATION**

I, wayne 0. ResminL~ Esq., the undersigned, do hereby certify that on August 2006, I mailed a true and accurate copy of the within tO:
Adam A. Larson, Esq. (#7114) CANPBELL, CANPBELL, EDWARDS & CONROY, One Constitutional Plaza, Boston, Massachusetts 02129; Anthony J. Sbarra, Jr., Esq. (*7307), One Constitutional Plaza, Boston, Massachusetts 02129
For:

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLMID**

**Theresa Lenette Terry as P.P.A.** of Andrea Jones, a minor & Theresa Lenette Terry, Individually,
Plaintiffs

C.A. No.: 06-349S

vs.

Ford Motor Credit Company, alias, and Rhonda Araujo, alias,) Doe 1 Thru Doe 4, Inclusive,
Defendants
______________________________)

[Hearing Date: August 22, 2006 at 2:00p.m.]

SUPPLEMENTAL COMPLAINT

1. The plaintiff, Theresa Lenette Terry as parent and next friend of Andrea Jones, a minor, (D/O/B 7/27/90) is an individual residing in Columbus, Ohio and Theresa Lenette Terry brings this action on behalf of her daughter, Andrea Jones, a minor.

2. The plaintiff, Theresa Lenette Terry is an individual residing in City of Columbus in the State of Ohio.

3. Upon information and belief ,Defendant, Ford Motor Credit Company, (hereinafter, “Ford” is a Delaware Corporation a usual plaice of business located at 1350 I Street ,NW Suite 1000, in Washington, D.C. 2000 and American Road, Dearborn MI and is a merchant licensed to do business in the State of Rhode Island.

4. Upon Information and belief, Defendant, Rhonda Araujo, alias is a resident of City of Providence, Providence County ,in the State of Rhode Island.

5. Upon information and belief, defendants, Doe 1 thni Doe 4, inclusive, (hereinafter, “Doe”) the true names and capacities, whether individual, corporate, or otherwise, of the named herein as Does 1 Thru Doe 4, Inclusive are unknown to the plaintiff at the present time, and therefore the plaintiff, sues said defendants by such



fictitious names. Plaintiffs are informed and believe and therefore allege that each of the defendants designated herein by fictitious names is in some manner responsible for the events a happening herein referred to, and caused damages proximately and foreseeable hereby to the plaintiff as hereinafter alleged. Plaintiffs will ask leave of this court to amend this complaint when the true names and capacities of the “Doe” defendant(s)have been ascertained.

6. The defendant, Rhonda Araujo, alias is a indispensable and necessary party to this claim filed by the plaintiffs, Theresa Lenette Terry as Parent and Next Friend of Andrea Jones, and Theresa Lenette Terry, Individually.

COUNT I

8. On or about September 15, 2002, 5:00 p.m., the plaintiff, Andrea Jones, a minor, was a pedestrian walking her bicycle, Appian Street at or near the intersection of Anchor Street in the City of Providence, State of Rhode Island.

9. At the same time and place, the defendant, Rhonda Araujo, alias, and/or defendants, “Doe” was operating a motor vehicle owned by and registered to defendant, “Ford” alias, and/or defendant, “Doe,” and vehicle Identification Number 1LN1TMBSW8Y683616 a 2001 four door Lincoln town Car, Color Black, southbound on Anchor Street at or near the intersection of Appian Street in the City of Providence, in the State of Rhode Island.

10. The defendant, Rhonda Araujo, alias, and/or defendant, “Doe,” so negligently operated defendant, “Ford’s”, alias, and/or defendant, “Doe’s” automobile as to cause it to make a left turn and pass through a municipal Stop sign striking the pedestrian, plaintiff, Andrea Jones, a minor.

11. As a result of the negligence of the defendant, Rhonda Araujo, alias, and/or defendant, “Doe,” the plaintiff, Andrea Jones, a minor, sustained injuries of body and mind, incurred expenses for medical care and attendance, and lost time and/or lost earning capacity from her usual employ.

WHEREFORE, the plaintiff, Theresa Lenette Terry, as parent and next friend of Andrea Jones, a minor, demands judgment against the defendant, Rhonda Araujo, alias, and/or defendant, “Doe,” on Count I, plus interest and costs of this action.

COUNT II

12. The plaintiff repeats, re-alleges, and incorporates by



reference as if set forth hereto in their entirety Paragraphs 1 through 11 of this Complaint.

13. The plaintiff, Theresa Lenette Terry, is the parent of the plaintiff, Andrea Jones, a minor, and the person entitled by law to the care, comfort, services, and loss of parental society of the plaintiff, Andrea Jones, a minor.

14. As a result of the negligence of the defendant, Rhonda Araujo, alias, and/or defendant, “Doe,” the plaintiff, Theresa Lenette Terry, sustained the loss of the care, comfort, services, and loss of parental society of her daughter, the plaintiff, Andrea Jones, a minor.

WHEREFORE, the plaintiff, Theresa Lenette Terry, Individually

demands judgment on Count II against the defendant, Providence Patrol Woman, Rhonda Araujo, alias, and/or defendant, “Doe,” plus interest and costs of this action.

COUNT III

15. The plaintiff repeats, re-alleges, and incorporates by reference as if set forth hereto in their entirety Paragraphs 1 through 14 of this Complaint.

16. On September 19, 2002, the defendant, “Ford” alias, and/or defendant, “Doe,” was the registered owner of V.I.N. * 1LN1TM85W8Y683616 a 2001 four door Lincoln Town Care assigned defendant, RhondaAraujO, alias, and/or defendant, “Doe,” when the vehicle defendant, Rhonda Araujo, was operating struck the plaintiff, Andrea Jones, a minor.

17. At the time of the collision between the plaintiff, Andrea Jones, a minor, and the defendant, R.honda Araujo, alias, and/or defendant, “Doe” the defendant, Rhonda Araujo, alias, and/or defendant, “Doe,” was operating defendant, “Ford” and/or defendant, “Doe’s” vehicle under the control of and with the permission of defendant, “Ford”, alias, and/or defendant, “Doe.”

18. At the time of the collision between the plaintiff, Andrea Jones, a minor, and the defendant, Rhonda Araujo, alias, and/or defendant, “Doe” the defendant, Rhonda Araujo, alias, and/or defendant, “Doe” was operating, Defendant, “Ford’s” and/or defendant, “Doe’s” vehicle as the agent of the defendant, “Ford”, alias, and/or defendant, “Doe.”

19. As a result of the negligence of the defendant, Rhonda Araujo, alias, and/or defendant, “Doe,” who was operating defendant “Ford’s”, alias, and/or defendant, “Doe’s” vehicle under defendant, “Ford’s”, alias, and/or defendant, “Doe’s” control and, as their agent, the plaintiff, Andrea Jones, a minor,



sustained injuries of body and mind, incurred expenses for medical care and attendance, and lost time and/or lost earning capacity from her usual employ.

WHEREFORE, the plaintiff, Theresa Lenette Terry as parent and next friend of Andrea Jones, a minor, demands that judgment be entered against the defendant, “Ford”, alias, and/or defendant,

"Doe," on Count III of her Complaint with interest and costs.

COUNT IV

20. The plaintiff repeats, re-alleges, and incorporates by reference as if set forth hereto in their entirety Paragraphs 1 through 19 of this Complaint.

21. The plaintiff, Theresa Lenette Terry, Individually, is the mother of the plaintiff, Andrea Jones, a minor, and the person entitled by law to the care, comfort, services, and loss of parental society of the plaintiff, Andrea Jones, a minor.

22. As a result of the negligence of the defendant, Rhonda Araujo, alias, and/or defendant, "Doe," who was operating defendant "Ford's" and/or defendant, "Doe's" vehicle under defendant "Ford's", alias, and/or defendant, "Doe's" control and as defendant, "Ford's" alias, and/or defendant, "Doe's" agent, and with defendant, "Ford's", permission, the plaintiff, Theresa Lenette Terry, sustained the loss of the care, comfort, services, and parental society of her daughter, the plaintiff, Andrea Jones, a minor.

WHEREFORE, the plaintiff, Theresa Lenette Terry, Individually, demands judgment against the defendant, "Ford", and/or defendant, "Doe", on Count IV of this Complaint, plus interest and costs.

THE PLAINTIFFS DEMAED A TRIAL BY JURY ON ALL COUNTS PLAINTIFFS, By their attorneys, Resmini Law Associates

207 Wa rman Street
Providence, Rhode Island 02906
**(401) 751-6655**
**(401) 751-6282** FAX

Dated: August ~ 2006

**HEARING REQUESTED**

Plaintiff 5 in the above entitled action request a hearing on this Motion pursuant to Local Rule 12 (b). Plaintiff says that this Motion seeks to preserve the Plaintiffs choice of forum and ought not to be decided without affording the Plaintiff an opportunity to be heard. Plaintiffs estimates that the time for the hearing on the

Motion would not exceed thirty Minutes.

~

Wayne Gj/Resmini, Esq. **(446373)**

**CERTIFICATION**

I, Wayne G.,$esmini, Esq., the undersigned, do hereby

certify that on August ~ 2006, I mailed a true and accurate copy of the within Plaintiffs Supplemental Complaint:
Adam A. Larson, Esq. (*7114) CAMPBELL, CAMPBELL, EDWARDS & CONROY, One Constitutional Plaza, Boston, Massachusetts 02129;
Anthony J. Sbarra, Jr., Esq. (#7307), One Constitutional Plaza, Boston, Massachusetts 02129
For:
**lATE S**
**5**