UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Theresa Terry as P.P.A. of
Andrea Jones, a Minor and
Theresa Terry, Individually Plaintiffs.

C.A. No. 06-349S

Vs. ) AFFIDAVIT
)

Ford Motor Credit Company, Alias, & Doe 3. Thru Doe 4, Inclusive
Defendants.
)

["Hearing Date: August 22, 2006 at 2:00 p.m."]

AFFIDAVIT OF PLAINTIFF'S ATTORNEY WAYNE (3. RESMINI, ESQUIRE

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

I Wayne G. Resmini, Esquire, being duly sworn, state:

i. plaintiff filed their amended complaint in the Superior Court of Providence County, in the State of Rhode Island on July 6, 2006 against Defendant$_1$ Ford Motor Credit Company, ("Ford") as owners of a motor vehicle that struck the minor plaintiff, Andrea Jones as well as a Count for Theresa Terry, for loss of Consortium and or parental Society in Providence Superior Court for Rhode Island C.A. No. P.C.: 2006-3538 (Attached hereto as Exhibit "A" and incorporated herein by reference)

2. Service was perfected against defendant, ("Ford") on July 10, 2006 on their agent for service of process CT Corporation 10 Weybossett Street in Providence Rhode Island. (Attached hereto as Exhibits "B"", and incorporated herein by reference)

3. On or about July 11, 2006, defendant, "Ford", contacted plaintiffs, counsel and was asked to fax a copy of the Providence Rhode Island Police report (Attached hereto as Exhibit "C", and incorporated herein by reference)

4. On or about July 27, 2006, defendant, "Ford's" counsel contacted plaintiffs, counsel by facsimile and asked for an extension of time to respond to plaintiffs compliant, P.C. No. 2006-3538. along with a Stipulation for plaintiffs counsel to signed and returned. (Attached hereto Exhibit ""ID"", and incorporated herein by reference)

5. On or about, July 28, 2006, defendant, 'Ford's" counsel faxed a signed copy of the Stipulation to Extent Time to Answer or Otherwise Respond to the plaintiffs Complaint. (Attached hereto Exhibit "E", and incorporated herein by reference)

6. On or about July 28, 2006 defendant "Ford" Via Federal Express forward the Stipulation of Extent Time or Otherwise Plead to The Civil Clerk of Providence County Superior Court (Attached hereto as Exhibit "F", and incorporate herein by reference)

7. On or about July 31, 2006, The Providence Superior Court entered the Stipulation on July 31, 2006. (Attached hereto as Exhibit "G"" certified copy of the Plaintiffs' Certified copy of the Providence Superior Court Civil Docket Sheet certified on August 15, 2006 and incorporated herein by reference.)

8. On August 1, 2006, defendant removed this matter to Federal District Court of Rhode Island with a certified copy of the complete record of Providence Superior Court P.C. No.; 2006-3538. (Attached hereto as Exhibit "H" and incorporated herein by reference). Defendant's certified copy does not show the Extension of Time to Respond to said Plaintiffs Complaint.

9. On August 1, 2006, Defendant, "Ford", filed their Notice of Removal, and Memorandum with this Court with a limited "Certified Record" or in the alternative did not state that they had filed a pleading in Providence Superior Court Civil Action No.: 2006-3538. (Attached hereto as Exhibit "I" and incorporated by reference.)

10. On August 15, 2006, I had the Providence Superior Court Certified "completed" file P.C. 2006-3538 which shows the defendant, "Ford" had filed a pleading entering their appearance in the Providence Superior Court Civil Action No.: 2006-3538 on Friday, July 28, 2006. (Attached hereto as Exhibit "J" and incorporate herein by reference.)

Wayne Resmini, Esq., (6373)

STATE OF RHODE ISLA}~D
COUNTY OF PROVIDENCE

Scribed and sworn to before me on this __day of August 2006.

p .i~Li0 i__..

J9l9"s Gelade, Esq.

N~F~RY PUBLIC: / /
MY COMMISSION EXPIRES:?~~/2(JO~

Respectfully submitted,

Theresa Terry as P.P.A. of Andrea Jones, a minor and Theresa Terry, Individually,

Wayne G.JResmini, Es (#6373)
RESMINI ~AW ASSOCIATES
207 Wate[1]tman Street, Suite-i
Providence, Rhode Island 02906
(401) 751-6655 Tel:
(401) 751-6282 Facsimile
ResminiLawl@msn.com (e-mail)

Dated: August *1*, 2006

CERTIFICATION

I the undersigned, do hereby certify that on Augustc(~~, 2006, I mailed a true and accurate copy of the within Affidavit TO:
Adam A. Larson, EIsq. (#7114) CANPBELL, CAMPBELL EDWARDS & CONROY, One Constitutional Plaza, Boston, Massachusetts 02129; Anthony J. Sbarra, Jr., Esq. (#7307), CAI'4BELL, CAMBELL, EDWARDS & CONROY, One Constitutional Plaza, Boston, Massachusetts 02129

For: R MINI LAW ASSÔ~IATES

1/

# EXHIBIT A

STATE OF RHODE ISLAED ./ SUPERIOR COURT

PROVIDENCE, SC.

if

Theresa Terry, as P.P.A. of )
Andrea Jones, a Minor, &
Theresa Terry, Individually, Plaintiffs
v. ) C. A. NO. P.C. 06-3538
Ford Motor Credit Company,
alias, Doe 1 Thru Doe 4,
Inclusive,
Defendants

AMEI~DED COMPLAINT

1. Plaintiff, Theresa Terry, Individually, is an individual residing in Columbus, State of Ohio.

2. The plaintiff, Andrea Jones, a minor, resided with her mother plaintiff, Theresa Terry in Columbus, in the State of Ohio. This claim for th Plaintiff, Andrea Jones, a minor, is being brought by Plaintiff, Theresa Terry as Parent and Next Friend of Andrea Jones, a minor.

3. Upon information and belief, Defendant, Ford Motor Credit, Company (hereinafter, “Ford”) is a Delaware Corporation with a usual place of business located at 1350 I Street, NW, Suite 1000 washington, DC 20005 and American Road, Dearborn MI and is a merchant and license to business in Rhode Island.

4. Upon information and belief, defendant, Doe 1 thru Doe 4, inclusive, (hereinafter, “Doe”) the true names and capacities, whether individual, corporate, or otherwise, of the named herein as Does 1 Thru Doe 4, Inclusive are unknown to the plaintiff at the present time, and therefore the plaintiff, sues said defendants by such fictitious names. Plaintiff is informed and believe and therefore allege that each of the defendant designated herein by fictitious names is in some manner responsible for the events an happening herein referred to, and caused damages proximately and foreseeable hereby to the plaintiff as hereinafter alleged. Plaintiffs will ask leave of this court to amend this complaint when the true names and capacities of the “Doe” defendant(s)have been ascertained. true CopyAttes~

5. The plaintiffs damages are sufficient to confei?/ 0 jurisdiction in the Superior Court. e~

Office of ClErk
Superior Court
~flP ( S. .KiHCH J~.., CLERK
Counties of
Prj~c~ence& Bristo’
Py~~d~nce Rhc:•J:
JS~

2~h JuL ~J P 2~ j b

COUNT I

6. On or about September 15, 2002, plaintiff, Andrea Jones was a pedestrian pushing her bicycle on Appian Way at or near the intersection with Anchor Avenue in Providence, Rhode Island.

7. At the same time and place, Rhonda Araujo, alias, and/or the defendant, “Doe” was operating a motor vehicle owned by defendant, “Ford,” alias, and/or defendant, “Doe,” and leased to the City of Providence, Rhode Island, southbound on Anchor Avenue at or near the intersection with Appian Way in the City of Providence, in the State of Rhode Island.

8. The defendant, “Doe” so negligently operated defendant, “Ford’s,” alias, and/or defendant, “Doe” automobile as to cause it to strike the pedestrian, the plaintiff, Andrea Jones, a minor.

9. As a result of the negligence and carelessness of Rhonda Araujo, alias, and/or defendant, “Doe” the plaintiff, Andrea Jones, a minor, sustained injuries of body and mind, incurred expenses for medical care and attendance, and lost time and/or lost earning, capacity from her usual employ.

WHEREFORE, the plaintiff, Theresa Terry, as parent and next friend of plaintiff, Andrea Jones, a minor demands judgment against defendant, “Doe” on Count I, plus interest and costs of this action .

COUNT II

10. The plaintiff repeats, re-alleges, and incorporates by reference as if set forth hereto in their entirety Paragraphs 1 through 9 of this Complaint..

11. The plaintiff, Theresa Terry, is the mother of the plaintiff, Andrea Jones, a minor, and the person entitled by law to the and lost of parental society of the plaintiff, Andrea Jones. a minor.

12. As a result of the negligence of the Rhonda Araujo, alias, and/or defendant, “Doe” the plaintiff, Theresa Terry, sustained the loss of the care, comfort, and parental society of her daughter,, plaintiff, Andrea Jones, a minor.

WHEREFORE, the plaintiff, Theresa Terry, demands judgment on Count II against defendant, “Doe,” plus interest and costs of this action.

COUNT III

true Copy Attesj.

13. The plaintiff repeats, re-alleges, and ?co~9Ø(ts~s, by reference as if set forth hereto in their ei€’t~t’~f prA/h 1 through 12 of this Complaint.

OF~~~QfC}E.JCO Stip~_riorCourt

14. On or about September 15, 2002, the defendant, "Ford," alias, and/or defendant, "Doe," was the registered owner of the vehicle operated by Rhonda Araujo, alias, and/or defendant, "Doe" which was involved in a collision with the plaintiff, Andrea Jones, a minor.

15. At the time of the collision between the vehicle operated by Rhonda Araujo, alias, and/or defendant, "Doe" and the pedestrian plaintiff, Andrea Jones, a minor, and the Phonda Araujo, alias, and/or defendant, "Doe" the Rhonda Araujo, alias, and/or defendant, "Doe," was operating defendant, "Ford's," alias, and/or defendant, "Doe's" vehicle with the permission of Defendant, "Ford," alias, and/or defendant, "Doe."

16. At the time of the collision between a vehicle operated by the Rhonda Araujo, alias, and/or defendant, "Doe" the pedestrian plaintiff, Andrea Jones, a minor, and Rhonda Araujo, alias, and/or defendant, "Doe," Rhonda Araujo, alias, and/or defendant, "Doe," was operating defendant, "Ford's," alias, and/or defendant, "Doe's" vehicle with permission and as an agent of the defendant, "Ford," alias, and/or defendant, "Doe."

17. As a result of the negligence and carelessness of Rhonda Araujo, alias, and/or defendant, "Doe," who was operating defendant, "Ford's," alias, and/or defendant, defendant, "Doe's" vehicle with defendant, "Ford's," alias, and/or defendant, "Doe's" permission and/or control and, as and as an agent of the defendant, "Ford," alias and/or defendant, "Doe," the plaintiff, Andrea Jones, a minor, sustained injuries of body and mind, incurred expenses for medical care and attendance, and lost time and/or lost earning capacity from her usual employ.

WHEREFORE, the plaintiff, Theresa Terry as Parent and Next friend of Andrea Jones, a minor, demands that judgment be entered against the defendant, "Ford," alias, and/or defendant, "Doe," on Count III of his Complaint with interest and costs.

COTflT IV

18. The plaintiff repeats, re-alleges, and incorporates by reference as if set forth hereto in their entirety Paragraphs 1 through 17 of this Complaint.

19. The plaintiff, Theresa Terry, is the mother of the plaintiff, Andrea Jones, a minor, and the person entitled by law to the care, comfort, services, and lost of parents society of the plaintiff, Andrea Jones, a minor. 1flJCCO;~.YAtLe.

20. As a result of the negligence and careles~'ies~2 o~"~thonda Araujo, alias, and/or defendant, "Doe," w /'wI~ eta,4~ting defendant, "Ford's," alias, and/or defend~4,~"flp~'s" veh~±1e

C -~ 01 SUPerior Cour:
Oujitles *of* P1J.~i~flrp &
Brj.5to'

~ ~ J~'~

with permission of defendant, "Ford's," alias, and/or defendant, "Doe's" control and as defendant "Ford's," alias, and/or defendant, "Doe's" agent, the plaintiff, Andrea Jones, a minor, sustained the loss of the care, comfort, and loss of parental society of her daughter, the plaintiff, Andrea Jones, a minor.

WHEREFORE, the plaintiff, Theresa Terry, Individually demands judgment against the defendant, "Ford," alias, and/or defendant, "Doe," on Count IV of this Complaint, plus interest and costs.

THE PLAINTIFFS DEMMID A TRIAL BY JURY ON ALL COTIN'TS.

PLAINTIFFS,
By their attorneys,
Resmini Law Associates

WaynftG. Re~fnini, Esq. #6373
207 ISaterman Street
Providence, RI 02906
(401) 751-6655
(401) a 751-6282 facsimile

Dated: July ____, 2006

U ~

41 ;
Office~f CLsj'k o~,
Su~erjqr Court
~UUiJLjes Qf ti'~d&~~0 &
P1i']StOi

j.. .C.Lflce l~J)CJr I~:~•~

# EXHIBIT B

*B*

STATE OF RHODE ISLAND AND PRO VTDENCE PLANTATIONS SUPE1UOR COURT

{ X] PROVIDENCE/BRISTOL [] KENT [ ] WASHINGTON [] NEWPORT

CIVIL ACTION, FILE No.
*PC-U 6-3538*

*Theresa* **Teny** *as P.P.A. ofAndrea Jones, a minor,* & **Theresa** ~ }
Plaintiff }
} **Suinnions**
*Ford Motor ('redit Gonipany & Doe 1 Thni Doe 4, Inclusive* }
Defendant }

*To the above-named Defendant: Ford Motor Gredit Gomnpany; Agent CT Corporation*

The above-named plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon WayneG ~g1%q.

Plaintiffs attorney, whose address is *Resmini Law Associates, 207 Waterman Street, Providence, Rhode Island 02906; (401) 751-6655*
an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counter claim may related claim which you may have against the plaintiff,~o~ you will
thereafter be barred from making such claim in any other action.

C
L
E
R
K

Dated: *Ju1~y5,2OO6*

(Seal of the Superior Court)

5-135 (REV.lOfOO)

State of u1ode Island and Providence P~.L1tations
SC
PROOF OF SERVICE

I hereby certify that on the day of .2 Y.F ~
summons and a copy of the complaint received therewith upon
in the following manner:
By delivering a copy of the summons and complaint to hinilher personally. By leaving a copy of the summons and complaint at his/her dwelling house,
(ADDRESS)
Then residing therein.
By leaving a copy of the summons and complaint at his usual place of abode,
(ADDRESS)

then residing therein.
I served a copy of this
,with a person of suitable age and discretion
By delivering a copy of the summons and complaint to an agent authorized by appointment or by law to
receive service of process, namely
CT *COR(ofl,~-T/~'-'*
such agent being one designated by statute to receive service, further notice as the statute requires was given

follows:
Sheriffs Fees
Travel
$
F oRc ftoia(L ci(:O ~ L C
with a person of suitable age and discretion
Ls ~(
$
Service

-t C C

0
CDt<

n
0
~th
rt.
~1
0
0
ri~
$
0

~

lit

ct~1

— —C

C',

- C!.fr1~.ia.3—'--
(0._c545Lr ~

~1
C',
Cr
H P
Cb
-I

Cr C
C

8
Cr C

H
Xi
>

I

0

Dl
-C
~TI
0

r

-1
~11
-TI

JUl-11-Z(JiJb U3:Ob P11 FORD CREDIT 31333/1160 1/1

C,

Ford Motor Credit Company

Cethy J. Acozino
Leg&I AdrnInI~trztIva Assislant
LltJgotlon
(313) 300-3458 – phone
(668) 652-4476—thc
caac~noc~fortcom

July 11120 06

DELIVERED VIA FACSIMILE (401) 751-6282

NOTICE QF LAW~LJET
PRIVILEGED AND QPNFIDENTIAL

Wayne 0. Rosminl, Esq.

207 Waterman Street
Providence, RI 02906

*Re: Theresa Tony, as PPA of Andrea Jones, a minor and Theresa Tarry, lndMdusily v. Porn' Motor Credit Company and Doe I thru Doe 4, The/us/vs*

Dear Mr. Resmlni,

We are In receipt of the Summons and Complaint regarding the above referenced matter. In order to identify our interest In this metier, I would appreciate receMng a copy of the oolioe reoort and the Vehicle Identification Number, if possible.

To expedite this mafter please fax the poilce report and any other informatIon you may have that would assist us in identifying our vehicle, to (885) 652.4478,

If our office can be of further assistance, please do not hesitate to contact us,

Legai Administrative Assistant

**VOLVO** **mazua**

~tti~A,1t~n5i~jll. CIwIr CAPrIALOROUP

# EXHIBIT C

# EXHIBIT D

**01/21/2006 17:21 FAX 611 241 5115 CAMPBELL CAMPBELL EDYARO 2i0**

**STATE OF RHODE ISLAND SUPERIOR COURT**

**PROVIDENCE, Sc**

)
**THERESA TERRY, AS P.P.A. OF** )
ANDREA **JONES, A MENOR, &** )
**THERESA TERRY,** INDIVIDUALLY, )
**Plaintiffs,** )
**v.** ) CIVIL **ACTION NO. P.C. 06-3538**
)
FORD MOTOR CREDIT COMPANY, )
**ALIAS, DOE 1 THRU DOE 4,** )
)

**Defendants.** )

**STIPULATION TO** EXTEND TiME **TO ANSWER OR OTHERWISE**
**RESPOND TO THE PLAINTIFF'S COMPLAINT**

**The plaintiff hereby agrees that Defendant Ford Motor Credit Company ("Ford") shall have up to** and **including Wednesday, August 9, 2006, to answer or otherwise respond to the Plaintiffs Complaint.**

**THBRESA TERRY, AS P.P.A. OF** ANDREA **JONES, A MINOR,** & THERESA TERRY, INDIVIDUALLY
By **their** Attorneys,
RESMIINI LAW ASSOCIATES

Wayne,~. Resmini, Esq.l~ (4y3
207 Wdfermnan Street
**Providence, RI 02906**
(401) 751-6555

**FORD MOTOR CREDIT COMPANY**
By its **Attorneys,**
CAMPBELL CAMPBELL EDWARDS &
**CONROY** PROFESSIONAL CORPORATION

**Adam A. Larson**
One Constitutional Plaza
**Boston, MA 02129**
(617)241-3000

**01/21/2006 11:2? FAX 611 241 5115 CAMPBELL CAMPBELL EDWARD 1d1**

**CERTIFICATE OF SERVICE**

**I,** Adam A. Larson, of Campbell Campbell Edwards & Conroy Professional Corporation, attorney for Ford Motor Credit Company, hereby certify that on July_, 2006, a true **copy of the above document was** served upon the attorney of record for the plaintiff by First Class Mail.

**Adam A. Larson**

01/21/2006 11:21 **FAX 611 211 5115 CAMPBELL CAMPBELL EDWARD i~J001/0**

CAMPBELL CAMPBELL EDWARDS & CONROY
PROFESSIONAL CORPORATION
**TEL:617-241-3000**
FAX: 617-241-5115

# FACSIMILE COVER SHEET

**DATE:** **July 27, 2006**

**TO:** **Wayne G. Resmini**

FAX **NO.:** **401-751-6282**

FROM: **Adam A. Larson**

**CASE NO.; 888-705**

**RE:** **Stipulation olExtension**

**PAGES:** **4 (including cover sheet)**

COMMENTS:

**Please see attached.**

**THIS TELECOPY IS SUBJECT TO** THE **ATTORNEY-CLIENT PRIVILEGE AND CONTAINS CONFIDENTIAL INFORMATION FOR TEE PERSON(S)** NAMED ABOVE. ANY **DISTRIBUTION, COPYING OR DISCLOSURE IS STRICTLY PROHIBITED. IF YOU HAVE RECEWED THIS TELECOPY IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY BY TELEPHONE AT THE** ABOVE **TELEPHONE NUMBER.**

**01/2?/200B 11:2? FAX 61? 241 5115 CAMPBELL CAMPBELL EDWARD I4J00~/004**

CAMPBELL CAMPBELL EDWARDS & CONROY VROEESSIONAL CORIORAnON
ONE CONSTITUTION PLAZA
**ThIRD** FLOOR
ULThTON, **MA 02129**

itLi ***(Gil) lit*** 3~
1AX: (617) **241 5115**

L C A

NI
P
B
E
TJ
~
I RI
\I.
I..\\X\I
.h'—

**ADAM A. LARSON**
**(611) 241.3000**

**Please find enclosed a Stipulation to Extend Time to Answer or Otherwise Respond to** the **Iflaintiff's Complaint Kindly executc** this stipulation and return it to me no later than Friday, so that I may Fedex it to the court for filing by Monday.

CONNECTICUT · MAiNE · it4~5Ac **USEfl~1** · **NEV/HAMPSHIRE** · NEWIERSEY · **PENNSYLVANIA** · **ItHflflRISIAND**

**Via Facsimile**

**Wayne 0. Resmini, Esq.**
**Resmini Law Associates**
**207 Waterman Street**
**Providence, 111 02906**

July 27, 2006

RE: Theresa Terry v. Ford Motor Credit Company Superior Court of Rhode **Island, CA No 06-353 8**

**Dear Attorney Resrnini:**

**Thank you, Please do not hesitatc to call with any questions.**

AALfmrb Enclosure

Very truly yours,
Adam A. Larson

# EXHIBIT E

JUL—20—2005(FRJ) 12:14 Rp~ini Law Rssociates (F 401 751 6202 P. 002/005
*01/2i/2005* **17:27 FAX** 817 5115 CAMF~ELL CAMPBELL EDWARD

STATE OF **ERODE ISLAND** **SUPERIOR COURT**

**PROVIDENCE, Sc**

)
**THIEIR.gSA TERRY,** *AS* P.PA. **OF**
**ANDREA JONES, A** MINOR, & )
**TEERESA TERRZ** INDIVIDUALLY )
**Plaintjff~,** )
v. ) CIVIl. **ACTION NO. P.C. 06-353~**

FOTW **MOTOR** CREDrr **COMPANY,** )

ALIAS,DOE1TRPIJDOE4

)
)

STIPTIILATION **TO** EflET'ffl TIME **TO** ANSWER **OR OThERWISE E~QN~co rilE PLAnsfljn~"~ COMPLAINT**

The plaintiff hereby agrees that Defendant Ford Motor Credit Company C'Ford") shall **Mve np to** and including Wednesday, August 9, 2006, **to** answer or otherwJ~ respond to the Plainriff~ Complaint

THERESA TERRY, AS PY.A. OP ANDPJiA FORD MOTOR CREDIT CoMpAjçy
JONE$, **A** MINOR, & THERESA TERRZ By its Attorneys,
INDiVIDUALLY CAMPBELL CAMPBELL EDWARDS &
By their Attorneys CONROY
Rfl~m~ Utw ASSOCIATES PROPESSIONa CORPORATION

Wayne~c Resmnn, tsq.
**207** Wd1errn~ Street
**Providence, RI 02906**
**(401) 751-6655**

Adam it **Latson ~ 7jj** q
**One Constitutjon& Plaza**
Boston, MA 02129
**(617) 241-3000**

**JIJI—28-2006(FRI) 12:14 Rr'ImI Lau Associates** Cf 401 **751 6?82 P.005/005**
D7/27/~2Qo9 17:27 FAX 817 2 .1115 CAMPBELL CAMPBELL EDWARD ~jOO4/0C

CRTWTC~fl~ **O~SERVICE**

I, Adam A. Larson, **of** Campbell Campbell Edwards & Conro~4'rofessiona1 Corporation, **attorney for Ford Motor** Credit Company, hereby certify that on Juiy~ 2006, a mis copy of the **above** document was served **upon** the attorney **of record for the** plaintiff by First **Class** Mail.

**Adam** A. **Larson**

# EXHIBIT F

CAMPBELL CAMPBELL EDWARDS & PROFESSIONAL CORPORATION

ONE CONSTITUTION PLAZA

ThIRD FLOOR

BOSTON, MA 02129

C0NR0Y

PBELL

TRIAL LAWYERS

ADAM A. LARSON

(617) 241 3036

ala rso n@camp beII-trial-Iawyers.com

TEL (617) 241 3000

FAX: (617) 241 5115

VIA FEDERAL EXPRESS

July28, 2006

Civil Clerk’s Office Providence County Superior Court
250 Benefit Street
Providence, Ri 02903

**Re:** **Theresa** Terry, et al. v. Ford Motor Credit Company

Dear Sir/Madam:

Providence Superior Court, Civil Action No.: PC2006-3538

Enclosed please find a Stipulation to Extend Time to Answer or Otherwise Respond to **the** Plaintiff’s Complaint in the above-referenced matter.

Thank you for your attention to this matter

Very tnaly yours,

AA.L/sct

**Enclosure(s)**

cc: Wayne G. Resmini, Esq. **James M. Campbell, Esq.**



JUL—2K—201J6(FRI) 12:14 Resuiini Law Associates (FAX)401 751 6282 P.001

Transaction Report

037 JUL—28 12:14 16172415115 0D0 37 005 OK N ECM

# RES MINI
# LAW
# ASSOCIATES

*FcLcsimile Trunsmiftal Sheet*

J7JR~cc~

Fax No.:
**Pax No.:**
C~ ~9S~—7OE~No. Pages
**(401) 751-6282**

S **(including** cover sheet)
If you do not receive the thdicated numb~ of pages, please call
(401) 751-6555

as soon as possible so that we cart theck it for you.

CONRDEN~L1P/ NOTICE
S end

Transaction(s) completed
No. TX Date/Time Destination Duration P. **j~** **Result** Mode
Date:

Attic

Company:

**From:**

Re:
-pH l~—s't\c

EncloseciL p **E*** p~Aoc~ccon

~ \o~ dcu~L

\~1se -~d

~ *E~c*tn*

J~.

The ducunimiL acCOTh fl3T4flg this t~)ccopy binszussioj-~ eaninin htr,nalion from RIESMfl'fl LAW ASSOCIATES which it •cA•~..~:.at.•..A '•.:..r.,..~.i..:....

# RESMINI LAW ASSOCIATES

## *F~csimiJe Transmjft~J Sheer*

DatE:

Attn: *i~nJ~icsg~* Fax No.:

Company: (IcE ~

From: Fax No.: (401) Th1-6232

Re: No. Pages 5 (including cover sheet)

*Endo.se~* p~se ~d *Thc*
~Q~Oc~Ofl ~

~ ~ ~

If you do **not receive the** indicated number of pages, please call (401) 751-6555 *as* **soon as possible so that we** cart checic itfor you.

CONFIDENnALITY NOTICE

The docoments accompanying *this* telecopy transmission contain information from RESMU'Jj LAW A5500pj6, whith is confidential orprivilegeft The information is intended Lobe *for* the use of the individual or entity named on this transmission sheei IT you are not the intended recipient, be aware that any disclosure, copying, disbmuiior, o~- use of the contents of this telecopy ir'Jormation is prohibited. LI you have received this telecopy in error, please notify us by telephone immediately so that vie can anunge for the retrieval of the original documents atno cost to you.

207 Waterman Street . Providence RI 02905-310 Wilbur Avenue. Swansea 'MA 02777

RI (101) 751 -6655 . MA (508) 321—9200 . Fa, (801) 751-6282 . Toll Free (888) RISMIM (888) 73[7]-66M1
~Wayne C. Reso-dni. Esq.

**STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS**
**SUPERIOR COURT**
**CIVIL DOCKET SHEET**

**Case ID: PC-21J06-3538 THERESA TERRY V FORD MOTOR CREDIT COMPANY**
**Filing Date: 07-03-2006 Case Type: PERSONAL INJURY**
**Case Status: CLOSED DURING DISCOVERY Status Date: 08-01-2006**

**Scheduled Events**

| Date | Event | Location | Judge |
|---|---|---|---|

**Prior Events**

| Date | Event | Location | Judge |
|---|---|---|---|

**Case Jacket**

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

**Docket Entry Information**

| Dale | Description | Text |
|---|---|---|
| 07-03-2006 | | COMPLAINT FILED |
| 07-03-2006 | | INFFIAL FILING FEE |
| 07-03-2006 | | PaymentAppliecj A Payment of-$1 60.00 was made on receiptSCP2294O5 |
| 07-06-2006 | | AMENDED COMPLAINT FILED |
| 07-31-2006 | | STIPULA FILED,EXrEN OF TIME BY AGREEMENT OF PARTIES DEFT SHALL HAVE UP TO INCLUDING 08-09-06 TO ANSWER PLTF'S COMPLAINT. |
| 08-01-2006 | | NOTICE OF REMOVAL |
| 08-01-2006 | | CASE REMVD TO US DISTRICT CT CA 06 349S |
| 08-01-2006 | | 0TH DOC FILED DURING DISCOV |

o'W ~
J ~
rC4r 4~ J$e!~ 1~L
ci /
flu'~eflOF

Court

**Office of** ~ &
Rrist&

**count1~°~**
~\ FL

RIJS/CXAREPC/CWRDKSC/TLE 08-15-2006 11:59AM
Page 1 of 1

# EXHIBIT H

STATE **OF RHODE ISLAND** AND PROVIDENCE PLANTATIONS

**SUPERIOR COURT**
**CIVIL bOCKET SHEET**

Case ID: **PC-2006-3538** **THERESA TERRY V FORD MOTOR CREDIT COMPANY**

Filing **Date: 07-03-2006** Case Status: CLOSED DURING DISCOVERY

**Case Type: PERSONAL INJURY**
Status Date: 08-01-2006

**Scheduled Events**

| **Date** | **Event** | **Location** | **Judge** |
|---|---|---|---|

**Prior Events**

| **Date** | **Event** | **Location** | **Judge** |
|---|---|---|---|

**Case Jacket**

| **Checked Out Returned** | **Person** | **Comments/Text** |
|---|---|---|

**Docket Entry Information Text**

| **Date** | **Description** |
|---|---|
| 07-03-2006 | COMPLAINT FILED |
| **07-03-2006** | **INITIAL FILING FEE** |
| 07-03-2006 | Payment Applied A Payment of -$160.00 was made on receipt 5CP229405. |
| 07-06-2006 | AMENDED COMPLAINT FILED |
| **08-01-2006** | **NOTICE OF REMOVAL** |
| **08-01-2006** | **CASE REMVD TO US DISTRICT CTCA 06349S** |
| **08-01-2006** | **0TH DOC FILED DURING DISCOV** |

1~Uo\~~ p

11 ~

4~J1A1

~
~
U ~
~



# EXHIBIT I

CAMPBELL CAMPBELL EDWARDS & CONROY

A
FROFE55IONAL coRPORATIoN

A

NTi-tONY J. SHARRA
ONE CONSTITUTION PLAZA (617)241 3034
THIRD FLOOR asbarra@calnpbell_trialIawyers.com
0O5TON, MA 02129
TEL~ (617) 24! 3000
FAX: (611) 24! 5115

August 1, 2006

VIA HAND DELIVERY

Civil Clerk
Providence County Superior Court
250 Benefit Street
Providence, RI 02903

**Re:** **Theresa** Terry, et al. v. Ford Motor Credit Company Providence Superior Court, Civil Action No.: PC2006-3538

**Dear Sir/Madam:**

I am removing the above-referenced case from Providence County Superior Court to the United States District Court. Enclosed is a Notice of Removal. Please also find enclosed a copy of the Notice of Removal (Federal), the original of which is filed with the Federal Court as indicated by the filing stamp.

Please docket the enclosed documents. After the enclosures are docketed, please provide me with certified copies of the docket sheet and all pleadings and **papers** filed to date including the enclosed documents, together with a statement for the fees incurred in obtaining these certified copies, so that I may file them with the federal court.

Thank you for your attention to this matter.

Anthony 3. Sbarra

ICE

V.~c. ~ _
L1ç~3f$t
~~
~rr L~

/~)1
Very truly yours,
**AJS/sct**

**Enclosure(s)**

cc: Wayne G. Resmini, Esq. (via hand delivery)
Adam A. Larson, Esq.

p. fl: ~-rt3

STATE OF RHODE ISLAND SUPERIOR COURT
PROVIDENCE, SC.

THERESA TERRY, AS P.P.A. OF ANDREA JONES, A MINOR, & THERESA TERRY, INDIvmuALLY,

**Plaintiffs,**

FORD **MOTOR CREDIT COMPANY, ALIAS, DOE 1** TIIRU DOE 4,

Defendants.

)
)
)
)
)
)
)
)
)
)
)
)

**NOTICE OF REMOVAL**

TO: Civil Clerk
Providence County Superior Court
250 Benefit Street, 5th Floor
Providence, RI 02903

Wayne (3. Resmini, Esq.
Law Associates
207 Waterman Street

Providence, RI 02906

Please take notice that the defendant, Ford Motor Credit Company, a Delaware Corporation with a principal place of business at Dearborn, Michigan, has this day filed a petition for removal pursuant to 28 U.S.C. §~ 1332, 1441 and 1446, containing a statement of facts which entitled it to remove the case to the United States District Court for the District of Rhode Island, together with a copy of all pleadings in its possession.

£,!~!1~ nl3 _
V
CIVIL ACTION NO. PC2006-3538

r, ~i-3c,t

L.c~?~

p

Attached to this notice as Exhibit A is a true and accurate copy of the petition for removal.

FORD MOTOR CREDIT COMPANY
By its Attorneys,

CAMPBELL CAMPBELL EDWARDS &
CO1'JROY
PROFESSIONAL CORPORATION

O&4 ~

Anthony J. Sbarra, Jr. #7307
One Constitutional Plaza
Boston, MA 02129
(617) 241-3000
Fax (617) 241-5115

CERTIFICATE OF SERVICE

I, Anthony J. Sbarra, Ir., of Campbell Campbell Edwards & Conroy Professional Corporation, attorney for Ford Motor Credit Company, hereby certify that on August!, 2006, a true copy of the above document was served upon the attorney of record for the plaintiff by hand delivery.

Anthony J. Sbarra, Jr.



U~i

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THERESA TERRY, AS P.P.A. OF ) 06 3 it-

9 5

ANDREA **JONES, A** MINOR, & )
THERESA TERRY, INDIVIDUALLY, )
**Plaintiffs,** )
**v.**

**FOR]) MOTOR CREDIT COMPANY,** ) fl
**ALIAS,DOE1THRUDOE4,** )
)
Defendants. )

**PETITION FOR REMOVAL**
**TO:** THE CHIEF JUDGE AND JUDGES **OF** TIlE UNTTED **STATES**

DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

The defendant, Ford Motor Credit Company ("Ford") files this Petition for Removal of this action from the Trial Court, Superior Court Department, for the County of Providence, State of Rhode Island and Providence Plantations, to the United States District Court for the District of Rhode Island, pursuant to 28 U.S.C. §~ 1332, 1441 and 1446. In support of its Petition for Removal, Ford states as follows:

1. As it appears from the docket, files and records of the Trial Court, Superior Court Department, for the County of Providence, State of Rhode Island and Providence Plantations, Docket No. PC2006-3538, the plaintiff commenced a civil action by filing an Amended Complaint. A copy of the Summons and Complaint is annexed hereto as <u>Exhibit A</u>. On July 10, 2006, Ford received the Summons and Complaint via process server on CT Corporation in Providence, Rhode Island.

II. ii

2. This is a personal injury action in which the plaintiff Theresa Terry, individually and as parent and next fl-iend of Andrea Jones, a minor, alleges that on or about September 15, 2002,

Andrea Jones sustained personal injuries when Ms. Jones was pushing her bicycle and was struck by a vehicle owned by Ford. (Ex. A, ~ 1, 2, 6-8). Ms. Terry has also filed a loss of consortium claim (Ex A, ¶~ 10-12). Therefore, due to the alleged severity of the plaintiff's injuries and plaintiff's loss of consortium claim, upon information and belief the amount in controversy, exclusive of interest and costs, exceeds $75,000.

3. The plaintiff has alleged in her Complaint that she and her daughter reside in Columbus, Ohio (Ex. A, ¶~J 1, 2).

4. The defendant, Ford Motor Credit Company, is a Delaware Corporation, with a principal place of business located in Dearborn, M.L

5. Defendant Doe 1 thru Doe 4 has only been identified as in some manner responsible for the events referred to in the Complaint and that allegedly caused damages to the plaintiff and have only been given fictitious names at this time (Ex. A, ¶4). Pursuant to 28 U.S.C. § 1441(a), for purposes of removal, the citizenship of defendants sued under fictitious names shall be disregarded.

6. Jurisdiction in the Federal Court is based on comiilete diversity of citizenship between the plaintiff and the defendant pursuant to 28 U.S.C. § 1332. Upon information and belief, the amount in controversy exceeds, exclusive of interests and costs, seventy-five-thousand dollars ($75,000).

7. This petition for removal is filed within 30 days of receipt of the Summons and Complaint by Ford.



8. A stamped copy of this petition for removal will be filed with the Superior Court. WHEREFORE, Ford prays for removal of the above captioned matter from the Trial

Court, Superior Court Department for the County of Providence, State of Rhode Island and

Providence Plantations to the United States District Court for the District of Rhode Island.

Dated: August', 2006

FORD MOTOR CREDIT COMPANY,
By its Attorneys,
CAMPBELL CAMPBELL EDWARDS & CONROY
PROFESSIONAL CORPORATION

Anthony I. Sbarra, Jr. #73 07
One Constitutional Plaza
Boston, MA 02129
(617) 241-3000
Fax(617)241-5115

**CERTIFICATE OF SERVICE**

I, Anthony J. Sbarra, of Campbell Campbell Edwards & Conroy Professional Corporation, attorney for Ford Motor Credit Company, hereby certify that on August , 2006, a true copy of the above document was served on t e attorney f record for the plaintiff by

hand delivery. ~ )J~/Uk~~1LA

Anthony J. Sbarra



/

/

STATE OF ~iODE ISLAED SUPERIOR CO~T
PROVIDENCE, SC.

Theresa Terry, as P.P.A. of Andrea Jones, a Minor, & Theresa Terry, Individually,
plaintiffs

v. ) C. A. NO. P.C. 06-3538

Ford Motor Credit Company,
alias, Doe 1 Thru Doe 4,
Inclusive,
Defendants

1~ENDED COMPLAINT

1. plaintiff, Theresa Terry, Individually, is an individual residing in Columbus, State of Ohio.

2. The plaintiff, Andrea Jones, a minor, resided with her mother plaintiff, Theresa Terry in Columbus, in the State of Ohio. This claim for th Plaintiff, Andrea Jones, a minor, is being brought by plaintiff, Theresa Terry as Parent and Next Friend of Andrea Jones, a minor.

3. Upon information and belief, Defendant, Ford Motor Credit, Company (hereinafter, "Ford") is a Delaware Corporation with a usual place of business located at 1350 I Street, NW, Suite 1000 WashingtOn, DC 20005 and American Road, Dearborn MI and is a merchant and license to business in Rhode Island.

4. Upon information and belief, defendant, Doe 1 thru Doe 4, inclusive, (hereinafter, "Doe") the true names and capacities, whether individual, corporate, or otherwise, of the named herein as Does 1 Thru Doe 4, Inclusive are unknown to the plaintiff at the present time, and therefore the plaintiff, sues said defendants by such fictitious names. plaintiff is informed and believe and therefore allege that each of the defendant designated herein by fictitious names is in some manner responsible for the events an happening herein referred to, and caused damages proximately and foreseeable hereby to the plaintiff as hereinafter alleged. Plaintiffs will ask leave of this court to amend this complaint when the true names and capacities of the "Doe" defendant(5)have been ascertained.

-ur-V

5. The plaintiffs damages are sufficient to confer jurisdiction in the Superior Court /'

~'__7

~ ( 4' H i, LEI , ~,

~

i, ri '1.

COUNT I

6. On or about September 15, 2002, plaintiff, Andrea Jones was a pedestrian pushing her bicycle on Appian Way at or near the intersection with Anchor Avenue in Providence, Rhode Island.

7. At the same time and place, Rhonda Araujo, alias, and/or the defendant, "Doe" was operating a motor vehicle owned by defendant, "Ford," alias, and/or defendant, "Doe," and leased to the City of Providence, Rhode Island, southbound on Anchor Avenue at or near the intersection with Appian Way in the

City of Providence, in the State of Rhode Island.

8. The defendant, "Doe" so negligently operated defendant, "Ford's," alias, and/or defendant, "Doe" automobile as to cause it to strike the pedestrian, the plaintiff, Andrea Jones, a minor.

9. As a result of the negligence and carelessness of Rhonda Araujo, alias, and/or defendant, "Doe" the plaintiff, Andrea Jones, a minor, sustained injuries of body and mind, incurred expenses for medical care and attendance, and lost time and/or lost earning, capacity from her usual employ.

WHEREFORE, the plaintiff, Theresa Terry, as parent and next friend of plaintiff, Andrea Jones, a minor demands judgment against defendant, "Doe" on Count I, plus interest and costs of this action.

COUNT II

10. The plaintiff repeats, re-alleges, and incorporates by reference as if set forth hereto in their entirety Paragraphs 1 through 9 of this Complaint.

11. The plaintiff, Theresa Terry, is the mother of the plaintiff, Andrea Jones, a minor, and the person entitled by law to the and lost of parental society of the plaintiff, Andrea Jones. a minor.

12. As a result of the negligence of the Rhonda Araujo, alias, and/or defendant, "Doe" the plaintiff, Theresa Terry, sustained the loss of the care, comfort, and parental society of her daughter, plaintiff, Andrea Jones, a minor.

WHEREFORE, the plaintiff, Theresa Terry, demands judgment on Count II against defendant, "Doe," plus interest •and costs of this action.

COLThTT III

13. The plaintiff repeats, re-alleges, and incorporates by reference as if set forth hereto in their entirety Paragraphs 1 through 12 of this Complaint.

14. On or about September 15, 2002, the defendant, "Ford," alias, and/or defendant, "Doe," was the registered owner of the vehicle operated by Rhonda Araujo, alias, and/or defendant, "Doe" which was involved in a collision with the plaintiff, Andrea Jones, a minor.

15. At the time of the collision between the vehicle operated by Rhonda Araujo, alias, and/or defendant, "Doe" and the pedestrian plaintiff, Andrea Jones, a minor, and the Rhonda Araujo, alias, and/or defendant, "Doe" the Rhonda Araujo, alias, and/or defendant, "Doe," was operating defendant, "Ford's," alias, and/or defendant, "Doe's" vehicle with the permission of Defendant, "Ford," alias, and/or defendant, "Doe."

16. At the time of the collision between a vehicle operated by the Rhonda Araujo, alias, and/or defendant, "Doe" the pedestrian plaintiff, Andrea Jones, a minor, and Rhonda Araujo, alias, and/or defendant, "Doe," Rhonda Araujo, alias, and/or defendant, "Doe," was operating defendant, "Ford's," alias, and/or defendant, "Doe's" vehicle with permission and as an agent of the defendant, "Ford," alias, and/or defendant, "Doe."

17. As a result of the negligence and carelessness of Rhonda Araujo, alias, and/or defendant, "Doe," who was operating defendant, "Ford's," alias, and/or defendant, defendant, "Doe's" vehicle with defendant, "Ford's," alias, and/or defendant, "Doe's" permission and/or control and, as and as an agent of the defendant, "Ford," alias and/or defendant, "Doe," the plaintiff, Andrea Jones, a minor, sustained injuries of body and mind, incurred expenses for medical care and attendance, and lost time and/or lost earning capacity from her usual employ.

•~EREFORE, the plaintiff, Theresa Terry as Parent and Next friend
• of Andrea Jones, a minor, demands that judgment be entered against the defendant, "Ford," alias, and/or defendant, "Doe," on Count III of his Complaint with interest and costs.

COUNT IV

18. The plaintiff repeats, re-alleges, and incorporates by reference as if set forth hereto in their entirety Paragraphs 1 through 17 of this Complaint.

19. The plaintiff, Theresa Terry, is the mother of the plaintiff, Andrea Jones, a minor, and the person entitled by law to the care, corrifort, services, and lost of parents society of the plaintiff, Andrea Jones, a minor.

20. As a result of the negligence and carelessness of Rhonda Araujo, alias, and/or defendant, "Doe," who was operating defendant, "Ford's," alias, and/or defendant, "Doe's" vehicle with permission of defendant, "Ford's," alias, and/or defendant, "Doe's" control and as defendant "Ford's," alias, and/or defendant, "Doe's" agent, the plaintiff, Andrea Jones, a minor, sustained the loss of the care, comfort, and loss of parental society of her daughter, the plaintiff, Andrea Jones, a minor.

WHEREFORE, the plaintiff, Theresa Terry, Individually demands judgment against the defendant, "Ford," alias, and/or defendant, "Doe," on Count IV of this Complaint, plus interest and costs.

THE PLAINTIFFS DEMAND A TRIAL BY JURY ON ALL COUNTS.

PLAINTIFFS,
By their attorneys,
Resmini Law Associates

Wayn,4'G. Resmini, Esq. #6373
207 (4iaterman Street
Providence, RI 02906
(401) 751-6655
(401) a 751-6282 facsimile

Dated: July _____, 2Q06

SUPERIOR COURT
STATE OF RHODE ISLAND PROVIDENCE, SC.

Theresa Terry, as P.P.A. of Andrea Jones, a Minor, & Theresa Terry, Individually,
Plaintiffs

v. ) C.A.NO.&6555~

Ford Motor Credit Company, ) ~ ~c:v Att~R
alias, Rhonda Araujo, alias, &)
Doe 1 Thru Doe 4, Inclusive, ) /! I~!
Defendants ) ,-72.

CC~iL

COMPLAINT ~:r~~.-idp:,:~. ~~'Y-~'- 3-.-'—

1. Plaintiff, Theresa Terry, Individually, is an individual residing in Columbus, State of Ohio.

2. The plaintiff, Andrea Jones, a minor, resided with her mother plaintiff, Theresa Terry in Columbus, in the State of Ohio. This claim for th Plaintiff, Andrea Jones, a minor, is being brought by Plaintiff, Theresa Terry as Parent and Next Friend of Andrea Jones, a minor.

3. Upon information and belief, Defendant, Rhonda Araujo, alias, is a resident of Providence, Rhode Island.

4. Upon information and belief, Defendant, Ford Motor Credit, Company (hereinafter, "Ford") is a Delaware Corporation with a usual place of business located at 1350 I Street, NW, Suite 1000 Washington, DC 20005 and American Road, Dearborn MI and is a merchant and license to business in Rhode Island.
operating on

5. Upon information and belief, defendant, Doe 1 thru Doe 4, inclusive, (hereinafter, "Doe") the true names and capacities, whether individual, corporate, or otherwise, of the named herein as Does 1 Thru Doe 4, Inclusive are unknown to the plaintiff at the present time, and therefore the plaintiff, sues said defendants by such fictitious names. Plaintiff is informed and believe and therefore allege that each of the defendant

designated herein by fictitious names is in some manner responsible for the events an happening herein referred to, and caused damages proximately and foreseeable hereby to the plaintiff as hereinafter alleged. Plaintiffs will asic leave of this court to amend this complaint when the true names and capacities of the "Doe" defendant (s)have

~L' \~:
been ascertained.

6. The plaintiffs damages are sufficient to confer jurisdiction in the Superior Court.

COUNT I

7. On or about September 15, 2002, plaintiff, Andrea Jones was a pedestrian pushing her bicycle on Appian Way at or near the intersection with Anchor Avenue in Providence, Rhode Island.

8. At the same time and place, the defendant, Rhonda Araujo, alias, and/or defendant, "Doe" was operating a motor vehicle owned by defendant, Ford, alias, and/or defendant, "Doe," and leased to the City of providence, Susan Smith, southbound on Anchor Avenue at or near the intersection with Appian Way in the City of Providence, in the State of Rhode Island.

9. The defendant, Rhonda Araujo, alias, and/or defendant, "Doe" so negligently operated defendant, "Ford's," alias, and/or defendant, "Doe" automobile as to cause it to strike the pedestrian, the plaintiff, Andrea Jones, a minor.

10. As a result of the negligence and carelessness of the defendant, Rhonda Araujo, alias, and/or defendant, "Doe" the plaintiff, Andrea Jones, a minor, sustained injuries of body and mind, incurred expenses for medical care and attendance, and lost time and/or lost earning capacity from her usual employ.

WHEREFORE, the plaintiff, Theresa Terry, as parent and next friend of plaintiff, Andrea Jones, a minor demands judgment against the defendant, Rhonda Araujo, alias, and/or defendant, "Doe" on Count I, plus interest and costs of this action.

COUNT II

11. The plaintiff repeats, re-alleges, and incorporates by reference as if set forth hereto in their entirety Paragraphs 1 through 10 of this Complaint.

12. The plaintiff, Theresa Terry, is the mother of the plaintiff, Andrea Jones, a minor, and the person entitled by law to the and lost of parental society of the plaintiff, Andrea Jones. a minor.

13. As a result of the negligence of the defendant, Rhonda Araujo, alias, and/or defendant, "Doe" the plaintiff, Theresa Terry, sustained the loss of the care, comfort, and parental society of her daughter, plaintiff, Andrea Jones, a minor.

WHEREFORE, the plaintiff, Theresa Terry, demands judgment on Count II against the defendant, Rhonda AraujO, alias, and/or defendant, "Doe," plus interest and costs of this action.

COUNT III

14. The plaintiff repeats, re-alleges, and incorporates by reference as if set forth hereto in their entirety Paragraphs 1 through 13 of this Complaint.

15. On hr about September 15, 2002, the defendant, "Ford," alias, and/or defendant, "Doe," was the registered owner of the vehicle operated by defendant, Rhonda Araujo, alias, and/or defendant, "Doe" which was involved in a collision with the plaintiff, Andrea Jones, a minor.

16. At the time of the collision between the vehicle operated by the defendant, Rhonda Araujo, alias, and/or defendant, "Doe" and the pedestrian plaintiff, Andrea Jones, a minor, and the defendant, Rhonda Araujo, alias, and/or defendant, "Doe" the defendant, Rhonda Araujo, alias, and/or defendant, "Doe," was operating defendant, "Ford's," alias, and/or defendant, "Doe's" vehicle with the permission of Defendant, Ford, alias, and/or defendant, "Doe."

17. At the time of the collision between vehicle operated by the defendant, Plionda Araujo, alias, and/or defendant, "Doe" the pedestrian plaintiff, Andrea Jones, a minor, and the defendant, Rhonda Araujo, alias, and/or defendant, "Doe," the defendant, Rhonda Araujo, alias, and/or defendant, "Doe," was operating defendant, "Ford's," alias, and/or defendant, "Doe's" vehicle withe permission and as an agent of the defendant, Ford, alias, and/or defendant, "Doe."

18. As a result of the negligence and carelessness of the defendant, Rhonda Araujo, alias, and/or defendant, "Doe," who was operating defendant, "Ford's," alias, and/or defendant, -defendant, "Doe's" vehicle with defendant, "Ford's," alias, and/or defendant, "Doe's" permission and/or control and, as and as an agent of the defendant, Ford, alias and/or defendant, "Doe," the plaintiff, Andrea Jones, a minor, sustained injuries of body and mind, incurred expenses for medical care and attendance, and lost time and/or lost earning capacity from her usual employ.

WHEREFORE, the plaintiff, Theresa Terry as Parent and Next friend of Andrea Jones, a minor, demands that judgment be entered against the defendant, "Ford," alias, and/or defendant, "Doe," on Count III of his

Complaint with interest and costs.

COUNT IV

19. The plaintiff repeats, re-alleges, and incorporates by reference as if set forth hereto in their entirety Paragraphs 1 through 18 of this Complaint.

20. The plaintiff, Theresa Terry, is the mother of the plaintiff, Andrea Jones, a minor, and the person entitled by law to the care, comfort, services, and lost of parents society of the plaintiff, Andrea Jones, a minor.

21. As a result of the negligence and carelessness of the defendant, Rhonda Araujo, alias, and/or defendant, "Doe," who was operating defendant, "Ford's," alias, and/or defendant, "Doe's" vehicle with permission of defendant, "Ford's," alias, and/or defendant, "Doe's" control and as defendant "Ford's," alias, and/or defendant, "Doe's" agent, the plaintiff, Andrea Jones, a minor, sustained the loss of the care, comfort, and loss of parental society of her daughter, the plaintiff, Andrea Jones, a minor.

WHEREFORE, the plaintiff, Theresa Terry, Individually demands judgment against the defendant, "Ford," alias, and/or defendant, "Doe," on Count IV of this Complaint, plus interest and costs.

THE PLAINTIFFS DEMAND A TRIAL BY JURY ON ALL COUNTS.

PLAINTIFFS,
By their attorneys,
Resruini Law Associates
Wayne/~."Re ni, Esq. #6373
207 ~7aferman Street
provMence, RI 02906
(401) 751-6655
(401) a 751-6282 facsimile

Dated: June~Z.< 2006
SUPERIOR COURT
STATE OF RHODE ISLAND PROVIDENCE, SC.

Theresa Terry, as P.P.A. of Andrea Jones, a Minor, & Theresa 'Terry, Individually,
Plaintiffs

v. ) C. A. NO.

Ford Motor Credit, alias, Rhonda Araujo, alias, & Doe 1 Thru Doe 4, Inclusive,
Defendants

COMPLAINT

1. plaintiff, Theresa Terry, Individually, is an individual residing in Columbus, Ohio.

2. The plaintiff, Andrea Jones, a minor, resided with her mother Theresa Terry in Columbus, Ohio.

3. Upon information and belief, Defendant, Rhonda Araujo, alias, is a resident of providence, Rhode Island.

4. Upon information and belief, Defendant, Ford Motor Credit, Inc. is a-corporation and owed the vehicle Rhoda Araujo was operating on

5. Upon information and belief, defendant, Doe 1 thru Doe 4, inclusive, (hereinafter, "Doe") the true names and capaci€ies, whether individual, corporate, or otherwise, of the named herein as Does 1 Thru Doe 4, Inclusive are unknown to the plaintiff at the present time, and therefore the plaintiff, sues said defendants by such fictitious names. Plaintiff i~ informed and believe and therefore allege that each of the defendant designated herein by fictitious names is in some manner responsible for the events an happening herein referred to, and caused damages proximately and foreseeable hereby to the plaintiff as hereinafter alleged. Plaintiffs wi]4 ask leave of this court to amend this complaint whefl the true nameè and capacities of the "Doe" de~endäflt(sU~"J~?. been ascertained.

6. The plaintiffs damages are sufficient to confer~jurisdiction in the Superior Court

cOUNT I

7. On or about September 15, 2002, plaintiff, Andrea Jones was a pedestrian pushing her bicycle on Appian Way at or near the intersection with Anchor Avenue in Providence, Rhode Island.

8. At the same time and place, the defendant, Rhonda Araujo, alias, and/or defendant, "Doe" was operating a motor vehicle owned by defendant, Ford, alias, and/or defendant, "Doe," and leased to the City of Providence, Susan Smith, southbound on Anchor Avenue at or near the intersection with Appian Way in the City of Providence, in the State of Rhode Island.

9. The defendant, RIionda Araujo, alias, and/or defendant, "Doe" so negligently operated defendant, "Ford's," alias, and/or defendant, "Doe" automobile as to cause it to strike the pedestrian, the plaintiff, Andrea Jones, a minor.

10. As a result of the negligence and carelessness of the defendant, Rhonda Araujo, alias, and/or defendant, "Doe" the plaintiff, Andrea Jones, a minor, sustained injuries of body and mind, incurred expenses for medical care and attendance,

and lost time and/or lost earning capacity from her usual employ.

WHEREFORE, the plaintiff, Theresa• Terry, as parent and next friend of plaintiff, Andrea Jones, a minor demands judgment against the defendant, Rhonda Araujo, alias, and/or defendant, “Doe” on Count I, plus interest and costs of this action.

COUNT II

11. The plaintiff repeats, re-alleges, and incorporates by reference as if set forth hereto in their entirety Paragraphs 1 through 10 of this Complaint.

12. The plaintiff, Theresa Terry, is the mother of the plaintiff, Andrea Jones, a minor, and the person entitled by law to the and lost of parental society of the plaintiff, Andrea Jones. a minor.

13. As a result of the negligence of the defendant, Rhonda Araujo, alias, and/or defendant, “Doe” the plaintiff, Theresa Terry, sustained the loss of the care, comfort, and parental society of her daughter, plaintiff, Andrea Jones, a minor.

WHEREFORE, the plaintiff, Theresa Terry, demands judgment on Count II a~1hst the d~ftndant, Rhonda Araujo, alias, and/or defendant, “Doe,” plus interest and costs of this action.

COUNT III

14. The plaintiff repeats, re-alleges, and incorporates by reference as if set forth hereto in their entirety Paragraphs 1 through 13 of this Complaint.

15. On or about September 15, 2002, the defendant, “Ford,” alias, and/or defendant, “Doe,” was the registered owner of the vehicle operated by defendant, Rhonda Araujo, alias, and/or defendant, “Doe” which was involved in a collision with the plaintiff, Andrea Jones, a minor.

16. At the time of the collision between the vehicle operated by the defendant, Rhonda Araujo, alias, and/or defendant, “Doe” and the pedestrian plaintiff, Andrea Jones, a minor, and the defendant, Rhonda Araujo, alias, and/or defendant, “Doe” the defendant, Rhonda Araujo, alias, and/or defendant, “Doe,” was operating defendant, “Ford’s,” alias, and/or defendant, “Doe’s” vehicle with the permission of Defendant, Ford, alias, and/or defendant, “Doe.”

17. At the time of the collision between vehicle operated by•the defendant, Rhonda Araujo, alias, and/or defendant, “Doe” the pedestrian plaintiff, Andrea Jones, a minor, and the defendant,

Rhonda Araujo, alias, and/or defendant, “Doe,” the defendant, Rhonda Araujo, alias, and/or defendant, “Doe,” was operating defendant, “Ford’s,” alias, and/or defendant, “Doe’s” vehicle withe permission and as an agent of the defendant, Ford, alias, and/or defendant, “Doe.”

18. As a result of the negligence and carelessness of the defendant, Rhonda Araujo, alias, and/or defendant, “Doe,” who was operating defendant, “Ford’s,” alias, and/or defendant, defendant, “Doe’s” vehicle with defendant, “Ford’s,” alias, and/or defendant, “Doe’s” permission and/or control and, as and as an agent of the defendant, Ford, alias and/or defendant, “Doe,” the plaintiff, Andrea Jones, a minor, sustained injuries of body and mind, incurred expenses for medical care and attendance, and lost time and/or lost earning capacity from her usual employ.

WHEREFOREe the plaintiff, Theresa Terry as Parent and Next friend of Andrea Jones, a minor, demands that judgment be entered against the defendant, “Ford,” alias, and/or defendant, “Doe,” on Count III of his Complaint with interest and costs.

COTfl’1T IV

19. The plaintiff repeats, re-alleges, and incorporates by reference as if set forth hereto in their entirety Paragraphs a through 18 of this Complaint.

20. The plaintiff, Theresa Terry, is the mother of the plaintiff, Andrea Jones, a minor, and the person entitled by law to the care, comfort, services, and lost of parents society of the plaintiff, Andrea Jones, a minor.

21. As a result of the negligence and carelessness of the defendant, Rhonda Araujo, alias, and/or defendant, “Doe,” who was operating defendant, “Ford’s,” alias, and/or defendant, “Doe’s” vehicle with permission of defendant, “Ford’s,” alias, and/or defendant, “Doe’s” control and as defendant “Ford’s,” alias, and/or defendant, “Doe’s” agent, the plaintiff, Andrea Jones, a minor, sustained the loss of the care, comfort, and loss of parental society of her daughter, the plaintiff, Andrea Jones, a minor.

WHEREFORE, the plaintiff, Theresa Terry, Individually demands judgment against the defendant, “Ford,” alias, and/or defendant, “Doe,” on Count IV of this Complaint, plus interest and costs.

THE PLAINTIFFS DEMAND A TRIAL BY JURY ON ALL COUNTS.

PLAINTIFFS,
By their attorneys,

Resmini Law Associates
Wa G. Resmini, Esq. #6373
207 Waterman Street
providence, RI 02906
(401) 751-6655
(401) 751-6282 facsimile

Dated: June1~, 2006

c ‘L .

:~c)\rLcfnnce & Bñsz&

-. .,C Name

chpnaet

I i “it –,i, ~ ,

STATE OF ..HODE ISLAND
**SUPERIOR COURT**

CIVIL
.ASE COVER
SHEET

This forni must be filed with each original document [hat commences a civil proceeding in the Clerks Office (R.P.3.11). lithe case is a
**District Court appeal, the form must be filed with the appeal in the District Court and will be transferred with other documents to the Superior Court.**

Case # (Filled in by Clerks Office)

| PLAINTIFFS: | DEFENDANTS: |
|---|---|
| Theresa Terry as P.P.AI of Andrea Jones, a Minor & Andrea Jones, Individually | Ford Motor Credit Company, alias, Rhonda Araujo, alias, & Doe 1 Thru Doe 4, Inclusive |

NATURE OF PROCEEDING . Check the applicable case type under the main categories listed below (check One Only)

District Court Appeal . LII yes (Check type below) CIVIL ACTIONS

LI AGA Agency appeal LI DPC Denial of probate claim LI PRN Promissory noteLI ALA Alienation of affection LII EXT Excessive tax LI PDM Property damageLI ANT Anti-trust LI INR Injunctive relief LI PDV Properly damage-vehicleLI ASBAssault and battery [1 IPL Interpleader LI RLP Real PropertyLI BKA Book account LI LIB Libel/slander LI RIC Reinstate charterLI CIA Common law assignment LI MLE Malpractice/legal LI DIN Recovery of damages/insur.LI CLL common law lien LI MME Malpractice/medical LI ROF Recovery of fundsLI CON contractLI MOT Malpractice/other LI WOR Replevin, writ ofLI CNV Conversion 0 WOM Mandamus, writ of LI SPP Specific performanceLI CRC Criminal conversation 0 PRT Partition LI TCO Title clearing (other than tax • titleLI CIC Criminal inj compensation LI PER Personal injury LI TAE Trespass and ejectrnentLI DOJ Debt on judgment LI IDV Personal injfproperty dam-vehicle LI TRA Trustee/accountingLI DTP Deceptive trade practiceLI PIV Personal injury-vehicle LI ThT Trustee/appt convey titleLI DEJ Declaratory judgment LI PRL Product liability LI UNM Uninsured motorist LI WRD Wrongful death

LI Other than above (specify type):

MISCELLANEOUS PETITIONSLI ARA Arbitration, awardLI CAR Arbitratlon/cqnfirm . LI TLF

Foreclosure/tax lien LI PH Petition for immunity LI RTA Arbitration/referral LI FOC Forfeiture of charter LI PIN Pet for inventory (wire tap) LI VAR Arbitration/ vacate LI GJI Grand Jury Investigation LI PFR Petition for review LI AOD Assessment of damages LI HAC Habeas corpus . LI PTD Pet to take deposition

LI CND Condemnation LI MAW Material witness LI PCR Post conviction relief

LI CFC Confirm compromise LI MEL Mechanics lien LI REC Receivership

LI DOC Dissolution of corp. LI 05W Out of state witness LI RSA ~ule.5A petition

LI EDP End partnership LI FF8 Perform surgery Ehlerb@PY fltI~'arthring (tax title)

LI FRR Foreclosure of right of LI PFC Petition for constable LI AQt j~rustg&appoiQtment of redemption LI PTE Petition to expunge LI ~ØJ ,Wru e/dthck [ion of

LI Other than above (specify type): D,(AO8 "Tru~tee/sdc&ks~or

t~T..rrr~flrfliIil

flWIL Wilt

[1 Other than above (specify type)

PROBATE APPEALS

fl TRS Trust fl GRD Guardianship

Is this a case that may require a trial for resolution? ~Zi

(attorney name)

Wayne G. Resmini, Esq. LI prose

S—223 1/94

if yes: [1 jury or LII non-jury

(date)

!t I'" ..:lr::.--~. '~1.
H

:1
irir~C_~'11I

hi (3 'A Ii 'C

FORD MOTOR CR tSiZi,,

1313

• E'~ -\11 i:':-.: I 612L Cr13
I 6Cr. Cr13
13, ,~i13

lyili——

160..
C,', Cr0
1 E4'Z'. CrC'
:1 6i;~j, ~''Zi
Ci- 13,2'

**EXHIBIT**

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
Date

07-03-2006
07-03-2006
07-0 3-2 DO 6
07-0 6-2 DO 6
07-31-2006

08-01-2006
08-01 -2006
08-01 -2006

SUPERIOR COURT
CIVIL DOCKET SHEET

1'u'~ Copy
Attes'

a
3
~ó~
'4 e~

Qifice of Clerk 01
Str~)eflb[1] Court
COUntIOB of
prj~i~etL0a &
Th1s10[1]

RIi
OJc
JS~
3~\

RIJ S/CXAREPC/CWIR DKSC/TLE
Case ID: PC-2006-3538

Filing Date: 07-03-2006
Case Status: CLOSED DURING DISCOVERY
THERESA TERRY V FORD MOTOR CREDIT COMPANY

Case Type: PERSONAL INJURY
Status Date: 08-01-2006

Scheduled Events

| Date | Event | Location | Judge |
| --- | --- | --- | --- |

Prior Events

| Date | Event | Location | Judge |
| --- | --- | --- | --- |

| Case Jacket | | | |
|---|---|---|---|
| Checked | Out | Retumed | Person | Conirnents/Text |

| Description | Docket Entry Information Text |
|---|---|
| COMPLAINT FILED | |
| INITIAL FILING FEE | |
| Payment Applied | |
| AMENDED COMPLAINT FILED | |
| STIPULA FILED,EXT'EN OF TIME | |
| NOTICE OF REMOVAL | |
| CASE REMVD TO US DISTRICT CT | |
| 0TH DOC FILED DURING DISCOV | |
| | A Payment of-$160.00 was made on receiptSCP229405. |
| | BY AGREEMENT OF PARTIES DEFT SHALL HAVE UP TO INCLUDING 08-09-06 TO ANSWER PLTF'S COMPLAINT. |

CA 06 3495

08-15-2006 11:59AM

Page 1 of 1

CAMPBELL CAMPBELL EDWARDS & CONROY
PROFESSIONAL cORPORATIoN

ONE cON sTmfrIoN PLAZA
ThIRD FLOOR
BOSTON, MA 02129
1'EU (617) 241 3000
FAX (617) 241 5115

ANTHONY .1. SNARRA
(617) 241 3034

asbarra@cnmp li ell-tria l-Iawyers.com

VJA HA1~qD DEL [VERY

August 1, 2006

Civil Clerk
Providence County Superior Court
250 Benefit Street
Providence, RI 02903

Re: Theresa Terry, et a!. v. Ford Motor Credit Company
Providence Superior Court, Civil Action No.: PC2006-3533

Dear Sir/Madam:

I am removing the above-referenced case from Providenc& County Superior Court to the United States District Court. Enclosed is a Notice of Removal. Flease also find enclosed a copy of the Notice of Removal (Federal), the original of which is filed with the Federal Court as

indicated by the ffling stamp.

Please docket the enclosed documents. After the enclosures are docketed, please provide me with certified copies of the dockei sheet and all pleadings and papers filed to date including the enclosed documents, together with a statement for the fees incurred in obtaining these certified copies, so that I may file them with the federal court.

Thank you for your attention to this matter.

Very truly yours,

Anthony S. Sbarra

AJS/sct

Enclosure(s)

cc: Wayne (li. Resniini, Esq. Adam A. Larson, Esq.
(via hand delivery)

i rue Copy Attest

,

Office of Clerk a, Superior Court

.Couj~j~5 ofP-r~idence & Bristol Pr~~.-dtnce RlioJ~Jc~q1

coNNEcr,cuT . MAINE . MAssAcHuSETTs . I~EA' 14A?,WSfl&Ei
I-3EWJERSEV . PENNSYLVANIA . RHODEISLAND

STATE OF RHODE ISLA1'~D
SUPERIOR COURT PROVIDENCE, SC.

)
THERESA TERRY, AS P.P.A OF )
ANDREA **JONES, A MINOR, &** )
**THERESA TERRY, INDIVIDUALLY,** )
Plaintiffs, )
**v.** ) CIVIL ACTION NO. PC2006-3538
)
FORD **MOTOR CREDIT COMPANY,** )
ALIAS, **DOE 1 TERU DOE 4,** )
)
**Defendants.** )

**NOTICE OF REMOVAL**

**TO:** Civil Clerk
Providence County Superior Court
250 Benefit Street, 5th Floor

Providence, RI 02903

Wayne U. Resmini, Esq.
Law Associates
207 Waterman Street
Providence, RI 02906

Please talce notice that the defendant, Ford Motor Credit Company, a Delaware Corporation with a principal place of business at Dearborn, Michigan, has this day filed a petition for removal pursuant to 28 U.S.C. §~ **1332, 1441** and 1446, containing a statement of facts which entitled it to remove the case to the United States District Court for the District of Rhode Island, together with a copy of a!! pleadings in its possession.

true *Copy* AtLBSL

p
/i &~
c -2-C~.'
Cd,,
*rr*
Office o~ -~.]crk a,
~,uperjof uourt

Counties of Prs--
ic~enc-e & Bristol
PTJV.CiLnCe RhoJ~ Is~ri

~jth'1 tIl!3 l ll: 1ib

Attached to this notice as Exhibit A is a true and accurate copy of the petition for removaL

FORD MOTOR CREDIT COMPANY
**By** its Attorneys,
CAMPBELL CAMPBELL EDWARDS &
CONROY
**PROFESSIONAL CORPORATION**

otwo1j~&~
Anthony J. Sbarra, Jr. #7307
One Constitutional Plaza

Boston, MA 02129
(617) 241-3000
Fax (617) 241-5115

**CERTIFICATE OF SERVICE**

**I,** Anthony **J.** Sbarra, Jr., of Campbell Campbell Edwards & Conroy Professional Corporation, attorney for Ford Motor Credit Company, hereby certify that on Augusti , **2006,** a true copy of the above document was served upon the attorney of record for the plaintiff by hand delivery. ·

Anthony J. Sbarra, Jr.

.t rue Copy AtteaL

,~L-i_ 4. ~ 4
Officeofclej'k01 Suje~-j01- Court
Counties of PrJ-jdence &
Bristo!
Pr,~~dtnce Rhc-j~ i~~q

2
d
b

A rue Copy AttesL -/'

OFflce of Clcrk 02
Superior Court
Counties of Pr.. itc~re &
Bristo1
P11. .ckIice tUjo.i:

UNITED STATES DISTRICT COURT
**DISTRICT OF RHODE ISLAND**

THERESA TERRY, AS **P.P.A. OF** )

**CA- 06 3**

**49 S**

ANDREA JONES, A MI]NOR, & )
THERESA TERRY, I[NDWIDUALLY, )
**Plaintiffs,** )
v. ) *CIVIL* **ACTION NO.**
FOR]) MOTOR CREDIT COMPANY, )
ALIAS,DOE1TBIRUDOE4, )
**Defendants.** )

**<u>PETITION</u> <u>FOR</u> <u>REMOVAL</u>**

**TO:** TIlE CHiEF JUDGE AND JUDGES **OF THE UNITED STATES**

**DISTRICT COURT FOR** THE DISTRICT **OF RHODE ISLAND**

The defendant, Ford Motor Credit Company ("Ford") files this Petition for Removal of this action from the Trial Court, Superior Court Department, for the County of Providence, State of Rhode Island and Providence Plantations, to the United States District Court for the District of Rhode Island, pursuant to 28 U.S.C. §~ 1332, 1441 and 1446. In support of its Petition for Removal, Ford states as follows:

**1.** As it appears from the docket, files and records of the Trial Court, Superior Court Department, for the County of Providence, State of Rhode Island and Providence Plantations, Docket No. PC2006-3538, the plaintiff commenced a civil action by filing an Amended Complaint. A copy of the Summons and Complaint is annexed hereto as <u>Exhibit</u> <u>A</u>. On July 10, 2006, Ford received the Summons and Complaint via process server on CT Corporation in Providence, Rhode Island.

inie Copy At~aQ,
n
~1 V é~1 /

Office of Clerk 01
Superior Court

Z~C:1 fiJi3 _I A LI ~ ~ tJes ofFi-.

13

reç. PEr.,

2. This is a personal injury action in which the plaintiff Theresa Terry, individually and as parent and next friend of Andrea Jones, a minor, alleges that on or about September *15*, **2002,** Andrea Jones sustained personal injuries when Ms. Jones was

pushing her bicycle and was struck by a vehicle owned by Ford. (lix. A, ¶11 **1, 2, 6-8).** Ms. Terry has also filed a loss of consortium claim (Ex A, ¶~ 10-12). Therefore, due to the alleged severity of the plaintiff's injuries and plaintiffs loss of consortium claim, upon information and belief, the amount in controversy, exclusive of interest and costs, exceeds $75,000.

3. **The** plaintiff has alleged in her Complaint that she and her daughter reside in Columbus, Ohio (Ex. A, ¶~ **1, 2).**

4. The defendant, Ford Motor Credit Company, is a Delaware Corporation, with a principal place of business located in Dearborn, M.I.

5. Defendant Doe 1 tInt Doe 4 has only been identified as in some manner responsible **for the events referred to in the Complaint** and that allegedly caused damages to the plaintig and have only been given fictitious names at this time (Ex. A, ¶4). Pursuant to 28 U.S.C. § **l4•41(a), for** purposes of removal, the citizenship of defendants sued under fictitious names shall be disregarded.

6. Jurisdiction in the Federal Court is based on complete diversity of citizenship between the plaintiff and the defendant pursuant to 28 U.S.C. § 1332. Upon information and belief, the amount in controversy exceeds, exclusive of interests and costs, seventy-five-thousand dollars ($75,000).

7. This petition for removal is filed within 30 days of receipt of the Summons and Complaint by Ford.

true Coj~~' Att~5,
*if*
g~
tV- ~t.
Office of **C]crk** Di Superior Court
Counties of ~ &
Prj~.~cILflce



8ristoi

*RhcJcJ~?qq*

8. A stamped copy of this petition for removal will be filed with the Superior Court.

WHEREFORE, Ford prays for removal of the above captioned matter from the Trial Court, Superior Court Department for the County of Providence, State of Rhode Island and Providence Plantations to the United States District Court for the District of Rhode Island.

**Dated:** **August** *1*, **2006**

FORD MOTOR CREDIT COMPANY,
**By** its Attorneys,
CAMPBELL CAMPBELL EDWARDS & CONROY
**PROFESSIONAL** CORPORATION

**AnthonyJ.** Sbarra, Jr. #7307
**One Constitutional** Plaza
Boston, MA 02129
**(617) 241-3000**
Fax **(617) 241-5115**

**CERTIFICATE OF SERVICE**

I, Anthony **J.** Sbarra, of Campbell Campbell Edwards & Conroy Professional Corporation, attorney for Ford Motor Credit Company, hereby certify that on August _ **2006,** a true copy of the above document was served on t e attorney record for the plaintiff by hand delivery.

~

Anthony J. Sbarra

true Copy Attest
/, p 9
/1 ' / 
~J
**Office of Clerk** Di **Superior Court**

Counties of Pr~-~idence &
Bnsto[1]
3 Py3~-d~nce P.hcJ~
Is~-i

STATE OF RHODE ISLIWD SUPERIOR COURT
PROVIDENCE, SC. \J

Theresa Terry, as P.PA. of Andrea Jones, a Minor, & Theresa Terry, Individually,
Plaintiffs
v. ) C. A. NO. P.C. 06-3538
Ford Motor Credit Company,
alias, Doe 1 Thru Doe 4,

Inclusive,
Defendants

AMENDED COMPLAINT

1. Plaintiff, Theresa Terry, Individually, is an individual residing in Columbus, State of Ohio.

2. The plaintiff, Andrea Jones, a minor, resided with her mother plaintiff, Theresa Terry in Columbus, in the State of Ohio. This claim for th Plaintiff, Andrea Jones, a minor, is being brought by Plaintiff, Theresa Terry as Parent and Next Friend of Andrea Jones, a minor.

3. Upon information and belief, Defendant, Ford Motor Credit, Company (hereinafter, "Ford") is a Delaware Corporation with a usual place of business located~ at 1350 I Street, NW, Suite 1000 Washington, DC 20005 and American Road, Dearborn MI and is a merchant and license to business in Rhode Island.

4. Upon information and belief, defendant, Doe 1 thru Doe 4, inclusive, (hereinafter, "Doe") the true names and capacities, whether individual, corporate, or otherwise, of the named herein as Does 1 Thru Doe 4, Inclusive are unknown to the plaintiff at the present time, and therefore the plaintiff, sues said defendants by such fictitious names. Plaintiff is informed and believe and theref ore allege that each of the defendant designated herein by fictitious names is in some manner responsible for the events an happening herein referred to, and caused damages proximately and foreseeable hereby to the plaintiff as hereinafter alleged. Plaintiffs will ask leave of this court to amend this complaint when the true names and capacities of the "Doe" defendant (s)have been ascertained true Copy Attest

5. The plaintiffs damages are sufficient to confeti 4.~,J jurisdiction in the Superior Court ~

~L- Øftjc€~ of Dark o.~
Su~erjor Court
~Lflp, ( 5 ,';;Nc Jfl, cLER~ Counties ofPr;--
~dence & Hristo[1]

Py.n ci. ncc? Rho-
Jr ISS

2~hJUL_L P 2: lb

COUNT I

6. On or about September 15, 2002, plaintiff, Andrea Jones was a pedestrian pushing her bicycle on Appian Way at or near the intersection with Anchor Avenue in Providence, Rhode Island.

7. At the same time and place, Rhonda Araujo, alias, and/or the defendant, "Doe" was operating a motor vehicle owned by defendant, "Ford," alias, and/or defendant, "Doe," and leased to the City of Providence, Rhode Island, southbound on Anchor Avenue at or near the intersection with Appian Way in the City of Providence, in the State of Rhode Island.

8. The defendant, "Doe" so negligently operated defendant, "Ford's," alias, and/or defendant, "Doe" automobile as to cause it to strike the pedestrian, the plaintiff, Andrea Jones, a minor.

9. As a result of the negligence and carelessness of Rhpnda Araujo, alias, and/or defendant, "Doe" the plaintiff, Andrea Jones, a minor, sustained injuries of body and mind, incurred expenses for medical care and attendance, and lost time and/or lost earning, capacity from her usual employ.

WHEREFORE, the plaintiff, Theresa Terry, as parent and next friend of plaintiff, Andrea Jones, a minor demands judgment against defendant, "Doe" on Count I, plus interest and costs of this action.

COU1'IT II

10. The plaintiff repeats, re-alleges, and incorporates by reference as if set forth hereto in their entirety Paragraphs 1 through 9 of this Complaint.

11. The plaintiff, Theresa Terry, is the mother of the plaintiff, Andrea Jones, a minor, and the person entitled by law to the and lost of parental society of the plaintiff, Andrea Jones. a minor .

12. As a result of the negligence of the Rhonda Araujo, alias, and/or defendant, "Doe" the plaintiff, Theresa Terry, sustained the loss of the care, comfort, and parental society of her daughter, plaintiff, Andrea Jones, a minor.

flHEREFORE, the plaintiff, Theresa Terry, demands judgment on Count II against defendant, "Doe," plus interest and costs of this action.

COUNT III

13. The plaintiff repeats, re-alleges, and Xico~o~i~s4 by reference as if set forth hereto in their eit~et~ P~th~ths 1 through 12 of this Complaint.

*true* Copy Attes~
OftC~ of Cierl-: o~
Superior Court
Coujthes of Pr.;>jt~c-nre & Bristol
Pr.~.~-d~pco RhoJ~ J5~ti..~

14. On or about September 15, 2002, the defendant, "Ford," alias, and/or defendant, "floe," was the registered owner of the vehicle operated by Rhonda Araujo, alias, and/or defendant, "Doe" which was involved in a collision with the plaintiff, Andrea Jones, a- minor.

15. At the time of the collision between the vehicle operated by Rhonda Araujo, alias, and/or defendant, "Doe" .and the pedestrian plaintiff, Andrea Jones, a minor, and the Rhonda Araujo, alias, and/or defendant, "Doe" the Rhonda Araujo, alias, and/or defendant, "Doe," was operating defendant, "Ford's," alias, and/or defendant, "Doe's" vehicle with the permission of Defendant, "Ford," alias, and/or defendant, "Doe."

16. At the time of the collision between a vehicle operated by the Rhonda Araujo, alias, and/or defendant, "Doe" the pedestrian plaintiff, Andrea Jones, a minor, and Rhonda Araujo, alias, and/or defendant, "Doe," Rhonda Araujo, alias, and/or defendant, "Doe," was operating defendant, "Ford's," alias, and/or defendant, "Doe's" vehicle with permission and as an agent of -the defendant, "Ford," alias, and/or defendant, "Doe."

17. As a result of the negligence and carelessness of Rhonda Araujo, alias, and/or defendant, "Doe," who was operating defendant, "Ford's," alias, and/or defendant, defendant, "Doe's" vehicle with defendant, "Ford's," alias, and/or defendant, "Doe's" permission and/or control and, as and as an agent of the defendant, "Ford," alias and/or defendant, "Doe," the plaintiff, Andrea Jones, a minor, sustained injuries of body and mind, incurred expenses for medical care and attendance, and lost time and/or lost earning capacity from her usual employ.

WHEREFORE, the plaintiff, Theresa Terry as Parent and Next friend of Andrea Jones, a minor, demands that judgment be entered against the defendant, "Ford," alias, and/or defendant, "Doe," on Count III of his Complaint with interest and costs.

COUNT IV

18. The plaintiff repeats, re-alleges, and incorporates by reference as if set forth hereto in their entirety Paragraphs **1** through 17 of this Complaint.

19. The plaintiff, Theresa Terry, is the mother of the plaintiff, Andrea Jones, a minor, and the person entitled by law to the care, comfort, services, and lost of parents society of the plaintiff, Andrea Jones, a minor. .LnJeC~oi-yA~..

20. As a result of the negligence and careles~/es~2 o~honda Araujo, alias, and/or defendant, "Doe," w,~I~wa% ~~s~ing defendant, "Ford's," alias, and/or defend~1~0'~]Jp~'s" vehi~le

'-'~1~ Di Superior
Couj **Count** 1~5 Of Pro-
i3en~~ & Brjsto~
uv~t~ç~~ '(hc.-J~

with permission of defendant, "Ford's," alias, and/or defendant, "Doe's" control and as defendant "Ford's," alias, and/or defendant, "Doe's" agent, the plaintiff, Andrea Jones, a minor, sustained the loss of the care, comfort, and loss of parental society of her daughter, the plaintiff, Andrea Jones, a minor.

WHEREFORE, the plaintiff, Theresa Terry, Individually demands judgment against the defendant, “Ford,” alias, and/or defendant, “Doe,” on Count IV of this Complaint, plus interest and costs.

THE PLAINTIFFS DEMM~D A TRIAL BY JURY ON ALL COUNTS.

PLAINTIFFS,
By their attorneys, Resmini Law Associates

Wayii,4’G. Resmini, Esq. #6373
207 ~~Jaternian Street
Providence, RI 02906
(401) 751-6655
(401) a 751-6282 facsimile

Dated: July __ 2006

Cory tIttCSL
ii 4EP
A N

/.-~> ~

or~1~ r;-ifll_.4.. p
0, :u;cnor Coun
~iilit!~.’ r.~—r-
I)-. w-iLc~ce &
Bnstol
I.C.~iifl~ Rn0J~ ~

STATE OF RHODE ISLAED
PROVIDENCE, SC.

SUPERIOR COURT

Theresa Terry, as P.P.A. of Andrea Jones, a Minor, & Theresa Terry, Individually,
Plaintiffs

C. A. NO. a6-555/

Ford Motor Credit Company, alias, Rhonda Araujo,. alias, &) Doe 1 Thru Doe 4, Inclusive,

Defendants

COMPLAINT

1. Plaintiff, Theresa Terry, Individually, is an individual residing in Columbus, State of Ohio.

2. The plaintiff, Andrea Jones, a minor, resided with her mother plaintiff, Theresa Terry in Columbus, in the State of Ohio. This claim for th Plaintiff, Andrea Jones, a minor, is being brought by Plaintiff, Theresa Terry as Parent and Next Friend of Andrea Jones, a minor.

3. Upon information and belief, Defendant, Rhonda Araujo, alias, is a resident of Providence, Rhode Island.

4. Upon information and belief, Defendant, Ford Motor Credit, Company (hereinafter, "Ford") is a Delaware Corporation with a usual place of business located at 1350 I Street, NW, Suite 1000 Washington, DC 20005 and American Road, Dearborn MI and is a merchant and license to business in Rhode Island. operating on

5. Upon information and belief, defendant, Doe 1 thru Doe 4, inclusive, (hereinafter, "Doe") the true names and capacities, whether individual, corporate, or otherwise, of the named herein as Does 1 Thru Doe 4, Inclusive are unknown to the plaintiff at the present time, and therefore the plaintiff, sues said defendants by such fictitious names. Plaintiff is informed and believe and therefore allege that each of the defendant designated herein by fictitious names is in some manner responsible for the events an happening herein referred to, and caused damages proximately and foreseeable hereby 1€~tLt1jhieAttnqj plaintiff as hereinafter alleged. Plaintiff sj will •ask leave of this court to amend this complaint91whth/~ii~e true names and capacities of the "Doe" defei~i~)h~~

Officeofc~-~i. fl
Cow)tlaS0v~t 2A it42eflo, Coun
Prj1~d~n~1 it?3L4.~fl~e& Bristol

fl~\i .j~J1. _3 P ~2: 2~i

been ascertained.

6. The plaintiffs damages are sufficient to confer jurisdiction in the Superior Court.

COUNT I

7. On or about September 15, 2002, plaintiff, Andrea Jones was a pedestrian pushing her bicycle on Appian Way at or near the intersection with Anchor Avenue in Providence, Rhode Island.

8. At the same time and place, the defendant, Rhonda Araujo, alias, and/or defendant, "Doe" was operating a motor vehicle owned by defendant, Ford, alias,

and/or defendant, “Doe,” and leased to the City of Providence, Susan Smith, southbound on Anchor Avenue at or near the intersection with Appian Way in the City of Providence, in the State of Rhode Island.

9. The defendant, Rhonda Araujo, alias, and/or defendant, “Doe” so negligently operated defendant, “Ford’s,” alias, and/or -defendant, “Doe” automobile as to cause it to strike the pedestrian, the plaintiff, Andrea Jones, a minor.

10. As a result of the negligence and carelessness of the defendant, Rhonda Araujo, alias, and/or defendant, “Doe” the plaintiff, Andrea Jones, a minor, sustained injuries of body and mind, incurred expenses for medical care and attendance, and lost time and/or lost earning capacity from her usual employ.

WHEREFORE, the plaintiff, Theresa Terry, as parent and next friend of plaintiff, Andrea Jones, a minor demands judgment against the defendant, Rhonda Araujo, alias, and/or defendant, “Doe” on Count I, plus interest and costs of this action.

COUNT II

11. The plaintiff repeats, re-alleges, and incorporates by reference as if set forth hereto in their entirety Paragraphs 1 through 10 of this Complaint.

12. The plaintiff, Theresa Terry, is the mother of the plaintiff, Andrea Jones, a minor, and the person entitled by law to the and lost of parental society of the plaintiff, Andrea Jones. a minor.

13. As a result of the negligence of the defendant, Rhonda Araujo, alias, and/or defendant, “Doe” the plaintiff, Theresa Terry, sustained the loss of the care, comfort, and parental society of her daughter, plaintiff, Andrea Jones,

WHEREFORE, the plaintiff, Theresa Terry, demands juj~me~tfr~$oi.~nt II against the defendant, Rhonda Araujo, alias, apcr5d~f~i~t,

t)ffl~ i~f Clerk ox
Superior Court
Coumh~ of Fr~~-
~idence & Brist&
nce. fthcd.r
Is~ 1

“Doe,” plus interest and costs of this action.

COUNT III

14. The plaintiff repeats, re-alleges, and incorporates by reference as if set forth hereto in their entirety Paragraphs 1 through 13 of this Complaint.

15. On or about September 15, 2002, the defendant, "Ford," alias, and/or defendant, "Doe," was the registered owner of the vehicle operated by defendant, Rhonda Araujo, alias, and/or defendant, "Doe" which was involved in a collision with the plaintiff, Andrea Jones, a minor.

16. At the time of the collision between the vehicle operated by the defendant, Rhonda Araujo, alias, and/or defendant, "Doe" and the pedestrian plaintiff, Andrea Jones, a minor, and the defendant, Rhonda Araujo, alias, and/or defendant, "Doe" the defendant, RhondaAraujo, alias, and/or defendant, "Doe," was operating defendant, "Ford's," alias, and/or defendant, "Doe's" vehicle with the permission of Defendant, Ford, alias, and/or defendant, "Doe."

17. At the time of the collision between vehicle operated by the defendant, Rhonda Araujo, alias, and/or defendant, "Doe" the pedestrian plaintiff, Andrea Jones, a minor, and the defendant, Rhonda Araujo, alias, and/or defendant., "Doe," the defendant, Rhonda Araujo, alias, and/or defendant, "Doe," was operating defendant, "Ford's," alias, and/or defendant, "Doe's" vehicle withe permission and as an agent of the defendant, Ford, alias, and/or defendant, "Doe."

18. As a result of the negligence and carelessness of the defendant, Rhonda Ar-a-iajo, alias, .and/or defendant, "Doe," who was operating defendant, "Ford's," alias, and/or defendant, defendant, "Doe's" vehicle wit-h defendant, "Ford's," alias, and/or defendant, "Doe's" permission and/or control and, as and as an agent of the defendant, Ford, alias and/or defendant, "Doe," the plaintiff, Andrea Jones, a minor, sustained injuries of body and mind, incurred expenses for medical care and attendance, and lost time and/or lost earning capacity from her usual employ.

WHEREFORE, the plaintiff, Theresa Terry as Parent and Next friend of Andrea Jones, a minor, demands that judgment be entered against the defendant, "Ford," alias, and/or defendant, "Doe," on Count III of his Complaint with interest and costs.

COUNT IV

19. The plaintiff repeats, re-alleges, and ii~corporates by reference as if set forth hereto in their èfi%~-~t~graphs 1 through 18 of this Complaint. 4 ~

~j-'l~ilJ P

Office of C]Erk Ox
Superior Court
Counties of Pr,>-
'jdence & 9ri&,to

nc' Phc.1 _

20. The plaintiff, Theresa Terry, is the mother of the plaintiff, Andrea Jones, a minor, and the person entitled by law to the care, comfort, services, and lost of parents society of the plaintiff, Andrea Jones, a minor.

21. As a result of the negligence and carelessness of the defendant, Rhonda Araujo, alias, and/or defendant, "Doe," who was operating defendant, "Ford's," alias, and/or defendant, "Doe's"

vehicle with permission of defendant, “Ford’s,” alias, and/or defendant, “Doe’s” control and as defendant “Ford’s,” alias, and/or defendant, “Doe’s” agent, the plaintiff, Andrea Jones, a minor, sustained the loss of the care, comfort, and loss of parental society of her daughter, the plaintiff, Andrea Jones, a minor.

WHEREFORE, the plaintiff, Theresa Terry, Individually demands judgment against the defendant, “Ford,” alias, and/or defendant, “Doe,” on Count IV of this Complaint, plus interest and costs.

THE PLAINTIFFS DEMAND A TRIAL BY JURY ON ALL COUNTS.

PLAINTIFFS,
By their attorneys,
Resmini Law Associates

Wayne/~.”Re ni, Esq. #6373
207 tfaterman Street
providence, RI 02906
(401) 751-6655
(401) a 751-6282 facsimile

Dated: June~Z_-1 2006

x rue Copy Attest

h

Office of C]e?Ic ox
Superior Court Counties
of Pr~-it~ence & 8risto[1] ~
~hcJ~ is~i

STATE OF RHODE ISL~D SUPERIOR COURT

PROVIDENCE, SC.

Theresa Terry, as P.P.A. of Andrea Jones, a Minor, & Theresa Terry, Individually,
Plaintiffs
v. ) C.A.NO.________

Ford Motor Credit, alias, Rhonda Araujo, alias, & Doe 1 Thru Doe 4, Inclusive,
Defendants

COMPLAINT

1. Plaintiff, Theresa Terry, Individually, is an individual residing in Columbus, Ohio.

2. The plaintiff, Andrea Jones, a minor, resided with her mother Theresa Terry in Columbus, Ohio.

3. Upon information and belief, Defendant, Rhonda Araujo, alias, is a resident of Providence, Rhode Island.

4. Upon information and belief, Defendant, Ford Motor Credit, Inc. is a corporation and owed the vehicle Rhoda Araujo was operating on

5. Upon information and belief, defendant, Doe 1 thru Doe 4, inclusive, (hereinafter, "Doe") the true names and capacities, whether individual, corporate, or otherwise, of the named herein as Does 1 Thru Doe 4, Inclusive are unknown to the plaintiff at the present time, and theref ore the plaintiff, sues said defendants by such fictitious names. Plaintiff is informed and believe and therefore allege that each of the defendant designated herein by fictitious names is in some manner responsible for the events an happening herein referred to, and caused damages proximately and foreseeable hereby to the plaintiff as hereinafter alleged. Plaintiffs will ask leave of this court to amend this complaint when the true names and capacities of the "Doe" defendant(s)have been ascertained.

rue Copy Attes~

6. The plaintiffs damages are sufficient to confier jurisdiction in the Superior Court. j

Office of Cicrk 0'
SUP&IOr Court
Counties oiPr.. i~Jence &
Rristo1
Pr .:~t nec Rhc-1_-

COUNT I

7. On or about September 15, 2002, plaintiff, Andrea Jones was a pedestrian pushing her bicycle on Appian Way at or near the intersection with Anchor Avenue in Providence, Rhode Island.

8. AL the same time and place, the defendant, Rhonda Araujo, alias, and/or defendant, "Doe" was operating a motor vehicle owned by defendant, Ford, alias, and/or defendant, "Doe," and leased to the City of Providence, Susan Smith, southbound on Anchor Avenue at or near the intersection with Appian Way in the City of Providence, in the State of Rhpde Island.

9. The defendant, Rhonda Araujo, alias, and/or defendant, "Doe" so negligently operated defendant, "Ford's," alias, and/or defendant, "Doe" automobile as to cause it to strike the pedestrian, the plaintiff, Andrea Jones, a minor.

10. As a result of the negligence and carelessness of the defendant, Rhonda Araujo, alias, and/or defendant, "Doe" the plaintiff, Andrea Jones, a minor, sustained injuries of body and mind, incurred expenses for medical care and attendance, and lost time and/or lost earning capacity from her usual employ.

WHEREFORE, the plaintiff, Theresa Terry, as parent and next friend of plaintiff, Andrea Jones, a minor demands judgment against the defendant, Rhonda Araujo, alias, and/or defendant, "Doe" on Count I, plus interest and costs of this action.

COUNT II

11. The plaintiff repeats, re-alleges, and incorporates by reference as if set forth hereto in their entirety Paragraphs **1** through 10 of this Complaint.

12. The plaintiff, Theresa Terry, is the mother of the plaintiff, Andrea Jones, a minor, and the person entitled by law to the and lost **of** parental society of the plaintiff, Andrea Jones. a minor.

13. As a result of the negligence of the defendant, Rhonda Araujo, alias, and/or defendant, "Doe" the plaintiff, Theresa Terry, sustained the loss of the care, comfort, and parental society of her daughter, plaintiff, Andrea Jones, a minor.

WHEREFORE, the plaintiff, Theresa Terry, demands jud~ment on Count II against the defendant, Rhonda Araujo, alias, and/or defendant, "Doe," plus interest and costs of this action.

rU'~ (JOOy Attest

COUNT III

11 frI

14. The plaintiff repeats, re-alleges, and reference as if set forth hereto in their

Counties of Pr~ -
idence & Bn~sto~

ck ncc- F~hcJ~ is~'~~

1 through 13 of this Complaint.

15. On or about September 15, 2002, the defendant, "Ford," alias, and/or defendant, "Doe," was the registered owner of the vehicle operated by defendant, Rhonda Araujo, alias, and/or --defendant, "Doe" which was involved in a collision with the plaintiff, Andrea Jones, a minor.

16. At the time of the collision between the vehicle operated by the defendant, Rhonda Araujo, alias, and/or defendant, "Doe" and the pedestrian plaintiff, Andrea Jones, a minor, and the defendant, Rhonda Araujo, alias, and/or defendant, "Doe" the defendant, Rhonda Araujo, alias, and/or defendant, "Doe," was operating defendant, "Ford's," alias, and/or defendant, "Doe's" vehicle with the permission of Defendant, Ford, alias, and/or defendant, "Doe-"

17. At the time of the collision between vehicle operated by the defendant, Rhonda Araujo, alias, and/or defendant, "Doe" the pedestrian plaintiff, Andrea Jones, a minor, and the defendant, Rhonda Araujo, alias, and/or defendant, "Doe," the defendant, Rhonda Araujo, alias, and/or defendant, "Doe," was operating defendant, "Ford's," alias, and/or defendant, "Doe's" vehicle withe permission and as an agent of the defendant, Ford, alias, and/or defendant, "Doe."

18. As a result of the negligence and carelessness of the defendant, Rhonda Araujo, alias, and/or defendant, "Doe," who was operating defendant, "Ford's," alias, and/or defendant, defendant, "Doe's" vehicle with defendant, "Ford's," alias, and/or defendant, "Doe's" permission and/or control and, as and as an agent of the defendant, Ford, alias and/or defendant, "Doe," the plaintiff, Andrea Jones, a minor, sustained injuries of body and mind, incurred expenses for medical care and attendance, and lost time and/or lost earning capacity from her usual employ.

WHEREFORE, the plaintiff, Theresa Terry as Parent and Next friend of Andrea Jones, a minor, demands that judgment be entered against the defendant, "Ford," alias, and/or defendant, "Doe," on Count III of his Complaint with interest and costs.

COUNT IV

19. The plaintiff repeats, re-alleges, and incorporates by reference as if set forth hereto in their entirety Paragraphs 1 through 18 of this Complaint.

20. The plaintiff, Theresa Terry, is the mother of the plaintiff, Andrea Jones, a minor, and the person entitled by law to the care, comfort, services, and lost of parS~t 5~à~!eil9~'of the plaintiff, Andrea Jones, a minor. .J

.g1~ c~i. ~

21. As a result of the negligence and careUeS~nés~ of ~l±he

OFflceofC:ktric 0~

SupenotCou:
C-ou:nti'~s of *Pr~--*
*idence &* Brist:n
Pr_. c~ nrc RheJ~.
~c~-c~

defendant, Rhonda Araujo, alias, and/or defendant, "Doe," who was operating defendant, "Ford's," alias, and/or defendant, "Doe's" vehicle with permission of defendant, "Ford's," alias, and/or defendant, "Doe's" control and as defendant "Ford's," alias, and/or defendant, "Doe's" agent, the plaintiff, Andrea Jones, a minor, sustained the loss of the care, comfort, and loss of parental society of her daughter, the plaintiff, Andrea Jones, a minor.

WHEREFORE, the plaintiff, Theresa Terry, Individually demands judgment against the defendant, "Ford," alias, and/or defendant, "Doe," on Count IV of this Complaint, plus interest and costs.

THE PLAINTIFFS DEMM~D A TRIAL BY JURY ON ALL COUNTS.

PLAINTIFFS,
**By** their attorneys,
Resmini Law Associates

~ ~

Way4K$ G. Resmini, Esq. #6373
207//Waterman Street
Providence, RI 02906
(401) 751-6655
(401) 751-6282 facsimile

Dated: June1~, 2006

s rue Copy Att.eSL
ii ~
,~-r., ~ ~ I:

Office of G-kric ci Superior
Coun ~.oanties of Pr.:.
idence & P,nstc;[1]
Py~~~dtnce Rhc-Jz-
}~2-'.

~~c;1 C~~:

ii''.: i

~1~NT~-~i

pQ
Ii 11~ i:~I: TEPI-~YV FORD k-IOTOR CR
I Nit ml. F it. 1 N~: FE 150, 017'
1CE9 I,7j;,znzI
ii nt [~!..Ti7MiC1'- 8 j ~i7t.
rnu''&nt i~id IE,Q. ~
Ba ianc--~ L'u~i C'.. U~I0

€,-n,~c~i F~'po
-I ~-~7~1~ ~ ,j3121
1z,,y1 ~
Pa:i ~—./i.

i rue Copy
Attes~

4
!

~/, ,~A>-
:~-1~4

~ o " - ~ :

~

~

Office of Cisrk
o~ bupeflOr
Court
Counties of
F-r~~-idence
& P,risto~

~~~.c~’_nee
h. rlc-t!r

STATE OF .j-IODE ISLAND
SUPERIOR COURT
CIVIL
;ASE COVER SHEET

**Case # (Filled in by Clerk’s Office)**

– U p
I
(~‘~~)

f ,;~

~4.. c’
~v~’Ce ~

Offi,.’p of
Counties of
Pr.vidence &
Bristo[1]

This form must be filed with each original document that commences a civil proceeding in the (R.P.3.l District Court appeal, the form must be filed with the appeal in the District Court and will be transferred with other documents to the **Superior Court.**

| | |
|---|---|
| **PLAINTIFFS:** | **DEFENDANTS:** Theresa Terry |
~~~

| | |
|---|---|
| as PP.AI of Andrea Jones, a<br>alias, RhondaMinor & Andrea Jones, Individually<br>1 Thru Doe 4, Inclusive | Ford Motor Credit Company,<br>Araujo, alias, & Doe<br><br>listed below One Only) |

NATURE OF **PROCEEDING** . **Check the applicable case** type under the main categories

District Court Appeal yes (Check type below) CIVIL ACTIONS

C **AGA** **Agency appeal** fl DPC Denial

of probate claim DPRN **Promissory note**C ALA

Alienation of affectionD

**EXT** **Excessive tax** fl PDM

Property damageI ANT

Anti~trust U INR **Injunctive**

**relief** U PDV **Property**

**damage-vehicle**C **ASS** **Assault and battery** U IPL

Interpleader fl RLP

Real PropertyC **SKA**

**Book account** fl **LIe**

**Libel/slander** U **RIC**

**Reinstate charter**C CLA Common

law assignment U **MLE** **Malpractice/legal** 0

DIN Recovery of

damageslinsur.C **CLL** **Common law lien** 0 MME

Malpractice/medical U

**ROF** **Recovery of funds**C

**CON** **Contract** El MOT

Malpractlcelother ~

WOR Replevin, writ

ofC **CNV** **Conversion** 0 WOM

Mandamus, writ of U

SPP Specific

performance~ **CRC** **Criminal conversation** fl **PRT**

**Partition** **TCO** hUe

clearing (other than tax

title

C **dC** **Criminal in] compensation** U

**PER** **Personal injury** 0 **ThE**

**Trespass and ejectment**C **DOJ**

**Debt on judgment** 0 **IDV**

**Personal inj/property dam-vehicle**

0 **TEA** **Trustee/accounting**C

**DTP** **Deceptive trade practice** U **PIV**

**Personal injury.vehlcle** U

**TCT** **Trustee/appt convey**

**title**C DEJ Declaratory judgment 0

**PRL** **Product liability** U **UNM**

**Uninsured motorist**

~ WRD Wrongful deathC

Other than above (specify type):

MISCELLANEOUS

PETITIONSC ARk

Arbitration awardC CAR

Arbitration/confirm U

TLF Foreclosure/tax lien U

PFI Petition for immunityC

RTA

Arbitration/referral 0

FOC Forfeiture of charter 0

P114 Pet for inventory (wire

tap)C VAR

Arbitration/vacate 0

GJI Grand Jury Investigation

U PFR Petition for

reviewC AOD

Assessment of damages

fl I-IAC Habeas corpus0

PTD Pet to take depositionC

CND

Condemnation U MAW

Material witness U PCR

Post conviction reliefC CFC

Confirm compromise 9

MEL Mechanics lien9

REC ReceivershipC DOC

Dissolution of corp. 0

05W Out of state witness 9

R5A Rule 5A petitionC EDP

End partnership 0 PFS

Perform surgery fl TCL

Title clearing (tax title)C FRR

Foreclosure of right of U

PFC Petition for constable 0

AOT Trustee/appointment of

redemption 0 PTE

Petition to expunge 9

DOT Trustee/declination ofC

Other than above (specify type):

9

AOS Trustee/successor

fl WIL Will

fl TRS Trust

Other than above (specify type):

Is this a case that may requires trial for resolution?

(attorney name)

PROBATE APPEALS

fl GRD Guardianship

WayneG. Resmini, ~~ 47'~2._~..~__"

S-223 1/94 —~‘i;-:: CLElUc’

fl NAC Name change true Cony Att~s~.

Zyes 9 no if yes: 9furyor 0 non-jury

?f;flh .Il~i f~ 2: :~,
Py~ .dLnce F?hcJ~ Js~~n