UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Theresa Terry as P.P.A. of )
Andrea Jones, a Minor and
Theresa Terry, Individually)
Plaintiffs. )

Vs.

Ford Motor Credit Company,
Defendants.

OG-CV-349S

OBJECTION TO NOTICE OF REMOVAL

["Hearing Requested"]

Now comes the Plaintiff, Theresa Terry as P.P.A. of Andrea Jones, a minor and Theresa Terry, Individually and hereby Objects to the defendant, Ford Motor Credit Company Notice of Removal to this court. pursuant to 28 U.S.C.A. ~ 1447, and will move Honorable Court for an Order ~emanding this cast to state court.

In support of this Objection, the Plaintiffs rely on the accompanying Memorandum.

Respectfully submitted,

Theresa Terry as P.P.A of Andrea Jones, a minor and
Theresa Terry, Individually,

Wayne ~ Resm~(ni, ~q. (#6373)
RESMINI LAW ASSOCIATES
207 Waterman Street, Suite-l
Providence, Rhode Island 02906
(401) 751-6655 Tel:
(401) 751-6282 Facsimile

HEARING REQUESTED

Plaintiffs in the above entitled action request a hearing on this Motion pursuant to Local Rule 12 (b) Plaintiff says that this Motion seeks to preserve the Plaintiffs choice of forum and ought not to be decided without affording the Plaintiff an opportunity to be heard. Plaintiffs estimates that the time for the hearing on the Motion would not exceed thirty Minutes.

Wayne Resmini~Esq. (#6373)

CERTIFICATION

I, Wayne G. ResminiA Esq., the undersigned, do hereby certify that on August~7 2006, I mailed a true and accurate copy of the within Plaintiffs Objection to Defendants Notice of Removal TO:

Adam A. Larson, Esq. (#7114) CAMPBELL, CAMPBELL, EDWARDS & CONROY, One Constitutional Plaza, Boston, Massachusetts 02129; Anthony J. Sbarra, Jr., Esq. (#7307), One Constitutional Plaza, Boston, Massachusetts 02129