# EXHIBIT

# B

B

# STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
## SUPERIOR COURT

[X] PROVIDENCE/BRISTOL [ ] KENT [ ] WASHINGTON [ ] NEWPORT

CIVIL ACTION, FILE No. *PC-06-3538*

*Theresa Terry as P.P.A. of Andrea Jones, a minor, & Theresa Terry Individually* }
**Plaintiff** }
}
*Ford Motor Credit Company & Doe 1 Thru Doe 4, Inclusive* }
**Defendant** }

***Summons***

*To the above-named Defendant:* *Ford Motor Credit Company; Agent CT Corporation*

The above-named plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon *Wayne G. Resmini, Esq. #6373* Plaintiff's attorney, whose address is *Resmini Law Associates, 207 Waterman Street, Providence, Rhode Island 02906; (401) 751-6655* an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counter claim may related claim which you may have against the plaintiff, or you will thereafter be barred from making such claim in any other action.

[signature]

CLERK

Dated: *July 5, 2006*

(Seal of the Superior Court)

State of Rhode Island and Providence Plantations

................................................ SC

## PROOF OF SERVICE

I hereby certify that on the 10 day of JULY 2006 I served a copy of this summons and a copy of the complaint received therewith upon FORD MOTOR CREDIT CO in the following manner:

By delivering a copy of the summons and complaint to him/her personally.

By leaving a copy of the summons and complaint at his/her dwelling house, ................................................ (ADDRESS), with a person of suitable age and discretion Then residing therein.

By leaving a copy of the summons and complaint at his usual place of abode, ................................................ (ADDRESS), with a person of suitable age and discretion then residing therein.

By delivering a copy of the summons and complaint to an agent authorized by appointment or by law to receive service of process, namely JOANNE CASALE CT CORPORATION such agent being one designated by statute to receive service, further notice as the statute requires was given follows:

................................................

Sheriff's Fees

| | | |
|---|---|---|
| Travel | $ | |
| Service | $ | 45 |
| | $ | |

[signature] KENNETH K MORISON JR
~~DEPUTY SHERIFF~~
CONSTABLE 6058

CIVIL ACTION

FILE NO. 2006- 3538

SUMMONS

SUPERIOR COURT

*Theresa Terry Individually et Als.*

VS

*Ford Motor Credit Company alias, & Doe 1 Thru Doe 4, Inclusive*

[signature]
Wayne G. Resmini, Esq. (#6373)
ATTORNEY FOR PLAINTIFF

Please Serve:
Agent For Service:

CT Corporation
10 Weybosset Street
Providence, RI

NOTE: Returnable to Plaintiff's Attorney forthwith after service to be filed within time during which the person served must respond.

C

Ford Motor Credit Company

Cathy J. Agozino
Legal Administrative Assistant
Litigation
(313) 390-3458 – phone
(888) 652-4478 – fax
cagozino@ford.com

July 11, 2006

**DELIVERED VIA FACSIMILE (401) 751-6282**

**NOTICE OF LAWSUIT**
**PRIVILEGED AND CONFIDENTIAL**

Wayne G. Resmini, Esq.
207 Waterman Street
Providence, RI 02906

*Re: Theresa Terry, as PPA of Andrea Jones, a minor and Theresa Terry, Individually v. Ford Motor Credit Company and Doe 1 thru Doe 4, inclusive*

Dear Mr. Resmini,

We are in receipt of the Summons and Complaint regarding the above referenced matter. In order to identify our interest in this matter, I would appreciate receiving a copy of the police report and the Vehicle Identification Number, if possible.

To expedite this matter, please fax the police report and any other information you may have that would assist us in identifying our vehicle, to (888) 652-4476.

If our office can be of further assistance, please do not hesitate to contact us.

Sincerely,

Cathy Agozino

Cathy Agozino
Legal Administrative Assistant