# EXHIBIT

# D

STATE OF RHODE ISLAND
PROVIDENCE, SC

SUPERIOR COURT

| | |
|---|---|
| THERESA TERRY, AS P.P.A. OF ANDREA JONES, A MINOR, & THERESA TERRY, INDIVIDUALLY, Plaintiffs, v. FORD MOTOR CREDIT COMPANY, ALIAS, DOE 1 THRU DOE 4, Defendants. | CIVIL ACTION NO. P.C. 06-3538 |

**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO THE PLAINTIFF'S COMPLAINT**

The plaintiff hereby agrees that Defendant Ford Motor Credit Company ("Ford") shall have up to and including Wednesday, August 9, 2006, to answer or otherwise respond to the Plaintiff's Complaint.

THERESA TERRY, AS P.P.A. OF ANDREA JONES, A MINOR, & THERESA TERRY, INDIVIDUALLY
By their Attorneys,
RESMINI LAW ASSOCIATES

Wayne G. Resmini, Esq. #6373
207 Waterman Street
Providence, RI 02906
(401) 751-6655

FORD MOTOR CREDIT COMPANY
By its Attorneys,
CAMPBELL CAMPBELL EDWARDS & CONROY
PROFESSIONAL CORPORATION

Adam A. Larson
One Constitutional Plaza
Boston, MA 02129
(617) 241-3000

**CERTIFICATE OF SERVICE**

I, Adam A. Larson, of Campbell Campbell Edwards & Conroy Professional Corporation, attorney for Ford Motor Credit Company, hereby certify that on July__, 2006, a true copy of the above document was served upon the attorney of record for the plaintiff by First Class Mail.

________________________
Adam A. Larson

CAMPBELL CAMPBELL EDWARDS & CONROY
PROFESSIONAL CORPORATION
TEL: 617-241-3000
FAX: 617-241-5115

FACSIMILE COVER SHEET

DATE: July 27, 2006

TO: Wayne G. Resmini

FAX NO.: 401-751-6282

FROM: Adam A. Larson

CASE NO.: 888-705

RE: Stipulation of Extension

PAGES: 4 (including cover sheet)

---

COMMENTS:

Please see attached.

---

THIS TELECOPY IS SUBJECT TO THE ATTORNEY-CLIENT PRIVILEGE AND CONTAINS CONFIDENTIAL INFORMATION FOR THE PERSON(S) NAMED ABOVE. ANY DISTRIBUTION, COPYING OR DISCLOSURE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TELECOPY IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY BY TELEPHONE AT THE ABOVE TELEPHONE NUMBER.

CAMPBELL CAMPBELL EDWARDS & CONROY
PROFESSIONAL CORPORATION

CAMPBELL
TRIAL LAWYERS

ONE CONSTITUTION PLAZA
THIRD FLOOR
BOSTON, MA 02129
TEL: (617) 241 3000
FAX: (617) 241 5115

ADAM A. LARSON
(617) 241-3000

July 27, 2006

**Via Facsimile**

Wayne G. Resmini, Esq.
Resmini Law Associates
207 Waterman Street
Providence, RI 02906

RE: Theresa Terry v. Ford Motor Credit Company
Superior Court of Rhode Island, CA No. 06-3538

Dear Attorney Resmini:

Please find enclosed a Stipulation to Extend Time to Answer or Otherwise Respond to the Plaintiff's Complaint. Kindly execute this stipulation and return it to me no later than Friday, so that I may Fedex it to the court for filing by Monday.

Thank you. Please do not hesitate to call with any questions.

Very truly yours,

Adam A. Larson

AAL/mrb
Enclosure