# EXHIBIT

# E

STATE OF RHODE ISLAND
PROVIDENCE, SC

SUPERIOR COURT

THERESA TERRY, AS P.P.A. OF ANDREA JONES, A MINOR, & THERESA TERRY, INDIVIDUALLY,
Plaintiffs,
v.

FORD MOTOR CREDIT COMPANY, ALIAS, DOE 1 THRU DOE 4,

Defendants.

CIVIL ACTION NO. P.C. 06-3538

## STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO THE PLAINTIFF'S COMPLAINT

The plaintiff hereby agrees that Defendant Ford Motor Credit Company ("Ford") shall have up to and including Wednesday, August 9, 2006, to answer or otherwise respond to the Plaintiff's Complaint.

THERESA TERRY, AS P.P.A. OF ANDREA JONES, A MINOR, & THERESA TERRY, INDIVIDUALLY
By their Attorneys,
RESMINI LAW ASSOCIATES

Wayne G. Resmini, Esq. #6373
207 Waterman Street
Providence, RI 02906
(401) 751-6655

FORD MOTOR CREDIT COMPANY
By its Attorneys,
CAMPBELL CAMPBELL EDWARDS & CONROY
PROFESSIONAL CORPORATION

Adam A. Larson #7114
One Constitutional Plaza
Boston, MA 02129
(617) 241-3000

CERTIFICATE OF SERVICE

I, Adam A. Larson, of Campbell Campbell Edwards & Conroy Professional Corporation, attorney for Ford Motor Credit Company, hereby certify that on July 28 2006, a true copy of the above document was served upon the attorney of record for the plaintiff by First Class Mail.

Adam A. Larson