# EXHIBIT

# F

CAMPBELL CAMPBELL EDWARDS & CONROY
PROFESSIONAL CORPORATION

ONE CONSTITUTION PLAZA
THIRD FLOOR
BOSTON, MA 02129
TEL: (617) 241 3000
FAX: (617) 241 5115

CAMPBELL
TRIAL LAWYERS

ADAM A. LARSON
(617) 241 3036
alarson@campbell-trial-lawyers.com

F

July 28, 2006

VIA FEDERAL EXPRESS

Civil Clerk's Office
Providence County Superior Court
250 Benefit Street
Providence, RI 02903

Re: Theresa Terry, et al. v. Ford Motor Credit Company
Providence Superior Court, Civil Action No.: PC2006-3538

Dear Sir/Madam:

Enclosed please find a Stipulation to Extend Time to Answer or Otherwise Respond to the Plaintiff's Complaint in the above-referenced matter.

Thank you for your attention to this matter.

Very truly yours,

Adam A. Larson

Adam A. Larson

AAL/sct
Enclosure(s)
cc: Wayne G. Resmini, Esq.
James M. Campbell, Esq.

Transaction Report

Send
Transaction(s) completed

| No. | TX Date/Time | | Destination | Duration | P. # | Result | Mode |
|---|---|---|---|---|---|---|---|
| 037 | JUL-28 | 12:14 | 16172415115 | 0°00'37" | 005 | OK | N ECM |

# RESMINI LAW ASSOCIATES

## *Facsimile Transmittal Sheet*

Date: 7/28/06

Attn: Adam Larson Fax No.: 1-617-241-5115

Company: C.C.F. & C

From: Sarah Fax No.: (401) 751-6282

Re: C# 888-705 No. Pages 5 (including cover sheet)

Message:

Hi Adam,

Enclosed please find the signed Stipulation of Extension.

Have a lovely day!

Sarah

If you do not receive the indicated number of pages, please call (401) 751-6655 as soon as possible so that we can check it for you.

CONFIDENTIALITY NOTICE

The documents accompanying this telecopy transmission ...

# RESMINI LAW ASSOCIATES

## Facsimile Transmittal Sheet

| | | | |
|---|---|---|---|
| Date: | 7/28/06 | | |
| Attn: | Adam Larson | Fax No.: | 1-617-241-5115 |
| Company: | C.C.F & C | | |
| From: | Sarah | Fax No.: | (401) 751-6282 |
| Re: | C# 888-705 | No. Pages | 5 (including cover sheet) |

Message:

Hi Adam,

Enclosed please find the signed Stipulation of Extension.

Have a lovely day!

Sarah

If you do not receive the indicated number of pages, please call (401) 751-6655 as soon as possible so that we can check it for you.

CONFIDENTIALITY NOTICE

The documents accompanying this telecopy transmission contain information from RESMINI LAW ASSOCIATES, which is confidential or privileged. The information is intended to be for the use of the individual or entity named on this transmission sheet. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this telecopy information is prohibited. If you have received this telecopy in error, please notify us by telephone immediately so that we can arrange for the retrieval of the original documents at no cost to you.

207 Waterman Street - Providence - RI 02906 – 310 Wilbur Avenue - Swansea - MA 02777
RI (401) 751-6655 - MA (508) 324-9200 - Fax (401) 751-6282 - Toll Free (888) RESMINI [(888) 737-6664]
*Wayne G. Resmini, Esq.