# EXHIBIT

# I

CAMPBELL CAMPBELL EDWARDS & CONROY
PROFESSIONAL CORPORATION

CAMPBELL TRIAL LAWYERS

ANTHONY J. SBARRA
(617) 241 3034
asbarra@campbell-trial-lawyers.com

ONE CONSTITUTION PLAZA
THIRD FLOOR
BOSTON, MA 02129
TEL: (617) 241 3000
FAX: (617) 241 5115

August 1, 2006

VIA HAND DELIVERY

Civil Clerk
Providence County Superior Court
250 Benefit Street
Providence, RI 02903

Re: Theresa Terry, et al. v. Ford Motor Credit Company
Providence Superior Court, Civil Action No.: PC2006-3538

Dear Sir/Madam:

I am removing the above-referenced case from Providence County Superior Court to the United States District Court. Enclosed is a Notice of Removal. Please also find enclosed a copy of the Notice of Removal (Federal), the original of which is filed with the Federal Court as indicated by the filing stamp.

Please docket the enclosed documents. After the enclosures are docketed, please provide me with certified copies of the docket sheet and all pleadings and papers filed to date including the enclosed documents, together with a statement for the fees incurred in obtaining these certified copies, so that I may file them with the federal court.

Thank you for your attention to this matter.

Very truly yours,

Anthony J. Sbarra

AJS/sct
Enclosure(s)
cc: Wayne G. Resmini, Esq. (via hand delivery)
Adam A. Larson, Esq.

True Copy Attest
Superior Court
Providence & Bristol
Rhode Island

STATE OF RHODE ISLAND
SUPERIOR COURT

PROVIDENCE, SC.

THERESA TERRY, AS P.P.A. OF ANDREA JONES, A MINOR, & THERESA TERRY, INDIVIDUALLY,
Plaintiffs,

v.

FORD MOTOR CREDIT COMPANY, ALIAS, DOE 1 THRU DOE 4,

Defendants.

CIVIL ACTION NO. PC2006-3538

## NOTICE OF REMOVAL

TO: Civil Clerk
Providence County Superior Court
250 Benefit Street, 5th Floor
Providence, RI 02903

Wayne G. Resmini, Esq.
Law Associates
207 Waterman Street
Providence, RI 02906

Please take notice that the defendant, Ford Motor Credit Company, a Delaware Corporation with a principal place of business at Dearborn, Michigan, has this day filed a petition for removal pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, containing a statement of facts which entitled it to remove the case to the United States District Court for the District of Rhode Island, together with a copy of all pleadings in its possession.

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

Attached to this notice as Exhibit A is a true and accurate copy of the petition for removal.

FORD MOTOR CREDIT COMPANY
By its Attorneys,
CAMPBELL CAMPBELL EDWARDS &
CONROY
PROFESSIONAL CORPORATION

Anthony J. Sbarra, Jr. #7307
One Constitutional Plaza
Boston, MA 02129
(617) 241-3000
Fax (617) 241-5115

## CERTIFICATE OF SERVICE

I, Anthony J. Sbarra, Jr., of Campbell Campbell Edwards & Conroy Professional Corporation, attorney for Ford Motor Credit Company, hereby certify that on August 1, 2006, a true copy of the above document was served upon the attorney of record for the plaintiff by hand delivery.

Anthony J. Sbarra, Jr.

RECYCLED

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CA 06 349 S

THERESA TERRY, AS P.P.A. OF
ANDREA JONES, A MINOR, &
THERESA TERRY, INDIVIDUALLY,
Plaintiffs,

v.

FORD MOTOR CREDIT COMPANY,
ALIAS, DOE 1 THRU DOE 4,

Defendants.

CIVIL ACTION NO. [redacted]

<u>PETITION FOR REMOVAL</u>

TO: THE CHIEF JUDGE AND JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

The defendant, Ford Motor Credit Company ("Ford") files this Petition for Removal of this action from the Trial Court, Superior Court Department, for the County of Providence, State of Rhode Island and Providence Plantations, to the United States District Court for the District of Rhode Island, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446. In support of its Petition for Removal, Ford states as follows:

1. As it appears from the docket, files and records of the Trial Court, Superior Court Department, for the County of Providence, State of Rhode Island and Providence Plantations, Docket No. PC2006-3538, the plaintiff commenced a civil action by filing an Amended Complaint. A copy of the Summons and Complaint is annexed hereto as <u>Exhibit A</u>. On July 10, 2006, Ford received the Summons and Complaint via process server on CT Corporation in Providence, Rhode Island.

2. This is a personal injury action in which the plaintiff Theresa Terry, individually and as parent and next friend of Andrea Jones, a minor, alleges that on or about September 15, 2002, Andrea Jones sustained personal injuries when Ms. Jones was pushing her bicycle and was struck by a vehicle owned by Ford. (Ex. A, ¶¶ 1, 2, 6-8). Ms. Terry has also filed a loss of consortium claim (Ex A, ¶¶ 10-12). Therefore, due to the alleged severity of the plaintiff's injuries and plaintiff's loss of consortium claim, upon information and belief, the amount in controversy, exclusive of interest and costs, exceeds $75,000.
3. The plaintiff has alleged in her Complaint that she and her daughter reside in Columbus, Ohio (Ex. A, ¶¶ 1, 2).
4. The defendant, Ford Motor Credit Company, is a Delaware Corporation, with a principal place of business located in Dearborn, M.I.
5. Defendant Doe 1 thru Doe 4 has only been identified as in some manner responsible for the events referred to in the Complaint and that allegedly caused damages to the plaintiff, and have only been given fictitious names at this time (Ex. A, ¶4). Pursuant to 28 U.S.C. § 1441(a), for purposes of removal, the citizenship of defendants sued under fictitious names shall be disregarded.
6. Jurisdiction in the Federal Court is based on complete diversity of citizenship between the plaintiff and the defendant pursuant to 28 U.S.C. § 1332. Upon information and belief, the amount in controversy exceeds, exclusive of interests and costs, seventy-five-thousand dollars ($75,000).
7. This petition for removal is filed within 30 days of receipt of the Summons and Complaint by Ford.

8. A stamped copy of this petition for removal will be filed with the Superior Court.

WHEREFORE, Ford prays for removal of the above captioned matter from the Trial Court, Superior Court Department for the County of Providence, State of Rhode Island and Providence Plantations to the United States District Court for the District of Rhode Island.

Dated: August 1, 2006

FORD MOTOR CREDIT COMPANY,
By its Attorneys,
CAMPBELL CAMPBELL EDWARDS & CONROY
PROFESSIONAL CORPORATION

Anthony J. Sbarra, Jr. #7307
One Constitutional Plaza
Boston, MA 02129
(617) 241-3000
Fax (617) 241-5115

CERTIFICATE OF SERVICE

I, Anthony J. Sbarra, of Campbell Campbell Edwards & Conroy Professional Corporation, attorney for Ford Motor Credit Company, hereby certify that on August 1, 2006, a true copy of the above document was served upon the attorney of record for the plaintiff by hand delivery.

Anthony J. Sbarra

STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

| | |
|---|---|
| Theresa Terry, as P.P.A. of Andrea Jones, a Minor, & Theresa Terry, Individually, Plaintiffs | |
| v. | C. A. NO. P.C. 06-3538 |
| Ford Motor Credit Company, alias, Doe 1 Thru Doe 4, Inclusive, Defendants | |

## AMENDED COMPLAINT

1. Plaintiff, Theresa Terry, Individually, is an individual residing in Columbus, State of Ohio.

2. The plaintiff, Andrea Jones, a minor, resided with her mother plaintiff, Theresa Terry in Columbus, in the State of Ohio. This claim for th Plaintiff, Andrea Jones, a minor, is being brought by Plaintiff, Theresa Terry as Parent and Next Friend of Andrea Jones, a minor.

3. Upon information and belief, Defendant, Ford Motor Credit, Company (hereinafter, "Ford") is a Delaware Corporation with a usual place of business located at 1350 I Street, NW, Suite 1000 Washington, DC 20005 and American Road, Dearborn MI and is a merchant and license to business in Rhode Island.

4. Upon information and belief, defendant, Doe 1 thru Doe 4, inclusive, (hereinafter, "Doe") the true names and capacities, whether individual, corporate, or otherwise, of the named herein as Does 1 Thru Doe 4, Inclusive are unknown to the plaintiff at the present time, and therefore the plaintiff, sues said defendants by such fictitious names. Plaintiff is informed and believe and therefore allege that each of the defendant designated herein by fictitious names is in some manner responsible for the events an happening herein referred to, and caused damages proximately and foreseeable hereby to the plaintiff as hereinafter alleged. Plaintiffs will ask leave of this court to amend this complaint when the true names and capacities of the "Doe" defendant(s) have been ascertained.

5. The plaintiffs damages are sufficient to confer jurisdiction in the Superior Court.

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol

FILED
HENRY S. KINCH JR., CLERK

COUNT I

6. On or about September 15, 2002, plaintiff, Andrea Jones was a pedestrian pushing her bicycle on Appian Way at or near the intersection with Anchor Avenue in Providence, Rhode Island.

7. At the same time and place, Rhonda Araujo, alias, and/or the defendant, "Doe" was operating a motor vehicle owned by defendant, "Ford," alias, and/or defendant, "Doe," and leased to the City of Providence, Rhode Island, southbound on Anchor Avenue at or near the intersection with Appian Way in the City of Providence, in the State of Rhode Island.

8. The defendant, "Doe" so negligently operated defendant, "Ford's," alias, and/or defendant, "Doe" automobile as to cause it to strike the pedestrian, the plaintiff, Andrea Jones, a minor.

9. As a result of the negligence and carelessness of Rhonda Araujo, alias, and/or defendant, "Doe" the plaintiff, Andrea Jones, a minor, sustained injuries of body and mind, incurred expenses for medical care and attendance, and lost time and/or lost earning capacity from her usual employ.

WHEREFORE, the plaintiff, Theresa Terry, as parent and next friend of plaintiff, Andrea Jones, a minor demands judgment against defendant, "Doe" on Count I, plus interest and costs of this action.

COUNT II

10. The plaintiff repeats, re-alleges, and incorporates by reference as if set forth hereto in their entirety Paragraphs 1 through 9 of this Complaint.

11. The plaintiff, Theresa Terry, is the mother of the plaintiff, Andrea Jones, a minor, and the person entitled by law to the and lost of parental society of the plaintiff, Andrea Jones. a minor.

12. As a result of the negligence of the Rhonda Araujo, alias, and/or defendant, "Doe" the plaintiff, Theresa Terry, sustained the loss of the care, comfort, and parental society of her daughter, plaintiff, Andrea Jones, a minor.

WHEREFORE, the plaintiff, Theresa Terry, demands judgment on Count II against defendant, "Doe," plus interest and costs of this action.

COUNT III

13. The plaintiff repeats, re-alleges, and incorporates by reference as if set forth hereto in their entirety Paragraphs 1 through 12 of this Complaint.

14. On or about September 15, 2002, the defendant, "Ford," alias, and/or defendant, "Doe," was the registered owner of the vehicle operated by Rhonda Araujo, alias, and/or defendant, "Doe" which was involved in a collision with the plaintiff, Andrea Jones, a minor.

15. At the time of the collision between the vehicle operated by Rhonda Araujo, alias, and/or defendant, "Doe" and the pedestrian plaintiff, Andrea Jones, a minor, and the Rhonda Araujo, alias, and/or defendant, "Doe" the Rhonda Araujo, alias, and/or defendant, "Doe," was operating defendant, "Ford's," alias, and/or defendant, "Doe's" vehicle with the permission of Defendant, "Ford," alias, and/or defendant, "Doe."

16. At the time of the collision between a vehicle operated by the Rhonda Araujo, alias, and/or defendant, "Doe" the pedestrian plaintiff, Andrea Jones, a minor, and Rhonda Araujo, alias, and/or defendant, "Doe," Rhonda Araujo, alias, and/or defendant, "Doe," was operating defendant, "Ford's," alias, and/or defendant, "Doe's" vehicle with permission and as an agent of the defendant, "Ford," alias, and/or defendant, "Doe."

17. As a result of the negligence and carelessness of Rhonda Araujo, alias, and/or defendant, "Doe," who was operating defendant, "Ford's," alias, and/or defendant, defendant, "Doe's" vehicle with defendant, "Ford's," alias, and/or defendant, "Doe's" permission and/or control and, as and as an agent of the defendant, "Ford," alias and/or defendant, "Doe," the plaintiff, Andrea Jones, a minor, sustained injuries of body and mind, incurred expenses for medical care and attendance, and lost time and/or lost earning capacity from her usual employ.

WHEREFORE, the plaintiff, Theresa Terry as Parent and Next friend of Andrea Jones, a minor, demands that judgment be entered against the defendant, "Ford," alias, and/or defendant, "Doe," on Count III of his Complaint with interest and costs.

COUNT IV

18. The plaintiff repeats, re-alleges, and incorporates by reference as if set forth hereto in their entirety Paragraphs 1 through 17 of this Complaint.

19. The plaintiff, Theresa Terry, is the mother of the plaintiff, Andrea Jones, a minor, and the person entitled by law to the care, comfort, services, and lost of parents society of the plaintiff, Andrea Jones, a minor.

20. As a result of the negligence and carelessness of Rhonda Araujo, alias, and/or defendant, "Doe," who was operating defendant, "Ford's," alias, and/or defendant, "Doe's" vehicle

with permission of defendant, "Ford's," alias, and/or defendant, "Doe's" control and as defendant "Ford's," alias, and/or defendant, "Doe's" agent, the plaintiff, Andrea Jones, a minor, sustained the loss of the care, comfort, and loss of parental society of her daughter, the plaintiff, Andrea Jones, a minor.

WHEREFORE, the plaintiff, Theresa Terry, Individually demands judgment against the defendant, "Ford," alias, and/or defendant, "Doe," on Count IV of this Complaint, plus interest and costs.

THE PLAINTIFFS DEMAND A TRIAL BY JURY ON ALL COUNTS.

PLAINTIFFS,
By their attorneys,
Resmini Law Associates

Wayne G. Resmini, Esq. #6373
207 Waterman Street
Providence, RI 02906
(401) 751-6655
(401) a 751-6282 facsimile

Dated: July 5, 2006

STATE OF RHODE ISLAND SUPERIOR COURT
PROVIDENCE, SC.

Theresa Terry, as P.P.A. of Andrea Jones, a Minor, & Theresa Terry, Individually, Plaintiffs

v. C. A. NO. 06-3538

Ford Motor Credit Company, alias, Rhonda Araujo, alias, & Doe 1 Thru Doe 4, Inclusive, Defendants

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

COMPLAINT

1. Plaintiff, Theresa Terry, Individually, is an individual residing in Columbus, State of Ohio.

2. The plaintiff, Andrea Jones, a minor, resided with her mother plaintiff, Theresa Terry in Columbus, in the State of Ohio. This claim for th Plaintiff, Andrea Jones, a minor, is being brought by Plaintiff, Theresa Terry as Parent and Next Friend of Andrea Jones, a minor.

3. Upon information and belief, Defendant, Rhonda Araujo, alias, is a resident of Providence, Rhode Island.

4. Upon information and belief, Defendant, Ford Motor Credit, Company (hereinafter, "Ford") is a Delaware Corporation with a usual place of business located at 1350 I Street, NW, Suite 1000 Washington, DC 20005 and ! American Road, Dearborn MI and is a merchant and license to business in Rhode Island. operating on

5. Upon information and belief, defendant, Doe 1 thru Doe 4, inclusive, (hereinafter, "Doe") the true names and capacities, whether individual, corporate, or otherwise, of the named herein as Does 1 Thru Doe 4, Inclusive are unknown to the plaintiff at the present time, and therefore the plaintiff, sues said defendants by such fictitious names. Plaintiff is informed and believe and therefore allege that each of the defendant designated herein by fictitious names is in some manner responsible for the events an happening herein referred to, and caused damages proximately and foreseeable hereby to the plaintiff as hereinafter alleged. Plaintiffs will ask leave of this court to amend this complaint when the true names and capacities of the "Doe" defendant(s) have

FILED
HENRY S. KINCH JR., CLERK

been ascertained.

6. The plaintiffs damages are sufficient to confer jurisdiction in the Superior Court.

COUNT I

7. On or about September 15, 2002, plaintiff, Andrea Jones was a pedestrian pushing her bicycle on Appian Way at or near the intersection with Anchor Avenue in Providence, Rhode Island.

8. At the same time and place, the defendant, Rhonda Araujo, alias, and/or defendant, "Doe" was operating a motor vehicle owned by defendant, Ford, alias, and/or defendant, "Doe," and leased to the City of Providence, Susan Smith, southbound on Anchor Avenue at or near the intersection with Appian Way in the City of Providence, in the State of Rhode Island.

9. The defendant, Rhonda Araujo, alias, and/or defendant, "Doe" so negligently operated defendant, "Ford's," alias, and/or defendant, "Doe" automobile as to cause it to strike the pedestrian, the plaintiff, Andrea Jones, a minor.

10. As a result of the negligence and carelessness of the defendant, Rhonda Araujo, alias, and/or defendant, "Doe" the plaintiff, Andrea Jones, a minor, sustained injuries of body and mind, incurred expenses for medical care and attendance, and lost time and/or lost earning capacity from her usual employ.

WHEREFORE, the plaintiff, Theresa Terry, as parent and next friend of plaintiff, Andrea Jones, a minor demands judgment against the defendant, Rhonda Araujo, alias, and/or defendant, "Doe" on Count I, plus interest and costs of this action.

COUNT II

11. The plaintiff repeats, re-alleges, and incorporates by reference as if set forth hereto in their entirety Paragraphs 1 through 10 of this Complaint.

12. The plaintiff, Theresa Terry, is the mother of the plaintiff, Andrea Jones, a minor, and the person entitled by law to the and lost of parental society of the plaintiff, Andrea Jones. a minor.

13. As a result of the negligence of the defendant, Rhonda Araujo, alias, and/or defendant, "Doe" the plaintiff, Theresa Terry, sustained the loss of the care, comfort, and parental society of her daughter, plaintiff, Andrea Jones, a minor.

WHEREFORE, the plaintiff, Theresa Terry, demands judgment on Count II against the defendant, Rhonda Araujo, alias, and/or defendant,

"Doe," plus interest and costs of this action.

COUNT III

14. The plaintiff repeats, re-alleges, and incorporates by reference as if set forth hereto in their entirety Paragraphs 1 through 13 of this Complaint.

15. On or about September 15, 2002, the defendant, "Ford," alias, and/or defendant, "Doe," was the registered owner of the vehicle operated by defendant, Rhonda Araujo, alias, and/or defendant, "Doe" which was involved in a collision with the plaintiff, Andrea Jones, a minor.

16. At the time of the collision between the vehicle operated by the defendant, Rhonda Araujo, alias, and/or defendant, "Doe" and the pedestrian plaintiff, Andrea Jones, a minor, and the defendant, Rhonda Araujo, alias, and/or defendant, "Doe" the defendant, Rhonda Araujo, alias, and/or defendant, "Doe," was operating defendant, "Ford's," alias, and/or defendant, "Doe's" vehicle with the permission of Defendant, Ford, alias, and/or defendant, "Doe."

17. At the time of the collision between vehicle operated by the defendant, Rhonda Araujo, alias, and/or defendant, "Doe" the pedestrian plaintiff, Andrea Jones, a minor, and the defendant, Rhonda Araujo, alias, and/or defendant, "Doe," the defendant, Rhonda Araujo, alias, and/or defendant, "Doe," was operating defendant, "Ford's," alias, and/or defendant, "Doe's" vehicle withe permission and as an agent of the defendant, Ford, alias, and/or defendant, "Doe."

18. As a result of the negligence and carelessness of the defendant, Rhonda Araujo, alias, and/or defendant, "Doe," who was operating defendant, "Ford's," alias, and/or defendant, defendant, "Doe's" vehicle with defendant, "Ford's," alias, and/or defendant, "Doe's" permission and/or control and, as and as an agent of the defendant, Ford, alias and/or defendant, "Doe," the plaintiff, Andrea Jones, a minor, sustained injuries of body and mind, incurred expenses for medical care and attendance, and lost time and/or lost earning capacity from her usual employ.

WHEREFORE, the plaintiff, Theresa Terry as Parent and Next friend of Andrea Jones, a minor, demands that judgment be entered against the defendant, "Ford," alias, and/or defendant, "Doe," on Count III of his Complaint with interest and costs.

COUNT IV

19. The plaintiff repeats, re-alleges, and incorporates by reference as if set forth hereto in their entirety Paragraphs 1 through 18 of this Complaint.

20. The plaintiff, Theresa Terry, is the mother of the plaintiff, Andrea Jones, a minor, and the person entitled by law to the care, comfort, services, and lost of parents society of the plaintiff, Andrea Jones, a minor.

21. As a result of the negligence and carelessness of the defendant, Rhonda Araujo, alias, and/or defendant, "Doe," who was operating defendant, "Ford's," alias, and/or defendant, "Doe's" vehicle with permission of defendant, "Ford's," alias, and/or defendant, "Doe's" control and as defendant "Ford's," alias, and/or defendant, "Doe's" agent, the plaintiff, Andrea Jones, a minor, sustained the loss of the care, comfort, and loss of parental society of her daughter, the plaintiff, Andrea Jones, a minor.

WHEREFORE, the plaintiff, Theresa Terry, Individually demands judgment against the defendant, "Ford," alias, and/or defendant, "Doe," on Count IV of this Complaint, plus interest and costs.

THE PLAINTIFFS DEMAND A TRIAL BY JURY ON ALL COUNTS.

PLAINTIFFS,
By their attorneys,
Resmini Law Associates

Wayne G. Resmini, Esq. #6373
207 Waterman Street
Providence, RI 02906
(401) 751-6655
(401) a 751-6282 facsimile

Dated: June 22, 2006

STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

Theresa Terry, as P.P.A. of Andrea Jones, a Minor, & Theresa Terry, Individually,
Plaintiffs

v.

Ford Motor Credit, alias, Rhonda Araujo, alias, & Doe 1 Thru Doe 4, Inclusive,
Defendants

C. A. NO.____________

COMPLAINT

1. Plaintiff, Theresa Terry, Individually, is an individual residing in Columbus, Ohio.

2. The plaintiff, Andrea Jones, a minor, resided with her mother Theresa Terry in Columbus, Ohio.

3. Upon information and belief, Defendant, Rhonda Araujo, alias, is a resident of Providence, Rhode Island.

4. Upon information and belief, Defendant, Ford Motor Credit, Inc. is a corporation and owed the vehicle Rhoda Araujo was operating on

5. Upon information and belief, defendant, Doe 1 thru Doe 4, inclusive, (hereinafter, "Doe") the true names and capacities, whether individual, corporate, or otherwise, of the named herein as Does 1 Thru Doe 4, Inclusive are unknown to the plaintiff at the present time, and therefore the plaintiff, sues said defendants by such fictitious names. Plaintiff is informed and believe and therefore allege that each of the defendant designated herein by fictitious names is in some manner responsible for the events an happening herein referred to, and caused damages proximately and foreseeable hereby to the plaintiff as hereinafter alleged. Plaintiffs will ask leave of this court to amend this complaint when the true names and capacities of the "Doe" defendant(s) have been ascertained.

6. The plaintiffs damages are sufficient to confer jurisdiction in the Superior Court.

Superior Court
Providence & Bristol
Providence, Rhode Island

COUNT I

7. On or about September 15, 2002, plaintiff, Andrea Jones was a pedestrian pushing her bicycle on Appian Way at or near the intersection with Anchor Avenue in Providence, Rhode Island.

8. At the same time and place, the defendant, Rhonda Araujo, alias, and/or defendant, "Doe" was operating a motor vehicle owned by defendant, Ford, alias, and/or defendant, "Doe," and leased to the City of Providence, Susan Smith, southbound on Anchor Avenue at or near the intersection with Appian Way in the City of Providence, in the State of Rhode Island.

9. The defendant, Rhonda Araujo, alias, and/or defendant, "Doe" so negligently operated defendant, "Ford's," alias, and/or defendant, "Doe" automobile as to cause it to strike the pedestrian, the plaintiff, Andrea Jones, a minor.

10. As a result of the negligence and carelessness of the defendant, Rhonda Araujo, alias, and/or defendant, "Doe" the plaintiff, Andrea Jones, a minor, sustained injuries of body and mind, incurred expenses for medical care and attendance, and lost time and/or lost earning capacity from her usual employ.

WHEREFORE, the plaintiff, Theresa Terry, as parent and next friend of plaintiff, Andrea Jones, a minor demands judgment against the defendant, Rhonda Araujo, alias, and/or defendant, "Doe" on Count I, plus interest and costs of this action.

COUNT II

11. The plaintiff repeats, re-alleges, and incorporates by reference as if set forth hereto in their entirety Paragraphs 1 through 10 of this Complaint.

12. The plaintiff, Theresa Terry, is the mother of the plaintiff, Andrea Jones, a minor, and the person entitled by law to the and lost of parental society of the plaintiff, Andrea Jones. a minor.

13. As a result of the negligence of the defendant, Rhonda Araujo, alias, and/or defendant, "Doe" the plaintiff, Theresa Terry, sustained the loss of the care, comfort, and parental society of her daughter, plaintiff, Andrea Jones, a minor.

WHEREFORE, the plaintiff, Theresa Terry, demands judgment on Count II against the defendant, Rhonda Araujo, alias, and/or defendant, "Doe," plus interest and costs of this action.

COUNT III

14. The plaintiff repeats, re-alleges, and incorporates by reference as if set forth hereto in their entirety Paragraphs

1 through 13 of this Complaint.

15. On or about September 15, 2002, the defendant, "Ford," alias, and/or defendant, "Doe," was the registered owner of the vehicle operated by defendant, Rhonda Araujo, alias, and/or defendant, "Doe" which was involved in a collision with the plaintiff, Andrea Jones, a minor.

16. At the time of the collision between the vehicle operated by the defendant, Rhonda Araujo, alias, and/or defendant, "Doe" and the pedestrian plaintiff, Andrea Jones, a minor, and the defendant, Rhonda Araujo, alias, and/or defendant, "Doe" the defendant, Rhonda Araujo, alias, and/or defendant, "Doe," was operating defendant, "Ford's," alias, and/or defendant, "Doe's" vehicle with the permission of Defendant, Ford, alias, and/or defendant, "Doe."

17. At the time of the collision between vehicle operated by the defendant, Rhonda Araujo, alias, and/or defendant, "Doe" the pedestrian plaintiff, Andrea Jones, a minor, and the defendant, Rhonda Araujo, alias, and/or defendant, "Doe," the defendant, Rhonda Araujo, alias, and/or defendant, "Doe," was operating defendant, "Ford's," alias, and/or defendant, "Doe's" vehicle withe permission and as an agent of the defendant, Ford, alias, and/or defendant, "Doe."

18. As a result of the negligence and carelessness of the defendant, Rhonda Araujo, alias, and/or defendant, "Doe," who was operating defendant, "Ford's," alias, and/or defendant, defendant, "Doe's" vehicle with defendant, "Ford's," alias, and/or defendant, "Doe's" permission and/or control and, as and as an agent of the defendant, Ford, alias and/or defendant, "Doe," the plaintiff, Andrea Jones, a minor, sustained injuries of body and mind, incurred expenses for medical care and attendance, and lost time and/or lost earning capacity from her usual employ.

WHEREFORE, the plaintiff, Theresa Terry as Parent and Next friend of Andrea Jones, a minor, demands that judgment be entered against the defendant, "Ford," alias, and/or defendant, "Doe," on Count III of his Complaint with interest and costs.

COUNT IV

19. The plaintiff repeats, re-alleges, and incorporates by reference as if set forth hereto in their entirety Paragraphs 1 through 18 of this Complaint.

20. The plaintiff, Theresa Terry, is the mother of the plaintiff, Andrea Jones, a minor, and the person entitled by law to the care, comfort, services, and lost of parents society of the plaintiff, Andrea Jones, a minor.

21. As a result of the negligence and carelessness of the

defendant, Rhonda Araujo, alias, and/or defendant, "Doe," who was operating defendant, "Ford's," alias, and/or defendant, "Doe's" vehicle with permission of defendant, "Ford's," alias, and/or defendant, "Doe's" control and as defendant "Ford's," alias, and/or defendant, "Doe's" agent, the plaintiff, Andrea Jones, a minor, sustained the loss of the care, comfort, and loss of parental society of her daughter, the plaintiff, Andrea Jones, a minor.

WHEREFORE, the plaintiff, Theresa Terry, Individually demands judgment against the defendant, "Ford," alias, and/or defendant, "Doe," on Count IV of this Complaint, plus interest and costs.

THE PLAINTIFFS DEMAND A TRIAL BY JURY ON ALL COUNTS.

PLAINTIFFS,
By their attorneys,
Resmini Law Associates

Wayne G. Resmini, Esq. #6373
207 Waterman Street
Providence, RI 02906
(401) 751-6655
(401) 751-6282 facsimile

Dated: June 23, 2006

STATE OF RHODE ISLAND
SUPERIOR COURT

CIVIL
CASE COVER SHEET

Case # (Filled in by Clerk's Office)
06-3538

This form must be filed with each original document that commences a civil proceeding in the Clerk's Office (R.P.3.11). If the case is a District Court appeal, the form must be filed with the appeal in the District Court and will be transferred with other documents to the Superior Court.

| PLAINTIFFS: | DEFENDANTS: |
|---|---|
| Theresa Terry as P.P.AI of Andrea Jones, a Minor & Andrea Jones, Individually | Ford Motor Credit Company, alias, Rhonda Araujo, alias, & Doe 1 Thru Doe 4, Inclusive |

NATURE OF PROCEEDING - Check the applicable case type under the main categories listed below (Check One Only)

District Court Appeal ☐ yes (Check type below)

## CIVIL ACTIONS

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ☐ | AGA | Agency appeal | ☐ | DPC | Denial of probate claim | ☐ | PRN | Promissory note |
| ☐ | ALA | Alienation of affection | ☐ | EXT | Excessive tax | ☐ | PDM | Property damage |
| ☐ | ANT | Anti-trust | ☐ | INR | Injunctive relief | ☐ | PDV | Property damage-vehicle |
| ☐ | ASB | Assault and battery | ☐ | IPL | Interpleader | ☐ | RLP | Real Property |
| ☐ | BKA | Book account | ☐ | LIB | Libel/slander | ☐ | RIC | Reinstate charter |
| ☐ | CLA | Common law assignment | ☐ | MLE | Malpractice/legal | ☐ | DIN | Recovery of damages/insur. |
| ☐ | CLL | Common law lien | ☐ | MME | Malpractice/medical | ☐ | ROF | Recovery of funds |
| ☐ | CON | Contract | ☐ | MOT | Malpractice/other | ☐ | WOR | Replevin, writ of |
| ☐ | CNV | Conversion | ☐ | WOM | Mandamus, writ of | ☐ | SPP | Specific performance |
| ☐ | CRC | Criminal conversation | ☐ | PRT | Partition | ☐ | TCO | Title clearing (other than tax title) |
| ☐ | CIC | Criminal inj compensation | ☐ | PER | Personal injury | ☐ | TAE | Trespass and ejectment |
| ☐ | DOJ | Debt on judgment | ☐ | IDV | Personal inj/property dam-vehicle | ☐ | TRA | Trustee/accounting |
| ☐ | DTP | Deceptive trade practice | ☐ | PIV | Personal injury-vehicle | ☐ | TCT | Trustee/appt convey title |
| ☐ | DEJ | Declaratory judgment | ☐ | PRL | Product liability | ☐ | UNM | Uninsured motorist |
| | | | | | | ☐ | WRD | Wrongful death |

☐ Other than above (specify type):

## MISCELLANEOUS PETITIONS

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ☐ | ARA | Arbitration award | | | | | | |
| ☐ | CAR | Arbitration/confirm | ☐ | TLF | Foreclosure/tax lien | ☐ | PFI | Petition for immunity |
| ☐ | RTA | Arbitration/referral | ☐ | FOC | Forfeiture of charter | ☐ | PIN | Pet for inventory (wire tap) |
| ☐ | VAR | Arbitration/ vacate | ☐ | GJI | Grand Jury Investigation | ☐ | PFR | Petition for review |
| ☐ | AOD | Assessment of damages | ☐ | HAC | Habeas corpus | ☐ | PTD | Pet to take deposition |
| ☐ | CND | Condemnation | ☐ | MAW | Material witness | ☐ | PCR | Post conviction relief |
| ☐ | CFC | Confirm compromise | ☐ | MEL | Mechanics lien | ☐ | REC | Receivership |
| ☐ | DOC | Dissolution of corp. | ☐ | OSW | Out of state witness | ☐ | R5A | Rule 5A petition |
| ☐ | EDP | End partnership | ☐ | PFS | Perform surgery | ☐ | TCL | Title clearing (tax title) |
| ☐ | FRR | Foreclosure of right of redemption | ☐ | PFC | Petition for constable | ☐ | AOT | Trustee/appointment of |
| | | | ☐ | PTE | Petition to expunge | ☐ | DOT | Trustee/declination of |
| | | | | | | ☐ | AOS | Trustee/successor |

☐ Other than above (specify type):

## PROBATE APPEALS

☐ WIL Will ☐ TRS Trust ☐ GRD Guardianship ☐ NAC Name change

☐ Other than above (specify type):

True Copy Attest: Office of Clerk of Superior Court, Counties of Providence & Bristol, Providence Rhode Island

Is this a case that may require a trial for resolution? ☒ yes ☐ no if yes: ☐ jury or ☐ non-jury

(attorney name)
Wayne G. Resmini, Esq. #6373 [signature]

☐ pro se

(date)
June 23, 2006

FILED ... CLERK

S-223 1/94

[illegible] System

[illegible] Number: SCP229405
Date: 03-JUL-2006
[illegible]: CIV

[illegible]
[illegible]
[illegible] Amount

[illegible]
[illegible] TERRY V FORD MOTOR CR
[illegible] 150.00
[illegible] SERVICES 10.00

[illegible] Balance: 160.00
Amount Paid: 160.00
[illegible] Balance Due: 0.00

Tender Type:
[illegible] 160.00
0.00
[illegible] Tendered: 160.00
[illegible] Paid: 160.00
Change: 0.00

True Copy Attest
[illegible signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island