# EXHIBIT A

# RESMINI LAW ASSOCIATES

## *Facsimile Transmittal Sheet*

| | | | |
|---|---|---|---|
| Date: | 8-22-06 | | |
| Attn: | a. Jarson | Fax No.: | (617) 241-5115 |
| Company: | | | |
| From: | WGR | Fax No.: | (401) 751-6282 |
| Re: | | No. Pages | 6 (including cover sheet) |

**Message:**

If you do not receive the indicated number of pages, please call (401) 751-6655 as soon as possible so that we can check it for you.

CONFIDENTIALITY NOTICE

The documents accompanying this telecopy transmission contain information from RESMINI LAW ASSOCIATES, which is confidential or privileged. The information is intended to be for the use of the individual or entity named on this transmission sheet. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this telecopy information is prohibited. If you have received this telecopy in error, please notify us by telephone immediately so that we can arrange for the retrieval of the original documents at no cost to you.

207 Waterman Street • Providence • RI 02906 – 310 Wilbur Avenue • Swansea • MA 02777
RI (401) 751-6655 • MA (508) 324-9200 • Fax (401) 751-6282 • Toll Free (888) RESMINI [(888) 737-6664]
*Wayne G. Resmini, Esq.

UNITED STATES DISTRTCT COURT
DISTRICT OF RHODE ISLAND

THERESA TERRY, AS P.P.A. OF )
ANDREA JONES, A MINORS & )
THERESA TERRY, INDWIDUALLY, )
Plaintiffs, )
v. ) CIVJL ACTION NO. CA06-349S
)
FORD MOTOR CREDIT COMPANY, )
ALIAS, DOE 1 THRU DOE 4, )
)
Defendants.

RULE 26(f) PROPOSED DISCOVERY PLAN/SCHEDULING ORDER

The parties to this action, plaintiff Theresa Terry, submit this Proposed Scheduling Order pursuant to Fed. R. Civ. P. 16(b) and Fed. R. Civ. P. 26(f) and the applicable Local Rules.

1. What changes should be made in the timing, form, or requirement for disclosures under Rule 26(a), including a statement as to when disclosures under Rule 26(a) were made or will be made.

The parties do not see the need to change the form or requirement for automatic disclosures under Rule 26(a). The parties must serve their initial disclosures by September 30, 2006.

2. The subjects on which discovers' may be needed, when discovery should be completed, and whether discovery should be conducted in phases or be limited to or focused upon particular issues.

The Subjects on which Discovery May be Needed

a. The use of the subject vehicle;

b. The circumstances surrounding the alleged September 15, 2002 accident;

c. The plaintiff's theories of liability; the defendant's theories of non-liability;
d. Damages.
c. If the defendant can be sued in Federal Court
d. if the plaintiff damages are sufficient to confer jurisdiction in this Court
e. if the defendant removal to this court had the complete certified record of the

Providence Superior Court.
f. if the plaintiffs amended complaint will rule our diversity

When Discovery Should be Completed

The parties believe that discovery should be completed by April 30, 2007.

Phased Discovery and Limiting or Focusing Issues

The parties have discussed the concept of phased discovery and whether discovery should be limited to or focused on particular issues, but do not believe either issue would be helpful in the particular circumstances of this case.

3. Any issues relating to disclosure or discovery of electronically stored information, including the form or forms in which it should be produced.

The parties do not have any issues concerning this topic.

4. Any issues relating to claims of privilege or of protection as trial-preparation material, including—if the patties agree on a procedure to assert such claims after production—whether to ask the court to include theft agreement in an order.

The parties do not have any issues concerning this topic.

5. What changes should be made in the limitations on discovery imposed under these rules or by local rule, and what other limitations should be imposed.

The parties submit the Proposed Discovery Plan, schedule for motions and pretrial deadlines below.

6. Any other orders that should be entered by the court under Rule 26(c) or under Rule 16(b) and (c).

The parties request the following Proposed Discovery Plan and schedule for motions and pre-trial deadlines,

Proposed Discovery Plan

The parties propose that discovery be conducted in accordance with the following provisions:

(a) Interrogatories

(i) Each side shall be limited to a total of 25 interrogatories.

(ii) Each side may divide its permitted interrogatories into as many separate sets as it wishes.

(iii) No interrogatories shall be served later than March 31, 2007.

(b) Fed. R. Civ. P. 34 Requests

(i) There shall be no limit concerning the Fed. R. Civ. P. 34 requests directed to the other side.

(ii) Each side may divide its permitted Rule 34 requests into as many separate sets as it wishes.

(iii) No Rule 34 request shall be served later than March 31, 2007.

(a) Fed. R. Civ.P. 36 Requests

(i) Each side shall be limited to a total of 25 Rule 36 requests for admission of facts.

(ii) Each side may divide its permitted requests for admission into as many separate sets as it wishes.

(iii) No Rule 36 requests for admission shall be sewed later than March 31, 2007.

(d) Non-Party Documents-Only Subpoenas

There shall be no specific numerical limit on the number of documents-only subpoenas that the parties may serve on non-parties pursuant to Fed. R. Civ. P. 34(c) and 45. This provision is, however, without prejudice to the right of any party and of any non-party to move for a protective order with respect to documents-only subpoenas, which they deem excessive, unreasonable, or otherwise inappropriate.

(e) Depositions of Fact Witnesses

(1) All discovery depositions of fact witness shall be concluded no later than April 30, 2007.

(f) Expert Disclosures

(i) The plaintiff shall provide their Rule 26(a)(2) disclosure with respect to proposed trial experts no later than December 15, 2006. The plaintiff shall produce her proposed trial experts for deposition no later than February 28, 2007.

(ii) Ford shall provide its Rule 26(a)(2) disclosure with respect to proposed trial experts no later than March 15, 2007. Ford shall produce its proposed trial experts for deposition no later than April 30, 2007.

(iii) Proposed trial experts shall be produced for deposition without the need for service of a subpoena upon the witness. The party seeking the deposition shall serve a deposition notice with, if appropriate, a request for specified documents appended to it.

Schedule for Motions

(a) Motions to amend the pleadings shall be filed no later than November 30, 2006.

(b) Dispositive motions shall be filed no later than June 1, 2007.

7. Pretrial Conference and Trial Date

The final pretrial conference should be convened on a date convenient to the court during August 2007. A trial shall be scheduled at the end of September 2007.

8. Modification of Proposed Discovery Plan

The parties agree that the provisions of the proposed discovery plan set forth herein shall be modified by the parties only by order of the court.

Plaintiff,
By Their Attorney,

Wayne G. Resmini, Esq. #6373
207 Waterman Street
Providence, Rhode Island 02906
(401) 751-6655
(401) 751-6282 Facsimile

**CERTIFICATE OF SERCICE**

I, Wayne G. Resmini, Esq. attorney for the Plaintiffs, hereby certify that on August 22, 2006, in faxed a copy of the within to Anthony Sbarra. Esq. One Constitutional Plaza Boston, MA 02129.

Wayne G. Resmini, Esq.