# EXHIBIT A

CAMPBELL CAMPBELL EDWARDS & CONROY
PROFESSIONAL CORPORATION

CAMPBELL
TRIAL LAWYERS

ONE CONSTITUTION PLAZA
THIRD FLOOR
BOSTON, MA 02129
TEL: (617) 241 3000
FAX: (617) 241 5115

ADAM A. LARSON
(617) 241-3000
alarson@campbell-trial-lawyers.com

August 30, 2006

VIA FACSIMILE AND REGULAR MAIL

Wayne G. Resmini, Esq.
Resmini Law Associates
207 Waterman Street
Providence, RI 02906

Re: Theresa Terry v. Ford Motor Credit Company, et. al.
USDC District of Rhode Island, Civil Action No.: CA06-349S

Dear Attorney Resmini:

I am preparing oppositions to both plaintiff's motion to amend the complaint and to remand the case and believe we have solid grounds to oppose them. Nonetheless, based on your representations to me that you do not think the case is worth more than $25,000, I am willing to enter into the attached stipulation that the amount in controversy, exclusive of interest and costs, combined with the related matter of Theresa Lennette, as P.P.A. of Andrea Jones, a minor, and Theresa Lennette, Individually, v. the City of Providence and Rhonda Araujo, C.A. No. 2005-4574, is less than $75,000.

The agreement includes that you and defense counsel must sign a similar Stipulation in the related matter. The Agreement also includes that we will file a Joint Motion to Remand and neither party will be responsible for the costs and fees in remanding the case. Please let me know by this Friday if you will sign the Stipulation and have it forwarded to defense counsel in the related matter to review and sign. If you will not agree to the Stipulation, I will go ahead and file my oppositions to your motions.

I look forward to hearing from you. Thank you.

Very truly yours,

Adam A. Larson

Adam A. Larson

AAL/sct
Enclosure(s)
cc: James M. Campbell, Esq.
Anthony Sbarra, Esq.
Michael R. Brown, Esq.

********************
*** TX REPORT ***
********************

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 0972 |
| RECIPIENT ADDRESS | 914017516282#8792 |
| DESTINATION ID | |
| ST. TIME | 08/30 16:31 |
| TIME USE | 00'37 |
| PAGES SENT | 4 |
| RESULT | OK |

**CAMPBELL CAMPBELL EDWARDS & CONROY**
**PROFESSIONAL CORPORATION**
**TEL: 617-241-3000**
**FAX: 617-241-5115**

**FACSIMILE COVER SHEET**

**DATE:** August 30, 2006

**TO:** Wayne G. Resmini, Esq.

**FAX NO.:** 401-751-6282

**FROM:** Adam A. Larson, Esq.

**CASE NO.:** 888-705

**RE:** Terry v. Ford Motor Credit Company

**PAGES:** _4_ (including cover sheet)

---

**COMMENTS:** Please see the attached correspondence in the above-referenced matter.

---

**THIS TELECOPY IS SUBJECT TO THE ATTORNEY-CLIENT PRIVILEGE AND CONTAINS CONFIDENTIAL INFORMATION FOR THE PERSON(S) NAMED ABOVE. ANY DISTRIBUTION, COPYING OR DISCLOSURE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TELECOPY IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY BY TELEPHONE AT THE ABOVE TELEPHONE NUMBER.**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **THERESA TERRY, AS P.P.A. OF ANDREA JONES, A MINOR, & THERESA TERRY, INDIVIDUALLY,**<br>**Plaintiffs,**<br>**v.**<br>**FORD MOTOR CREDIT COMPANY, ALIAS, DOE 1 THRU DOE 4,**<br>**Defendants.** | **CIVIL ACTION NO. CA06-349S** |

**STIPULATION WITH RESPECT TO THE AMOUNT IN CONTROVERSY**

The plaintiff Theresa Terry, as P.P.A. of Andrea Jones, a minor, and Theresa Terry, Individually, and the defendant Ford Motor Credit Company, hereby stipulate that the amount in controversy in this matter combined with the related matter of Theresa Lennette, as P.P.A. of Andrea Jones, a minor, and Theresa Lennette, Individually, v. the City of Providence and Rhonda Araujo, C.A. No. 2005-4574, Providence Superior Court, exclusive of interest and costs, is less than $75,000.00, and that recoverable damages combined for both matters, if any, shall be capped at $74,999.00, exclusive of interest and costs. The plaintiffs also stipulate that they will agree to a remittitur if a jury awards $75,000.00 or more in this matter and the related matter of Theresa Lennette, as P.P.A. of Andrea Jones, a minor, and Theresa Lennette, Individually, v. the City of Providence and Rhonda Araujo, C.A. No. 2005-4574, Providence Superior Court, to the capped amount of $74,999.00, exclusive of interest and costs. The parties also stipulate that neither party will be awarded costs or fees for remanding the case to state court and that a separate joint motion to remand the case to Providence Superior Court will be filed in federal court.

The stipulation shall be of no effect unless duly executed and filed in state and federal court, and the same stipulation must be filed in the related matter of Theresa Lennette, as P.P.A. of Andrea Jones, a minor, and Theresa Lennette, Individually, v. the City of Providence and Rhonda Araujo, C.A. No. 2005-4574, Providence Superior Court, and signed by the plaintiffs and counsel for the defendants in the related matter.

THERESA TERRY, AS P.P.A. OF ANDREA JONES, A MINOR, & THERESA TERRY, INDIVIDUALLY
By their Attorneys,
RESMINI LAW ASSOCIATES

_______________________
Wayne G. Resmini, Esq.
207 Waterman Street
Providence, RI 02906
(401) 751-6655

FORD MOTOR CREDIT COMPANY
By its Attorneys,
CAMPBELL CAMPBELL EDWARDS & CONROY
PROFESSIONAL CORPORATION

_______________________
Anthony Sbarra
One Constitutional Plaza
Boston, MA 02129
(617) 241-3000

**CERTIFICATE OF SERVICE**

I, Anthony Sbarra, of Campbell Campbell Edwards & Conroy Professional Corporation, attorney for Ford Motor Credit Company, hereby certify that on August__, 2006, a true copy of the above document was served upon the attorney of record for the plaintiff by First Class Mail.

_______________________
Anthony Sbarra