# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **THERESA TERRY, AS P.P.A. OF ANDREA JONES, A MINOR, & THERESA TERRY, INDIVIDUALLY, Plaintiffs,** | |
| **v.** | **CIVIL ACTION NO. CA06-349S** |
| **FORD MOTOR CREDIT COMPANY, ALIAS, DOE 1 THRU DOE 4,** | |
| **Defendants.** | |

**AFFIDAVIT OF SARAH DESMOND**

I, Sarah Desmond, being first duly sworn, on oath do depose and state as follows:

1. My name is Sarah Desmond. I am employed as a paralegal for the firm of Campbell Campbell Edwards & Conroy, P.C, counsel for the defendant Ford Motor Credit Company, and have personal knowledge of the information contained herein.

2. On August 1, 2006, after filing a Notice of Removal with the Providence Superior Court, I obtained from the state court clerk a certified copy of the Providence Superior Court case file, Civil Action Number PC2006-3538, and filed it with this Court.

3. On August 8, 2006, I inquired of the Providence Superior Court civil clerk's office about the location of the Defendant Ford Motor Credit Company's Stipulation to Extend Time to Answer or Otherwise Respond to the Plaintiff's Complaint. The clerk's office responded that the Stipulation had been filed on July 31, 2006, but had been misplaced. As a result, the Stipulation was no longer part of the file and could not be certified.

Signed under the pains and penalties of perjury on September 8, 2006.

Sarah Desmond

Subscribed and sworn to before me
this 8th day of September 2006.

Sylvia C. Tribbett
Notary Public
My Commission Expires 5/01/09