UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THERESA TERRY, AS P.P.A. OF )
ANDREA JONES, A MIINOR, & )
THERESA TERRY, INDIVIDUALLY, )
Plaintiffs, )
v. ) CIVIL ACTION NO. CA06-349S
)
FORD MOTOR CREDIT COMPANY, )
ALIAS, DOE 1 THRU DOE 4, )
)
Defendants. )

**THERESA TERRY, AS P.P.A. OF ANDREA JONES, A MINOR AND THERESA TERRY, INDIVIDUALLY, INTIAL DISCLOSURES PURSUANT TO FEDERAL RULE 26(a) (1)**

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Plaintiff(s), Theresa Terry, as P.P.A of Andrea Jones, a minor, and Theresa Terry, individually respectfully submits the following initial disclosures. As discovery and investigation are continuing, Plaintiff(s), Theresa Terry, as P.P.A of Andrea Jones, a minor, and Theresa Terry, individually reserves the right to supplement this initial disclosure as additional information becomes available, and/or as the defendants state their defense with more specificity.

Rule 26(a)(1)(A)

The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.

PLAINTIFFS' RESPONSE:

Plaintiff(s), Theresa Terry, as P.P.A of Andrea Jones, a minor, and Theresa Terry, individually states that the following individuals will likely have discoverable information that they may use to support its claim or defenses. Plaintiff(s), Theresa Terry, as P.P.A of Andrea Jones, a minor, and Theresa Terry, individually reserves the right to supplement this list, or remove names from this list, as discovery progresses:

1. Plaintiff, Theresa Lynnette Terry
   Columbus, Ohio

2. Plaintiff, Andrea Jones
   Columbus, Ohio
3. Defendant, Rhonda Araujo
   Providence, R.I.

4. Defendant, Stephen Napolitano, in his Capacity as Treasurer for the City of Providence.

5. Defendant, Ford Motor Credit Company, and any of its agents and/or representatives thereof

6. All members of any local, state or federal agency who responded to the accident scene or who examined the scene and/or the vehicle after the accident;

7. All persons retained by or on behalf of the plaintiff who have responded and examined the accident scene and/or the vehicle;

8. All persons retained by or on behalf of the defense who have responded and examined the accident scene and/or the vehicle

9. The keeper of the records for all insurance companies against whom the plaintiffs asserted claims as a result of the accident;

10. All medical care providers who treated the plaintiffs both before and after the alleged accident;

11. The plaintiffs' employers;

12. Persons identified in materials produced and/or exchanged in discovery in this matter;

13. Expert witnesses with respect to both liability and damages, the identity of whom have not yet been determined;

14. Employees or representatives of Ford Motor Credit, Inc., the identity of whom has not yet been

determined; and

15. Witnesses to the accident including those identified by the plaintiffs

16. Witness to the accident including those identified by the defense

As Plaintiff(s), Theresa Terry, as P.P.A of Andrea Jones, a minor, and Theresa Terry, individually has done discovery and there are not witness other than the Andrea Jones and Rhonda Araujo the operator of the defendant, Ford Motor Credits vehicle.

Rule 26(a)(1)(B)

A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.

PLAINTIFFS' RESPONSE:

Unless otherwise stated, the documents are in the possession, custody or control of Plaintiff(s), Theresa Terry, as P.P.A of Andrea Jones, a minor, and Theresa Terry, individually or their counsel. Plaintiff(s), Theresa Terry, as P.P.A of Andrea Jones, a minor, and Theresa Terry, individually and her attorney the plaintiffs reserve the right to supplement these categories, or remove categories from this list, as discovery progresses:

A. Police report for the subject incident on obtained by the plaintiff shortly after the accident and one supplied by the City of Providence.

B. Medical Records and Medical Bills for the minor Andrea Jones

C. Insurance Card for the subject vehicle.

To the extent that other documents, data compilations and tangible things in the possession, custody or control of *other* parties or third parties exist or may exist which Plaintiff(s),

Theresa Terry, as P.P.A of Andrea Jones, a minor, and Theresa Terry, individually may use to support its claims or defenses, Plaintiff(s), Theresa Terry, as P.P.A of Andrea Jones, a minor, and Theresa Terry, individually identifies the following categories of documents:

1. Photographs or videotapes of the subject vehicle taken at any time prior to the alleged accident;

2. Photographs or videotapes of the subject vehicle taken at any time subsequent to the alleged accident;

3. Documents which evidence all losses for which the plaintiffs claim they sustained as a result of the accident;

4. Copies of reports prepared by the defense's experts as a result of their examination of the accident scene and/or the vehicle;

5. The subject vehicle;

6. Medical records of the plaintiffs;

7. Employment records of the plaintiffs not yet obtained; the minor plaintiff would be claiming lost of earning capacity
8. Educational records of the plaintiffs not yet obtained;

9. Worker's compensation records of the plaintiffs not yet obtained; the plaintiff does not have any workers compensation records

10. Plaintiffs do not have any maintenance and service records for the defendant, Ford Motor Credit's vehicle or not yet obtained; and

11. Police investigative reports as well as reports from any other state or federal governmental agency.

Rule 26(a)(1)(C)

A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not

privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

PLAINTIFFS' RESPONSE:

Plaintiff(s), Theresa Terry, as P.P.A of Andrea Jones, a minor, and Theresa Terry, individually is asserting claim for damages at this time and reserves the right to file a bill of costs or move for trial costs or claim damages as this matter progresses. The plaintiff has medical records and bills from Rhode Island Hospital 593 Eddy Street in Providence, Rhode Island and Joyce Martine, D.C. 990 Reservoir Avenue in Providence Rhode Island.

Rule 26(a)(2)(A)

In addition to the disclosures required by paragraph (1), a party shall disclose to other parties the identity of any person who may he used at trial to present evidence under Rule 702, 703 or 705 of the Federal Rules of Evidence.

PLAINTIFFS' RESPONSE:

Plaintiff(s), Theresa Terry, as P.P.A of Andrea Jones, a minor, and Theresa Terry, individually states that at this early stage of the litigation, it has not determined who may be used at trial to present evidence under Rules 702, 703 or 705 of the Federal Rules of Evidence, and has no reports of any such person.

Plaintiff(s), Theresa Terry, as P.P.A of Andrea Jones, a minor, and Theresa Terry, individually further states that the identity and reports of any such person or persons that it may later choose to retain or consult for the purpose of presenting evidence at trial under Rules 702, 703 or 705 of the Federal Rules of Evidence shall be provided to the defense as required by the scheduling order in this case, or as otherwise may be required by the court or the Federal Rules of Civil Procedure.

Plaintiff(s), Theresa Terry, as P.P.A of Andrea Jones, a minor, and Theresa Terry, Individually
By Their Attorney, Wayne G. Resmini

/S/ Wayne G. Resmini

Wayne G. Resmini, Esquire (#6373)
RESMINI LAW ASSOCIATES
207 Waterman Street, Suite 1
Providence, RI 02906
(401) 751-6655
(401) 751-6282 facsimile

CERTIFICATE OF SERVICE

I, Wayne G. Resmini, of Resmini Law Associates, attorney for Plaintiff(s), hereby certify that on this day ___, of September 2006, a true copy of the above document was served upon the attorney of record for the defense by fax and regular mail postage pre-paid

Anthony Sbarra, Esq.
Campbell, Campbell, Edwards & Conroy
One Constitutional Plaza
Boston, MA 02129

/s/ Wayne G. Resmini

Wayne G. Resmini, Esquire