AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

Terry et al.

v.

Ford Motor Credit Company, Alias. Doe 1 thru Doe 4

APPEARANCE

CASE NUMBER: CA 06-349 S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Ford Motor Credit Company

I certify that I am admitted to practice in this court.

10/2/06
*Date*

[signature]
*Signature*

Adam A. Larson 7114
*Print Name* *Bar Number*

One Constitution Plaza
*Address*

Boston MA 02129
*City* *State* *Zip Code*

617 241-3076 617 241-5115
*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.