**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **THERESA TERRY, AS P.P.A. OF ANDREA JONES, A MINOR, & THERESA TERRY, INDIVIDUALLY,** **Plaintiffs,** | |
| **v.** | **CIVIL ACTION NO. CA06-349S** |
| **FORD MOTOR CREDIT COMPANY, ALIAS, DOE 1 THRU DOE 4,** **Defendants.** | |

**STIPULATION WITH RESPECT TO THE AMOUNT IN CONTROVERSY**

The plaintiff Theresa Terry, as P.P.A. of Andrea Jones, a minor, and Theresa Terry, Individually, and the defendant Ford Motor Credit Company, hereby stipulate that the amount in controversy in this matter combined with the related matter of Theresa Lennette, as P.P.A. of Andrea Jones, a minor, and Theresa Lennette, Individually, v. the City of Providence and Rhonda Araujo, C.A. No. 2005-4574, Providence Superior Court, exclusive of interest and costs, is no more than $75,000.00, and that recoverable damages combined for both matters, if any, shall be capped at $74,999.00, exclusive of interest and costs. The plaintiffs also stipulate that they will agree to a remittitur if a jury awards $75,000.00 or more in this matter and the related matter of Theresa Lennette, as P.P.A. of Andrea Jones, a minor, and Theresa Lennette, Individually, v. the City of Providence and Rhonda Araujo, C.A. No. 2005-4574, Providence Superior Court, to the capped amount of $74,999.00, exclusive of interest and costs. The parties also stipulate that neither party will be awarded costs or fees for remanding the case to state court and that a separate joint motion to remand the case to Providence Superior Court will be filed in federal court.

The stipulation shall be of no effect unless duly executed and filed in state and federal court, and the same stipulation must be filed in the related matter of Theresa Lennette, as P.P.A. of Andrea Jones, a minor, and Theresa Lennette, Individually, v. the City of Providence and Rhonda Araujo, C.A. No. 2005-4574, Providence Superior Court, and signed by the plaintiffs and counsel for the defendants in the related matter.

THERESA TERRY, AS P.P.A. OF ANDREA JONES, A MINOR, & THERESA TERRY, INDIVIDUALLY
By their Attorneys,
RESMINI LAW ASSOCIATES

/s/ Wayne G. Resmini
Wayne G. Resmini, Esq.
207 Waterman Street
Providence, RI 02906
(401) 751-6655

FORD MOTOR CREDIT COMPANY
By its Attorneys,
CAMPBELL CAMPBELL EDWARDS & CONROY
PROFESSIONAL CORPORATION

/s/ Adam A. Larson
Adam A. Larson, Esq.
One Constitutional Plaza
Boston, MA 02129
(617) 241-3000

**CERTIFICATE OF SERVICE**

I, Adam A. Larson, of Campbell Campbell Edwards & Conroy Professional Corporation, attorney for Ford Motor Credit Company, hereby certify that on October 20, 2006, a true copy of the above document was served upon the attorney of record for the plaintiff by First Class Mail.

Enter
David L Martin
USMJ
10/30/06

/s/ Adam A. Larson
Adam A. Larson