UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THERESA TERRY AS P.P.A OF
ANDREA JONES, A MINOR &
THERESA TERRY, INDIVIDUALLY
**Plaintiffs**

v. ) C.A. No.: 06-349S

FORD MOTOR CREDIT COMPANY,
ALIAS & RHONDA ARAUJO,
Individually
DOE 1 THRU DOE 4,
INCLUSIVE.
**Defendants**

["Hearing Date: August 22, 2006 at 2:00 p.m."]

**PLAINTIFFS MOTION TO FILE A SUPPLEMENTAL COMPLAINT**

(1) **For the entry of an order pursuant to Rules 19, 20 and** 21 of the Federal Rules of Civil procedure to add a party defendant in this cause defendant, Rhonda Araujo of providence Rhode Island who was operating defendant, Ford Motor Credit's, Company vehicle at the time of •this accident and directing service of process upon them; and

(2) For the entry of an order pursuant to Rule 15(d) of the Federal Rules of Civil procedure permitting plaintiffs to file immediately and to serve upon defendants a supplemental complaint setting forth certain events that have occurred since the filing of the original complaints.

In support of this motion, plaintiffs state as follows:

1. Rule 21 of the Federal Rules of Civil procedure provides~ in relevant part that parties may be added by order of the court on motion of any party at any stage of the action and on such terms as are just.

Ruled moot. See Stipulation (Doc. #19) and Report and Recommendation of 10/30/06 at 3 n.3.
David L. Martin, USMJ
10/30/06