**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **THERESA TERRY, AS P.P.A. OF ANDREA JONES, A MINOR, & THERESA TERRY, INDIVIDUALLY, Plaintiffs,** | |
| **v.** | **CIVIL ACTION NO. CA06-349S** |
| **FORD MOTOR CREDIT COMPANY, ALIAS, DOE 1 THRU DOE 4, Defendants.** | |

**NOTICE OF WITHDRAWAL**

Pursuant to Local Rule 83.5.2(c), please enter my withdrawal as counsel of record for the Defendant, Ford Motor Credit Company in the above captioned matter. Please note that Adam A. Larson will continue as counsel for this Defendant.

By its Attorneys,

**CAMPBELL CAMPBELL EDWARDS & CONROY PROFESSIONAL CORPORATION**
/s/ Anthony Sbarra

Anthony J. Sbarra, Jr. #7307
One Constitutional Plaza
Boston, MA 02129
Tel. (617) 241-3000
Fax (617) 241-5115
asbarra@campbell-trial-lawyers.com

**CERTIFICATE OF SERVICE**

I, Anthony Sbarra, of Campbell Campbell Edwards & Conroy Professional Corporation, attorney for Defendant, hereby certify that on October 27 2006, a true copy of the above document was served upon the attorney of record for the plaintiff by hand.

/s/ Anthony Sbarra

Anthony Sbarra