UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THERESA TERRY, AS P.P.A. OF
ANDREA JONES, A MINOR, &
THERESA TERRY, INDIVIDUALLY
Plaintiff

V. CA:06-349S

FORD MOTOR CREDIT CO.,
ALIAS, DOE 1 THROUGH DOE 4,
INCLUSIVE,
Defendant

**ORDER**

The Report and Recommendation of United States Magistrate Judge David L. Martin filed on October 30, 2006 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Plaintiff's Motion to Remand to the Providence Superior Court is GRANTED. It is hereby Ordered that this case be remanded to the Providence Superior Court.

BY ORDER:

Doreen Baldwin

DEPUTY CLERK

ENTER:

WESmith

WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE: 11/22/06